**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD CHAKEJIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-2211 |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EQUIFAX INFORMATION**
**SERVICES LLC'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendant, Equifax Information Services LLC ("Equifax"), moves for summary judgment on the sole claim alleged in this case -- that Equifax willfully violated Section 1681i of the Fair Credit Reporting Act ("FCRA"). As detailed in Equifax's accompanying Memorandum, and the exhibits thereto, Plaintiff cannot establish willfulness as a matter of law. There being no genuine issue of material fact to be tried on Plaintiff's claim, defendant requests that the Court grant its Motion for Summary Judgment and enter an Order dismissing Plaintiff's Complaint against Equifax.

Respectfully submitted March 5, 2010.

                              EQUIFAX INFORMATION SERVICES LLC,

                              By: **/s/Lewis P. Perling**
                                One of its Attorneys
                                Barry Goheen, Esq.
                                Lewis P. Perling, Esq.
                                King & Spalding LLP
                                1180 Peachtree Street N.E.
                                Atlanta, GA  30309-3521
                                (404) 572-4600
                                Fax (404) 572-5100

                                Catherine Olanich Raymond, Esq.
                                Christie, Pabarue, Mortensen and

        Young, A Professional Corporation
        1880 JFK Boulevard - 10th Floor
        Philadelphia, PA  19103
        (215) 587-1600

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing

MOTION FOR SUMMARY JUDGMENT via ECF to:

>James A. Francis, Esq.
>Mark D. Mailman, Esq.
>John Soumilas, Esq.
>Michael J. Szymborski, Esq.
>Francis & Mailman, PC
>Land Title Building, 19th Floor
>100 S. Broad Street
>Philadelphia, PA 19110
>
>David A. Searles
>Donovan Searles, LLC
>1845 Walnut Street, Suite 1100
>Philadelphia, PA 19103
>*Attorneys for Plaintiff*

Dated: March 5, 2010.

**/s/Lewis P. Perling**