**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD CHAKEJIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-2211 |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER came before the Court on Equifax Information Services LLC's Motion for Summary Judgment. The Court finds that there is no genuine issue as to any material fact and Equifax is entitled to judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint against Equifax Information Services LLC is dismissed with prejudice.

This _____ day of _____ 2010.

_____
Judge, United States District Court
Eastern District of Pennsylvania

Respectfully submitted March 5, 2010.

                    EQUIFAX INFORMATION SERVICES LLC,

              By: **/s/Lewis P. Perling**
                   One of its Attorneys
                   Barry Goheen, Esq.
                   Lewis P. Perling, Esq.
                   King & Spalding LLP
                   1180 Peachtree Street N.E.
                   Atlanta, GA  30309-3521
                   (404) 572-4600
                   Fax (404) 572-5100

                   Catherine Olanich Raymond, Esq.
                   Christie, Pabarue, Mortensen and
                   Young, A Professional Corporation
                   1880 JFK Boulevard - 10th Floor
                   Philadelphia, PA  19103
                   (215) 587-1600

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing PROPOSED ORDER ON MOTION FOR SUMMARY JUDGMENT via ECF to:

>James A. Francis, Esq.
>Mark D. Mailman, Esq.
>John Soumilas, Esq.
>Michael J. Szymborski, Esq.
>Francis & Mailman, PC
>Land Title Building, 19th Floor
>100 S. Broad Street
>Philadelphia, PA 19110
>
>David A. Searles
>Donovan Searles, LLC
>1845 Walnut Street, Suite 1100
>Philadelphia, PA 19103
>*Attorneys for Plaintiff*

Dated: March 5, 2010.

**/s/Lewis P. Perling**