# EXHIBIT B

1

1        UNITED STATES DISTRICT COURT
2        EASTERN DISTRICT OF PENNSYLVANIA

3   RICHARD CHAKEJIAN,              )
                                    )
4              Plaintiff,           )
                                    )
5          vs.                      )
                                    ) FILE NO. C.A. No. 07-2211
6   EQUIFAX INFORMATION             )
    SERVICES, LLC,                  ) CLASS ACTION
                                    )
7              Defendant.           )

8                    - - -

9            Rule 30(b)(6) deposition of ALICIA

10  FLUELLEN, taken on behalf of the Plaintiff, pursuant

11  to notice, in accordance with the Federal Rules of

12  Civil Procedure, before Cathey H. Sutton, Certified

13  Court Reporter, at 1180 Peachtree Street, Atlanta,

14  Georgia on the 24th day of June, 2008, commencing at

15  the hour of 10:01 a.m.

16

17                   - - -

18            Deb Puckett & Associates

19               636 Old Ivy Road

20            Atlanta, Georgia  30342

21               (404) 365-9015

22

23

24                                  COPY

25

8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23     Q     Now, am I correct, ma'am, that a part of
24  the information on any consumers' Equifax credit
25  file could be public records information?

9

1      A     Yes.

2      Q     And what I mean by public records is

3   information about bankruptcies, tax liens, and

4   judgments.  Is that what you understand it to be

5   also?

6      A     Yes.

7      Q     Is there anything else that would be part

8   of public records?  Other than bankruptcies,

9   judgments, and tax liens.

10     A     No.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10

19        Q        And you said Equifax obtains its

20  information from vendors, correct?

21        A        Yes.

22        Q        What are vendors?

23        A        Well, vendors, actually it has quite a few

24  meanings when it comes to Equifax.  We have vendors

25  that act as Equifax agents that, you know, read

11

1   letters and handle consumer disputes, take telephone

2   calls, goes to the courthouse, picks up courthouse

3   records on our behalf acting as our agents, you

4   know.   In other instances, a vendor would be the,

5   the entity where we purchase our paper from, the

6   paper that we use to print out credit reports.  The

7   service, you know, any service that we, is provided

8   to us could be categorized as being used by vendor.

9        Q     If we focus on obtaining public records as

10  we define them in this deposition --

11       A     Uh-huh.

12       Q     -- from government buildings and

13  courthouses in Pennsylvania, who is the vendor who

14  Equifax has used in the last two years?

15       A     Well, the vendor itself has actually gone

16  through a few name changes, but today it's called

17  LexisNexis.

18       Q     And previous to that what was the vendor's

19  name?

20       A     I believe it was NDR and then ChoicePoint

21  and then, you know, today it's LexisNexis.

22       Q     Is the vendor as it relates to public

23  records a separate company from Equifax?

24       A     It is.

25       Q     It's not a subsidiary of Equifax, correct?

12

1       A    No.

2       Q    It is just a separate business that

3   Equifax contracts with for particular services?

4       A    Yes.

5       Q    And your understanding of the history is

6   that the NDR business became ChoicePoint and most

7   recently ChoicePoint became LexisNexis for purposes

8   of the public records business?

9       A    Yes.

10      Q    So currently Equifax contracts with

11  LexisNexis?

12      A    Yes.

13

14

15

16

17

18

19

20

21

22

23

24

25

20

10    Q    And would ChoicePoint respond to that ACDV

11  through the EOSCAR system and get back to Equifax?

12    A    Yes.  But actually it's, I recently

13  learned it's not EOSCAR but it's an electronic

14  system such as EOSCAR.  It's an EOSCAR like system.

15  EOSCAR is for the credit granters.  But it is, you

16  know, a system between Equifax and ChoicePoint to

17  receive the ACDVs, and then it comes back through

18  the, the same system back to us.

