# EXHIBIT F

1

1    IN THE UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF PENNSYLVANIA
2

3   RICHARD CHAKEJIAN,                 )
                                       )
4           Plaintiff,                 )
                                       )    FILE NO.
5       vs.                            )
                                       )    C.A. No. 07-2211
6   EQUIFAX INFORMATION                )
    SERVICES, LLC,                     )    CLASS ACTION
7                                      )
            Defendant.                 )
8                                         COPY

9

10          Deposition of ANDY W. KLAER, taken on
       behalf of the Plaintiff, pursuant to
11     Subpoena, before Judy B. Mangiafico,
       Certified Court Reporter, at 1100 Alderman
12     Drive, Alpharetta, Georgia, on the 1st day
       of August 2008, commencing at the hour of
13     1:40 p.m.

14

15

16

17

18              DEB PUCKETT & ASSOCIATES

19                 636 OLD IVY ROAD

20             ATLANTA, GEORGIA  30342

21                 (404) 365-9015

22

23

24

25



**15**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23     Q    Okay.  Do you know what a furnisher is
24  under the Fair Credit Reporting Act?
25          MS. CUTTER:   Object to form.
```

**16**

```
 1     A    Yes.
 2     Q    And how do you know that?
 3     A    I have read that section of the FCRA
 4  years ago.
 5     Q    Okay.  And did your company have any
 6  policies or practices to comply as a furnisher
 7  under the FCRA with respect to public record
 8  data?
 9          MS. CUTTER:   Object to form.
10     A    NDR had practices related to providing
11  public records around how to conduct consumer
12  dispute verification.
13     Q    Did ChoicePoint consider itself to be a
14  furnisher of information under the Fair Credit
15  Reporting Act?
16          MS. CUTTER:   Object to form.
17     A    NDR was considered a provider of public
18  records.
19
20
21
22
23
24
25
```

20



1
2
3
4
5
6
7
8
9
10      Q      Okay.  Is your testimony today that
11  ChoicePoint or any arm of ChoicePoint that had to
12  do with public records between 2003 and 2007 was
13  not a furnisher under the FCRA?
14          MR. PERLING:   Objection, asked and
15      answered.  You are covering the same grounds
16      here, John.
17  BY MR. SOUMILAS:
18      Q      I want it clear for the record.  Is
19  that your testimony, Mr. Klaer?
20      A      Yes.
21
22
23
24
25