# EXHIBIT G

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RICHARD CHAKEJIAN,            )
                              )
        Plaintiff,            )
                              )   CIVIL ACTION FILE
   vs.                        )
                              )   NO. 07-2211
EQUIFAX INFORMATION SERVICES, )
LLC,                          )
                              )
        Defendant.            )

---

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BRUCE SUMMERFIELD,            )
                              )
        Plaintiff,            )
                              )   CIVIL ACTION FILE
   vs.                        )
                              )   NO. 08-1450
EQUIFAX INFORMATION SERVICES, )
LLC,                          )
                              )
        Defendant.            )


VIDEOTAPED DEPOSITION OF LEWIS PERLING, ESQ.
AUGUST 18, 2009

Richard Chakejian, et al. v. Equifax Information Services, LLC, et al.   07-2211, et al.
Lewis Perling, Esq.   August 18, 2009

Page 33

Was I notified somehow that there was a challenge that the language that you and I read violated the Fair Credit Reporting Act?

Q. Correct.

A. I don't recall any, but I don't believe to my recollection that there was ever a challenge to these letters.

Q. Prior to the cases that we are here today on?

A. Certainly no consumer, to my knowledge, had ever contacted Equifax and said that they were misled somehow by these letters or by any letter. From my recollection, I don't recall a consumer ever saying, hey, your letter is misleading; but I have never been put on notice of any challenge to a letter by Equifax.

I mean, I know you claim in these two cases that there is a challenge to the legality of them and, as you know, I represent Equifax and I would disagree with that position; but I'm not aware of any consumer

Richard Chakejian, et al. v. Equifax Information Services, LLC, et al.   07-2211, et al.
Lewis Perling, Esq.   August 18, 2009

Page 34

1  ever contacting Equifax and saying that they were
2  misled, you know, by some language in a letter.
3       Q.   Are you aware of any lawsuits contending
4  that these letters violated the FCRA, other than the
5  two that we are talking about here today?
6       A.   You are talking about prior to these two
7  cases being filed, am I aware of any other cases prior
8  to these two where there was a challenge to the or to
9  a letter?
10      Q.   This letter.
11      A.   And again, this letter, you are talking
12 about just that language that we looked at?
13      Q.   Yes.
14      A.   No.  Certainly not.  I'm not aware of any
15 consumer that ever contacted Equifax or sued Equifax
16 and contended that this letter was misleading, the
17 language we looked at.
18
19
20
21
22
23
24
25

REPORTED BY: Angela B. Adams, CCR   www.huseby.com
HUSEBY, INC. - 555 North Point Center, E., #403, Alpharetta, GA 30022 (404) 875-0400
3d5cc413-8334-48b2-bae6-893dda9c62d4