# EXHIBIT H

1      EVAN HENDRICKS
2   IN THE UNITED STATES DISTRICT COURT
3   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
4
5   RICHARD CHAKEJIAN,
6         Plaintiff,
7   Vs.            Civil Action No.:  07-2211
8   EQUIFAX INFORMATION SERVICES, LLC,
9         Defendant,
10
11
12       DEPOSITION OF EVAN HENDRICKS
13            Washington, D.C.
14      Wednesday, September 23, 2009
15
16
17
18
19
20
21
22
23  Job No.:  24924
24  Page 1 - 269
25  Reported By :  Kathy Savich, RPR

1          EVAN HENDRICKS
2
3
4
5
6
7          Q.    Are you aware of any case in
8    which a jury has found that Equifax or any
9    other consumer reporting agency violated the
10   Fair Credit Reporting Act as it relates to
11   misleading consumers in the contents of its
12   reinvestigations letter?
13              MR. GORSKI:  Objection.
14              THE WITNESS:  No.
15   BY MR. PERLING:
16         Q.    Are you aware of any judge
17   finding that?  I asked you about a jury.  Are
18   you aware of any judge finding that Equifax
19   violates the Fair Credit Reporting Act in
20   misleading consumers --
21              MR. GORSKI:  Objection.
22   BY MR. PERLING:
23         Q.    -- in its letters?
24         A.    No.
25         Q.    Are you aware of any opinion or

1          EVAN HENDRICKS
2  decision by the FTC that Equifax or any other
3  consumer reporting agency violates the Fair
4  Credit Reporting Act as it relates to the
5  contents of a reinvestigation letter?
6       A.   No.
7       Q.   Are you aware of any case in
8  which a jury found that Equifax or any other
9  consumer reporting agency's description of
10 its reinvestigation procedure was
11 insufficient under the Fair Credit Reporting
12 Act?
13          MR. GORSKI:  Objection.
14 BY MR. PERLING:
15      Q.   You can still answer.
16      A.   This is -- no.
17      Q.   Are you aware of any judge
18 having ever made a finding that Equifax or
19 some other consumer reporting agency's
20 description of its reinvestigation procedure
21 was insufficient under the Fair Credit
22 Reporting Act?
23          MR. GORSKI:  Objection.
24          THE WITNESS:  No, not that I
25 recall.

1    EVAN HENDRICKS
2
3    Q.    Are you aware of any opinion or
4    decision by the FTC that Equifax or any other
5    consumer reporting agency's description of
6    its reinvestigation procedure was
7    insufficient under the Fair Credit Reporting
8    Act?
9    A.    No, not that I recall.
10   Q.    Are you aware of the FTC ever
11   addressing whether any letter from Equifax
12   violated the Fair Credit Reporting Act?
13   A.    No, not that I recall.
14
15
16
17
18
19
20
21
22
23
24
25

1                    EVAN HENDRICKS

18      Q.    Are you aware of any studies
19 that relate to your conclusions?
20      A.    No.  This is pretty much a
21 matter of first impression.

Page 201

EVAN HENDRICKS

BY MR. PERLING:

Q. You're not aware of any judge or jury instructing Equifax that it's misleading consumers, are you?

MR. GORSKI: Object. You mean like in -- in what context?

MR. PERLING: In any context, sir.

THE WITNESS: Judge and jury? I mean --

BY MR. PERLING:

Q. Judge or a jury.

A. Well --

MR. GORSKI: Objection. It's vague and ambiguous.

THE WITNESS: -- I would say that in all the cases that have gone to trial, they have said that Equifax has misled consumers in some way or another.

BY MR. PERLING:

Q. Let's -- let's specify the question.

Page 202

1          EVAN HENDRICKS
2     A.    Yes, please.
3     Q.    With the -- as you say it, the
4  contents of the letter --
5     A.    -- describing the process --
6     Q.    -- misleading over the process,
7  you're not aware of any judge or jury
8  instructing Equifax that the letter it sends
9  to consumer -- consumers misleads them as to
10 the process?
11    A.    Right.  No.  Because I think
12 this is a case of first impression.
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 264

1       EVAN HENDRICKS
2
3
4
5       Q.    But there has been no
6   determination by anybody that one letter is
7   an industry standard and the other is not,
8   correct?
9       A.    Right.  That's a case of first
10  impression.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25