# EXHIBIT I

Copy of Transcript

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD CHAKEJIAN,

        Plaintiff,

vs.

    CIVIL ACTION NO.07-2211
    CLASS ACTION

EQUIFAX INFORMATION
SERVICES, LLC.,

        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## DEPOSITION OF

## RICHARD CHAKEJIAN

July 18, 2008
10:25 a.m.

Francis & Mailman, P.C.
Land Title Building
19th Floor, 100 South Broad Street
Philadelphia, Pennsylvania 19110

Joseph P. Dromgoole, a Professional
Reporter and Notary Public in the
Commonwealth of Pennsylvania.



BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

80

1

2

3

4

5

6

7

8                        MR. PERLING:  Okay.  You just

9           talked about being mislead on several levels

10          as to having an item removed from your credit

11          file.

12                        THE WITNESS:  Well, the item is

13          an involuntary bankruptcy that I believe

14          showed up on my report as a bankruptcy.  And

15          I contacted Equifax to have it removed.

16                        MR. PERLING:  Okay.

17     BY MR. PERLING:

18        Q.         And they didn't do it?

19        A.         Right.

20        Q.         But you're not suing them for failing

21     to remove it, are you?

22                        MR. SOUMILAS:  I'll object to

23          the form.  The Complaint speaks for itself.

24                        MR. PERLING:  You can still

25          answer the question, sir.



BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES   TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian

July 18, 2008

81

1      THE WITNESS:  Well, without

2   full knowledge of the Complaint that's

3   difficult to answer.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                        July 18, 2008

87

```
 1
 2
 3
 4      Q.          The question was, what was the
 5   inaccurate uniform language that you were claiming
 6   was in Interrogatory Number 5?
 7                      MR. SOUMILAS:  Object to the
 8           form.
 9                      THE WITNESS:  Without being a
10           master of legal terms and technologies I
11           suspect it specifically has to do with the
12           fact that somebody went and checked at the
13           courthouse, which is noted in the address of
14           Eastern District, Nix Building, Room 400 in
15           Philadelphia.  Now, my -- my objection is
16           that if someone had actually done that and
17           what was represented to me physically went
18           they would have put their hands on the same
19           court order that I had sent which lead to
20           this letter being sent to me and the
21           subsequent phone calls and pursuant of having
22           it removed.
23   BY MR. PERLING:
24      Q.          You're essentially upset that it didn't
25   get removed when you disputed it, right?
```

BROWN & GALLO
                                            LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

88

1              MR. SOUMILAS:  I'll object to

2     the form.

3              THE WITNESS:  I'm sorry?

4              MR. PERLING:  You were upset

5     that it didn't get removed when you disputed

6     it?

7              THE WITNESS:  I was upset that

8     it wasn't removed.  I was also upset that --

9     further upset that I was mislead with respect

10    to the process and what Equifax actually

11    did.  I mean I was assured that if I sent

12    them a court order it would be removed and

13    felt temporary relief from that.  And when I

14    sent them the court order what came to me

15    back was that letter that I think is under

16    your elbow.

17             MR. PERLING:  This is something

18    different.

19             THE WITNESS:  Okay.  Something

20    different.  But you know what I'm referring

21    to.

22             MR. PERLING:  Okay.

23             THE WITNESS:  And if they, in

24    fact, did carry out with what they said they

25    would have done there would have been no

BROWN & GALLO
LLC

COURT REPORTING   VIDEO SERVICES   TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                    July 18, 2008

89

1        cause for being further upset.

2   BY MR. PERLING:

3      Q.          When were you mislead as to the

4   process?

5      A.          Well, I was told on the phone that if I

6   got a court order and sent it in it would be removed.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23      Q.          And did you go to the address that

24   Equifax put in the letter?

25      A.          I'm sorry?



BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                                      July 18, 2008

90

1    Q.          Did you go to the address that Equifax

2    put in the letter as the --

3    A.          I did.

4    Q.          -- place of the information?

5    A.          I did.

6    Q.          After you got that letter?

7    A.          Sure.  And/or after the phone call when

8    I was -- spoke to, I believe Honey, I don't remember

9    the other name, and then a supervisor and said -- and

10   I went through the prior conversations where if you

11   do this this will be removed.  I mean if they keep

12   any internal files they had to know that I was

13   agitated and it was a fraudulent thing and it was a

14   problem.  And then I was told that, no, that isn't

15   enough, now you have to get a certified copy.

16   Q.          And you went and did that?

17   A.          I did go and do that.

18

19

20

21

22

23

24

25

BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                          July 18, 2008

                                    95

1

2

3

4

5

6      Q.          So the other credit reporting agencies

7   were also reporting a bankruptcy, correct?

8      A.              Initially after the electronic filing,

9   yes.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



BROWN & GALLO
LLC

COURT REPORTING   VIDEO SERVICES   TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian

July 18, 2008

113

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25     Q.          And why was the information on the

BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                    July 18, 2008

114

1    credit report inaccurate?

2                        MR. SOUMILAS:  Now, you're

3         talking about the bankruptcy?

4                        MR. PERLING:  The bankruptcy.

5                        THE WITNESS:  It was a

6         fraudulent filing.

