IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD CHAKEJIAN,**<br>**on behalf of himself and all others**<br>**similarly situated,**<br><br>　　　　　　**Plaintiffs,**<br>　vs.<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br><br>　　　　　　**Defendant.** | C. A. No. 07- 2211<br><br><br>CLASS ACTION |

### PLAINTIFFS' PROPOSED JURY VERDICT FORM

**Question No. 1.**

　　　Did Equifax willfully fail to comply with its legal requirement to provide to each Class member an accurate notice conveying the results of its reinvestigation into the disputed public records credit information?

　　　　　**Yes _____ No _____**

　　　Proceed to Question No. 2.


**Question No. 2.**

　　　Did Equifax willfully fail to comply with its legal requirement to provide to each Class member an accurate description of the procedure used to determine the accuracy and completeness of the disputed public records information, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number of such furnisher, if reasonably available?

　　　　　**Yes _____ No _____**

　　　If your answer is "yes" to <u>either</u> Question No. 1 <u>or</u> No. 2, or to <u>both</u> Question No. 1 <u>and</u> No. 2, proceed to Question No. 3.

　　　If your answer is "no" to <u>both</u> Question No. 1 <u>and</u> No. 2, your deliberations are concluded and you should so advise the marshal.

**Question No. 3.**

    What amount of statutory damages do you award to each member of the Class? (You *must* award no less than $100 and no more than $1,000).

    **$**_____

Proceed to Question No. 4.

**Question No. 4.**

What amount, if any, of punitive damages do you award to the Class as a whole?

**$**_____

Advise the marshal that your deliberations are concluded.

Date: _____                _____
                                                                          FOREPERSON

**CERTIFICATE OF SERVICE**

I, John Soumilas, hereby certify that, on this date, I caused a true and correct copy of the foregoing Plaintiffs' Proposed Jury Verdict Form to be served by way of ECF Notification, upon the following:

Catherine Olanich Raymond, Esquire
Christie Pabarue Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

Barry Goheen, Esquire
Lewis P. Perling, Esquire
King & Spalding
1180 Peachtree Street, NW
Atlanta, GA 30309-3521

*Attorneys for Defendant*
*Equifax Information Services LLC*


**FRANCIS & MAILMAN, P.C.**


  /s John Soumilas
JOHN SOUMILAS
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

DATE: April 26, 2010