23    Q    So would you agree with me that at least

24  in that regard the vendor uses or is used in the

25  same function as a credit furnisher for public

21

1   record disputes?

2           MR. PERLING:  Objection to form.

3           THE WITNESS:  I don't think so.  I mean,

4   I, I don't, I think we had this conversation

5   before, and I don't, I don't think so.  I mean,

6   the source is the courthouse, and the vendor is

7   the one that's going to the courthouse to get

8   that information from, or for us.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3      Q     (BY MR. SOUMILAS) All right.  Is

4  ChoicePoint Equifax's furnisher of public records

5  information?

6            MR. PERLING:  Objection to form.  It calls

7       for a legal conclusion.  You can still answer.

8            THE WITNESS:  A furnisher?  I don't think

9       that we consider them as a furnisher.  I mean,

10      the furnisher is the source.

11     Q     (BY MR. SOUMILAS) You did tell me that

12  ChoicePoint supplies Equifax with information in the

13  first place, correct?

14     A     Yeah.

15     Q     And ChoicePoint would handle disputes

16  through the ACDV exchange?

17     A     Uh-huh.

18     Q     A bank, correct?

19     A     Yes.

20     Q     Who is Equifax's furnisher for public

21  records information in Pennsylvania?

22     A     The furnisher?  I mean, again, we're,

23  we're playing on, on words here, but a furnisher to

24  me is considered the source of the information.  So

25  in an unfortunate event, all the courthouses burn

23

1   down, there would be no data.  There would be no
2   information.  So the, ChoicePoint is the vendor
3   going to the source, or to the furnisher, to get
4   that information.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2       Q       So going back to my question of who

3   furnishes information to Equifax about public

4   records in Pennsylvania, what's the answer to that

5   question?

6       A       The courthouses.  I mean, I, I truly

7   believe it's the courthouses.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

27

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20    Q    (BY MR. SOUMILAS) Let me try it another

21   way.  Does Equifax aim to provide all of the

22   disclosures to consumers that are required by the

23   Fair Credit Reporting Act?

24    A    Yes.

25    Q    In other words, when it's part of a file

DEB PUCKETT & ASSOCIATES

28

1    Equifax gives a consumer a statement of their

2    rights.  That's something that it does in compliance

3    with the FCRA, correct?

4        A    Yes.

5        Q    And when Equifax provides information on

6    how to make a dispute, that is another bit of

7    information that is done in compliance with the Fair

8    Credit Reporting Act, correct?

9        A    Yes.

10       Q    So Equifax knows that it needs to provide

11   certain information under the Fair Credit Reporting

12   Act to consumers for free?

13       A    Yes.

14       Q    Now, when it comes to disputes and a

15   consumer makes a dispute about a public record, am I

16   correct that Equifax will respond to that consumer

17   in writing?

18       A    Yes.

19       Q    And that communication will also provide

20   information about the results of the investigation,

21   correct?

22       A    Yes.

23       Q    And that is, again, for free provided to

24   the consumer?

25       A    Yes.

1

2

3

4      Q      Let me try it another way.  The bankruptcy

5  that Mr. Chakejian was specifically disputing, did

6  Equifax obtain information about that bankruptcy

7  from ChoicePoint or any of its corporate

8  predecessors?

9      A      ChoicePoint provided the information

10  through the bankruptcy court, yes.

11      Q      The information that Equifax received was

12  from ChoicePoint; is that correct?

13      A      Yeah.  It was a, a second stop, yes.

14      Q      And your understanding is that ChoicePoint

15  or its corporate predecessors went to the bankruptcy

16  court to get that information?

17      A      Yes.

18

19

20

21

22

23

24

25

43

Q    Have you ever seen the data in the
ChoicePoint database as it was supplied to Equifax?

          MR. PERLING:  Objection to form.

          THE WITNESS:  No, I haven't.

Q    (BY MR. SOUMILAS) All right.  And am I
correct that in the case of Mr. Chakejian the source
of the bankruptcy for Equifax was ChoicePoint?