7                        MR. PERLING:  Okay.

8    BY MR. PERLING:

9      Q.          And there was a court order that it

10   should not be reported, correct?

11     A.          I don't remember the specific terms,

12   but I believe it was to be vacated, yes.

13     Q.          Do you ever recall seeing any order

14   that used that term, vacated?

15     A.          Without looking at and reading the

16   document it would be tough for me at this moment, but

17   I believe that was the term used.

18     Q.          And who filed the involuntary

19   bankruptcy?

20     A.          Mr. McErlean and/or the shell companies

21   he purported to own and I believe one of his

22   colleagues, Joe Roche who had like companies, shell

23   companies.

24     Q.          And why did they claim involuntary

25   bankruptcy?  Why did they claim they filed it?



BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

115

1    A.          They filed it to -- to leverage me to

2    succumbing to requests that would help them I presume

3    in a real estate deal.

4    Q.          Okay.

5    A.          It's my opinion, but I have no reason

6    as to why they did it.  I just know it was fraud.

7    Q.          And the Court found that it should

8    never have been filed, right?

9    A.          That's right.

10   Q.          But you understand that it was filed

11   and it was part of the public record, right?

12   A.          I understand that they filed an

13   involuntary bankruptcy against myself wrongfully and

14   fraudulently.

15   Q.          But you understand that whether it was

16   wrongful or fraudulent it was still part of the

17   public record, right?

18   A.          If that's what the reporting reports

19   are then, yes.

20

21

22

23

24

25



BROWN & GALLO LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

116

1

2     Q.        Mr. Chakejian, let me show you Exhibit

3   Number 6.

4             Do you recognize Exhibit Number 6?

5     A.        Yes.

6     Q.        And what is Exhibit Number 6?

7     A.        It's the letter that I sent to Equifax

8   asking them to remove the fraudulent bankruptcy from

9   my record.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



BROWN & GALLO
                                    LLC
COURT REPORTING   VIDEO SERVICES   TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                          July 18, 2008

127

10    Q.          This letter, which is what we've looked

11   at here, Exhibit Number 6, that's not the very first

12   time you ever contacted Equifax about anything?  You

13   contacted them previously, correct?

14    A.          Yes.

15    Q.          And you had received information from

16   them previously, right?

17    A.          I believe so, yes.

18    Q.          And you recall making disputes of other

19   information aside from the bankruptcy prior to

20   January 16th of 2007, right?

21    A.          Yes.

22    Q.          How many times do you recall making

23   disputes of information other than the bankruptcy

24   prior to January 16th, 2007?

25    A.          I don't know.



BROWN & GALLO
                                    LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                    July 18, 2008

128

1      Q.          What were you disputing when you made

2    those contacts?

3      A.          Whatever -- whatever I thought to be

4    inaccurate.

5      Q.          You don't recall as we sit here what

6    you were disputing in those cases?

7      A.          No, absolutely not.

8      Q.          Did Equifax update your credit file on

9    each of those occasions that you contacted them prior

10   to January 16th, 2007 other than related to the

11   bankruptcy?

12                        MR. SOUMILAS:  Objection.  It

13          calls for speculation.  You can answer if you

14          remember specifically.

15                        THE WITNESS:  I don't remember

16          specifically, but without -- without --

17          without the benefit of looking at a dispute

18          and the specific response to the dispute with

19          respect to what I thought was being

20          misreported it would be very difficult for me

21          to answer that as I sit here today.  I will

22          not speculate.

23                        MR. PERLING:  All right.

24   BY MR. PERLING:

25     Q.          But you're not suing Equifax about any



BROWN & GALLO
LLC

COURT REPORTING   VIDEO SERVICES   TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                    July 18, 2008

129

1    of those contacts prior to January 16th of 2007?

2       A.          No.  Hold on a second.  I'm sorry.

3    What was that question?

4       Q.          You're not suing Equifax about any of

5    those other contacts prior to January of 2007?  I'll

6    qualify it further.  Related to items other than the

7    bankruptcy.

8       A.          Correct.

9                   MR. SOUMILAS:  Correct.  This

10           lawsuit is exactly what Mr. Chakejian has

11           already said it's about, but we spent a lot

12           of time on things that it's not about.

13

14

15

16

17

18

19

20

21

22

23

24

25



BROWN & GALLO
LLC

COURT REPORTING · VIDEO SERVICES · TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                              July 18, 2008

132

15     Q.          Do you recognize Exhibit Number 9?

16     A.          Yes.

17     Q.          And that evidence is the call you made

18   to Equifax on January 30th, 2007, right?

19     A.          Specific to that call, yes.

20     Q.          Do you recall having any telephone

21   contact with Equifax about the bankruptcy between

22   January 26th, 2007 and January 30th, 2007, just a few

23   days later?

24     A.          I don't recall the specific dates.  I

25   know I had several calls in an attempt to deal with



BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                      July 18, 2008

133

1   it, but as I told you earlier, I cannot recall the

2   specific dates of the phone calls.

3       Q.          Now, when you called on January 30th,

4   2007, did you just talk about the bankruptcy?