          MR. PERLING:  Objection to form.  Been
     asked.

          THE WITNESS:  No.  The fact that there was
     a public record, the source, as we had previous

Q    (BY MR. SOUMILAS) You agree with me that
no employee of Equifax directly went to the
courthouse about this bankruptcy?

A    No employee at Equifax, but the vendor was
acting as our agent.  They were acting as Equifax.

45

1

2

3      Q     And why wouldn't Equifax use that address

4    on a cover letter like Fluellen 3 for ChoicePoint?

5           MR. PERLING:  Objection to form.  You

6      can --

7           THE WITNESS:  Again, we're using,

8      identifying the source as the public record

9      vendor, I mean, excuse me, as the public record

10     holder, which is the courthouse.  We're taking

11     responsibility for any questions that the

12     consumer may have.

13           And to be quite honest, I feel that it

14     would probably be a little bit more confusing

15     if we were to provide information or the

16     address to ChoicePoint because ChoicePoint does

17     not have the credit file.  They would not know

18     what the credit file shows.  So we are trying

19     to take responsibility and minimize confusion

20     by directing the consumer to us and the

21     courthouse because that's where the source,

22     that's where we feel the source of the

23     information is.

24

25

46

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16      Q    You mentioned that one of the reasons was

17   that you think it would be confusing to consumers to

18   identify that Equifax uses ChoicePoint for its

19   public record information.  Why do you say that?

20   Why would it be confusing?

21      A    Well, I mean, I have now 15 years of

22   working with consumers.  And the consumers contact

23   us; they write us; they call us.  And if information

24   needs, they feel needs to be updated, they want to

25   know who will be able, who is in a better position

47

1  to be able to update, update that information.

2         So using that experience, when you have an

3  item on the credit file, you have two entities that,

4  from my understanding where consumers are concerned,

5  really matter.  You've got the original source of

6  the information.  We're talking about public

7  records; that would be the courthouse, and then

8  you've got Equifax that actually has the information

9  on the credit file that can be updated.  So that's

10  what I'm drawing that conclusion on.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11  Q This is, again, standard documentation

12 within ACIS.  That's how the investigation would be

13 memorialized?

14  A Yes.

15  Q And then the maintenance sheet summary

16 describes what happened, correct?

17  A Yes.

18  Q And then the last page, which is Bates 72,

19 is the ACDV that Equifax sent to ChoicePoint,

20 correct?

21  A Yes.

22  Q And then it received a response back from

23 ChoicePoint verified as reported, correct?

24  A Yes.

25

1

2

3

4

5        Q      (BY MR. SOUMILAS) And, Ms. Fluellen, do

6    you recognize Fluellen 5 as a package of information

7    for a follow-up dispute that Mr. Chakejian made to

8    Equifax concerning this same bankruptcy?

9        A      Yes.

10       Q      So looks like a couple of months

11   wrote to Equifax another letter and this ti.

12   included a certified and stamped court order

13   that there should be no bankruptcy in his credit

14   file, correct?

15       A      Yes.

16       Q      Am I correct that in handling this March

17   2007 dispute Equifax, in fact, accepted

18   Mr. Chakejian's dispute and his documentation and

19   removed the bankruptcy?

20       A      Yes.

21       Q      If you look, in fact, at Bates 97, that is

22   part of the ACIS record for that investigation,

23   correct, ma'am?

24       A      Yes.

25       Q      And it reads that consumer sent dismissal

78

1    order dated 3-1-07 it looks like.

2    Update/suppress/delete per acceptable documents,

3    what does that mean?

4          A     Update per the documents that we received.

5          Q     So it worked the second time around for

6    Mr. Chakejian to remove this bankruptcy, correct?

7          A     Yes.

8          Q     And the bankruptcy was, in fact,

9    permanently deleted?

10         A     Yes.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25