5       A.          I don't know.  I suspect.  I don't

6   know.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



BROWN & GALLO
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian                                      July 18, 2008

148

1     Q.          We wouldn't be sitting here if Equifax

2   had removed the item from your credit report,

3   correct?

4     A.          At some level that could be correct

5   because then it wouldn't -- it wouldn't have dawn on

6   me that they never directly went, even though in

7   writing they told me that's what they did.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BROWN & GALLO
LLC

COURT REPORTING   VIDEO SERVICES   TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

EQUIFAX                                          January 16th, 2007

P.O. Box # 740241

Atlanta , GA 30374 - 0241

Dear Sirs and/or Madams,

I am in receipt of my credit report dated 1/16/07.

I noticed an error on my credit report under the PUBLIC RECORDS category.

Please be advised that I have never filed for BANKRUPTCY and that you are reporting
an error that is negatively impacting my credit profile and my credit score.

Kindly correct the error by removing the bankruptcy information from my credit report.

To assist you I am enclosing a COURT ORDER Issued by the Honorable Stephen Ra-
slavich, USBJ ordered May 17th 2006, specifically ordering that "ANY ADVERSE
CREDIT INFORMATION MUST BE STRICKEN FROM MY CREDIT RECORDS."

Please adhere to the Judges order and remove the Bankruptcy information from my file.

Upon your receipt and review of this letter and the Court Order please make the correc-
tions to my file and mail me a copy of my corrected CREDIT REPORT AND SCORE to
my home address : Richard N. Chakejian Jr.

                         2137 Art School Rd.

                    Chester Springs, PA 19425

Should you have any questions concerning the information received and/or my re-
quest,kindly contact me via phone # 484-645-5148 or e-mail: chakejian@cs.com.

Thank you,

Richard N. Chakejian Jr.

enc: : COURT ORDER 5/17/06

        CREDIT REPORT 1/16/07

EXHIBIT

6

EIS-Chakejian-00058

inappropriate, improper and that the Involuntary Petition should never have been filed. As a part

thereof, Edward T. McErlean, Chabi, Inc., Joseph Ripp and the Chakejians, by and though their

respective Counsel have stipulated and agreed that the Motion shall be dismissed with prejudice

inasmuch as the parties have settled all claims asserted in the Motion.

NOW, THEREFORE, Edward T. McErlean, Chabi, Inc., Joseph Ripp and the Chakejians,

hereby agree that the Motion is hereby withdrawn, with prejudice, this _15_ day of March, 2006,

and that any adverse credit report to any credit reporting agency should be stricken from the

Chakejians' credit records.

Walter Weir Jr., Esquire
Counsel for the Chakejians

Edward T. McErlean, Esquire
Counsel for the Petitioning Creditors

THE FOREGOING IS HEREBY INCORPORATED AS AN ORDER OF THIS COURT AND

IT IS SO ORDERED this _17_ day of _may_, 2006.

BY THE COURT:

Stephen Raslavich, USBJ

344438-1

23913016841011

EIS-Chakejian-00059

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Richard Chakejian, Jr and
Jacqueline Chakejian

    Debtors.

CHAPTER 7

Case No. 05-32489 (SR)

STIPULATION OF DISMISSAL OF DEBTORS' MOTION
FOR SANCTIONS COMPENSATORY AND PUNITIVE DAMAGES

Background

Edward T. McErlean, Joseph Ripp, Clubi, Inc., and Tzxus, Inc. (collectively Ripp, Clubi, Tzxus, Inc. and McErlean are referred to as the "Petitioning Creditors") filed an involuntary bankruptcy petition (the "Involuntary Petition") against the Putative Debtors, Richard Chakejian, Jr. and Jacqueline Chakejian in the above reference bankruptcy matter.  The Chakejians has disputed the Involuntary Petition and have claimed, among other things, that the Bankruptcy Petition was fraudulent in that they did not own any debts to Edward T. McErlean, Tzxus, Inc., Clubi, Inc., Joseph Ripp, and Middletown Estate Developers, Inc.

At a hearing on the filing of the Involuntary Petition, Edward T. McErlean, Clubi, Inc., Joseph Ripp, and withdrew the petition and this bankruptcy matter was dismissed; and an injunction was issued by bankruptcy Judge Raslavich enjoining Edward T. McErlean, Clubi, Inc., Joseph Ripp from filing any future bankruptcy petition against the Chakejians.  Thereafter, the Chakejians filed a motion for sanctions and attorney's fees, costs, consequential and punitive damages (the "Motion").

Edward T. McErlean, Clubi, Inc., Joseph Ripp and the Chakejians have now reached an agreement to settle the Chakejians' Motion.  As part of that agreement, Edward T. McErlean, Clubi, Inc., Joseph Ripp have acknowledge that the filing of the Involuntary Petition was





EIS-Chakejian-00062

Chakejian
2137 Art School Road
Chester Springs, Pa 19425

PHILADELPHIA PA 191

1 7 JAN 2007 PM 1 T



EQUIFAX
PO BOX # 74021
ATLANTA, GA
30374-0241

30374+0241   E001

EIS-Chakejian-00063