Copy of Transcript

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD CHAKEJIAN,

    Plaintiff,

vs.

EQUIFAX INFORMATION
SERVICES, LLC.,

    Defendants.

CIVIL ACTION NO.07-2211
CLASS ACTION

~~~~~~~~~~~~~~~~~~~~~~~~~~~

## DEPOSITION OF

## RICHARD CHAKEJIAN

July 18, 2008
10:25 a.m.

Francis & Mailman, P.C.
Land Title Building
19th Floor, 100 South Broad Street
Philadelphia, Pennsylvania 19110

Joseph P. Dromgoole, a Professional
Reporter and Notary Public in the
Commonwealth of Pennsylvania.



BROWN & GALLO LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  reading the docket and/or everything associated with
2  the civil action number listed, which I believe, I'm
3  not sure, but I would believe would encompass the
4  nature of this case, without going through that kind
5  of detail it would be difficult to be specific as to
6  whether that was self and/or Dad into the
7  circumstances surrounding it.
8      Q.      I'm not exactly following you.  Let me
9  ask this again.
10          Do you know if you or your business was
11 a party to the first lawsuit that's listed here?
12     A.      Without reading through the whole civil
13 action number and/or what the case was about it would
14 be tough to remember exactly.
15     Q.      Do you remember getting sued in 1996 by
16 somebody named Goldner?
17     A.      No, not as specific to that date.  No.
18     Q.      Okay.
19     A.      Again, I would have to read through the
20 action.
21     Q.      All right.  Do you ever remember being
22 sued by somebody named Goldner?
23     A.      Well, I remember a dispute with -- with
24 a Michael Goldner over some fees that I believe were
25 due to me based upon a consultation to one of his


Brown & Gallo LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  clients to get financing at a bank. And I believe
2  there was a dispute back and forth that arose out of
3  that, but I'm not sure if that is the first thing,
4  the second thing or the third thing. So when you ask
5  me which one it is, I'm not sure. I also know that
6  back on or around those days my father had a dispute
7  with the Goldner, Sr. who did go to Lower Merion and
8  was in that class you mentioned over accounting
9  fees. So I'm not sure which it is. And -- and when
10 you ask me -- why I said I'd have to read the actions
11 to be specific that's the reason I answered that
12 way. The caption and the civil action number aren't
13 detailed enough to determine that from a glance of a
14 roster of cases that have like names attached to
15 them.
16     Q.      Well, you knew when you read the
17 interrogatories that Equifax was asking for a list of
18 cases in which you were involved, right?
19     A.      Yes.
20     Q.      So you wouldn't have provided us with a
21 lawsuit that you weren't involved in, right?
22             MR. SOUMILAS: Object to the
23     form.
24             THE WITNESS: That's not the
25     answer. The answer is --


BROWN & GALLO LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303


1  a fuller view of the case.

2     Q.     Were any of these cases class actions,
3  any of the cases on this list?

4     A.     To my knowledge absolutely -- no, I
5  don't think so.

6     Q.     Did any of these cases result in a
7  judgement against you?

8     A.     That I don't know. I'd have to look at
9  them specifically to determine that.

10    Q.     All right. And we'll do that.
11           The first one, going back to that one
12 again, as we sit here you can't tell us what that
13 case was about, can you?

14    A.     No.

15    Q.     And you don't know if any judgement was
16 lodged against you in that case, do you?

17    A.     I don't know, no.

18    Q.     The second case, the Goldner and
19 Associates, P.C. case, do you know what that case was
20 about?

21    A.     Well, with respect to Goldner --
22 Goldner one, Goldner two and Goldner three I'm not
23 sure which is specific. I will tell you and repeat
24 that a dispute did arise with a Goldner. I don't
25 remember exactly when, again, over some fees based



Brown & Gallo
LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1 upon a consultation as it related to some bank
2 financing to a third party. Which of those relates
3 specifically to that I don't know. And when I
4 answered with respect to specifically looking at it,
5 it would be -- I was not referring to going down the
6 list with -- point by point but moreover to reviewing
7 the actual action and the documents associated with
8 the action.
9     Q.    Sure. One of these lawsuits then is
10 likely related to the situation you just described?
11     A.    I would think so, yes.
12     Q.    But you're not sure which one?
13     A.    No.
14     Q.    Do you know if there was any judgement
15 entered against you in this second one on the list?
16     A.    I don't think so.
17     Q.    And the third case. Again, we
18 mentioned Goldner already.
19         You don't know specifically what that
20 case was about? It might have been the situation you
21 previously described?
22     A.    Correct.
23     Q.    And do you know if there was any
24 judgement issued against you in that case?
25     A.    I do not.



BROWN & GALLO LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  you believe that relates to you or your father?
2     A.        I don't know.
3     Q.        Do you know someone named Williams?
4     A.        No, I don't.
5     Q.        So you don't know what that case was
6  about?
7     A.        What date was that case?
8     Q.        It says 1993, 9306.
9     A.        Okay.
10    Q.        I don't know.  I don't know if that's
11 how the numbers work or not.
12    A.        It could be -- it could be -- I mean a
13 very hypothetical guess would be that perhaps some of
14 these have to do with some of Dad's dry-cleaning
15 customers that had nuances with articles of clothing,
16 et cetera.
17    Q.        Sure.  Look, all I know is I got a list
18 of lawsuits.  We asked for a list of lawsuits you
19 were involved in.
20    A.        Right.
21    Q.        This is what I got.  Okay?  So I got to
22 go through each one.
23    A.        You can.  I'm just -- you know, I wish
24 I could be more helpful, but all I can point to is
25 based upon a public record search.  And


BROWN & GALLO
LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  unfortunately, those searches don't distinguish
2  between full names and full dates of birth and the
3  actual identity.
4     Q.       Well, did you do the search?
5     A.       I'm sorry?
6     Q.       Did you do the public records search
7  yourself?
8     A.       No.
9     Q.       But you know when this list was
10 prepared you knew that you didn't recall being sued
11 by someone named Williams, right?
12     A.       I may not have looked at it in as
13 thorough detail as perhaps I would have liked to
14 determine that.  And -- and it would have been
15 helpful, I guess, to have civil action numbers, the
16 detail associated with them.
17     Q.       All right.  And the next case is
18 Davis.
               Do you recall being sued by someone
20 named Davis?
21     A.       No.
22     Q.       So you don't know what that case is
23 about?
24     A.       I don't know.
25     Q.       And you don't know if any judgement was



BROWN & GALLO LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  A.      I don't think so.  I think that was --
2  Q.      Dismissed by the judge?
3  A.      Withdrawn, dismissed, settled.  I'm not
4  sure of the actual circumstance.  But if it's '04 --
5  my dates are a little confused with regard to the
6  Taraus involuntary, but, you know, like I said, his
7  behavior was in that kind of manner.
8  Q.      And I --
9  A.      Litigation is leverage.
10 Q.      I can't tell you that's exactly what
11 those civil action numbers mean.  That's more of a
12 guess.
13 A.      Okay.  Well, if your guess was accurate
14 that would be my response to it.
15 Q.      The Crusader Bank FSB, do you recall
16 being sued by them?
17 A.      I do.
18 Q.      Why did they sue you?
19 A.      I was a surety for First Chesapeake
20 Financial along with several other individuals.  As
21 you recall -- as I think about it further, I had
22 resigned prior to that dismissal based upon the
23 monies that were due me and not seeing eye to eye
24 with the principles of the company.  Prior to that
25 resignation the company had obtained financing and --


BROWN & GALLO LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  and -- and was due current while I served in the
2  capacity of -- post -- post my resignation and/or
3  termination, whichever view you'd like to take, it
4  really isn't significant, but the company sometime
5  later, six months after that had gone into default
6  with the credit facility, with Crusader.  Crusader
7  took judgements against, I believe, each and ever
8  surety that they had on that credit facility.
9  　　Q.　　　　All right.  So in that case they got a
10 judgement against you?
11 　　A.　　　　I believe they did, yes.
12 　　Q.　　　　Did you have an attorney who
13 represented you in that?
14 　　A.　　　　At the time of the judgement I didn't,
15 but when I -- after it was assigned, yes, I did have
16 an attorney.
17 　　Q.　　　　Who represented you?
18 　　A.　　　　Walter Weir.
19 　　Q.　　　　And you say after the fact.
20 　　　　　　　　Did the case go to trial and a
21 judgement was entered against you?
22 　　A.　　　　No.  No, the company entered into, I
23 believe, a forbearance with the bank.  And again, I
24 wasn't operational with the company for, I believe,
25 at that time eight or nine months prior.  But they



BROWN & GALLO LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

```
 1   eventually -- eventually honored the forbearance
 2   or -- or modifications.  I -- I don't remember.  All
 3   I know is the company paid their bill and -- and I
 4   had no obligations.  And I don't know if Walter
 5   relieved me of that prior because I had resigned and
 6   was not around when it had gone into default.  I do
 7   know a valuable lesson is not to act as surety for
 8   things in which you don't control, but beyond that --
 9        Q.        I agree with you there.
10        A.        Yeah.
11        Q.        You know, looking at the question that
12   resulted in you giving us this list --
13        A.        Where is the question?
14        Q.        It starts on the prior page, Number 16
15   at the very bottom.  It says identify all other
16   lawsuits in which you were a party, including, but
17   not limited to, civil, criminal, and/or bankruptcy
18   proceedings, and list for each suit the case number,
19   which you've given us, the name of the court, which
20   you've given us, the style of the case, which you've
21   given us, the subject matter.
22             You haven't provided us in this
23   response to the written interrogatory the subject
24   matter of any of these cases, have you?  That's what
25   we're going through now.
```


BROWN & GALLO LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  A.    Yeah. I mean honestly I wouldn't know
2  what style means with respect to these rosters.
3  Q.    No, I'm asking about the subject matter
4  of the case.
5        You see that Equifax asked you in this
6  interrogatory to provide the subject matter of each
7  case, right?
8  A.    Where is that?
9  Q.    At the very top of the page.
10 A.    Okay. So -- so 16 is something that
11 you folks had asked for?
12 Q.    That's correct. It was a written
13 question.
14 A.    Or your client had asked for?
15 Q.    It's a written question. Right.
16 A.    And -- and in that written question I'm
17 telling you I wouldn't understand what style meant.
18 Q.    I understand. But you understand what
19 the subject matter of a case is, right? Subject
20 matter, you understand what that terms means?
21 A.    Yes.
22 Q.    In fact, you just described for us the
23 subject matter of the Crusader Bank?
24 A.    Because I could.
25 Q.    Right. Because you can.


BROWN & GALLO LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

```
                              52
1              You didn't provide that in the written
2    response, though, did you?
3                   MR. SOUMILAS:  I'll object to
4         the form.
5                   THE WITNESS:  I don't -- I
6         don't remember.
7                   MR. PERLING:  Well, it's not
8         here on the paper.
9                   THE WITNESS:  Is this is my
10        written response?
11                  MR. PERLING:  Yes, sir.
12                  THE WITNESS:  Then -- then
13        apparently not beyond what I have responded
14        to.
15   BY MR. PERLING:
16      Q.     And what was the amount in controversy
17   in the Crusader Bank FSB matter?
18      A.     I don't remember the exact amount.
19      Q.     But you haven't provided us the amount
20   in controversy in any of these cases, have you?
21      A.     If that's what the responses reflect I
22   would agree with you.
23                  MR. SOUMILAS:  For
24        clarification of the record, the rest of the
25        interrogatory response reads information
```



BROWN & GALLO LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  Q.      The City of Philadelphia versus
2  Chakejian case, do you remember what that was about?
3  A.      I don't.
4  Q.      Do you know if that was a case against
5  you?
6  A.      I don't.
7  Q.      Do you know if there was any judgement
8  against you in that case?
9  A.      I don't believe there's any judgement
10 against me.
11 Q.      The Weddington, et al versus Chakejian
12 case, do you know what that was about?
13 A.      No.
14 Q.      Do you know if that was a case against
15 you?
16 A.      No.
17 Q.      Do you know if there was any judgement
18 against you in that matter?
19 A.      I don't know.
20 Q.      There's another case in the Common
21 Pleas Court by Chakejian CNA Insurance.
22         Did you ever sue CNA Insurance?
23 A.      No.
24 Q.      So you believe that doesn't relate to
25 you then?



BROWN & GALLO LLC

COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

```
 1    A.        I do not believe that relates to me.
 2    Q.        There's a City of Philadelphia versus
 3  Arcadia Cleaners, Inc., et al.
 4            Do you know if that case relates to
 5  you?
 6    A.        I don't believe so, no.
 7    Q.        There's another Goldner case here
 8  versus -- Goldner versus McErlean.  Am I saying that
 9  right?  McErlean?
10    A.        McErlean.
11    Q.        Do you know what that case was about?
12    A.        I don't know in its entirety, no.
13    Q.        Do you know somebody named McErlean?
14    A.        I do.
15    Q.        Who is that?
16    A.        He would be the guy who filed the
17  involuntary bankruptcy against me.
18    Q.        Was Mr. Goldner involved in the
19  involuntary bankruptcy case?
20    A.        No, not beyond the fact that he was
21  part of a group in which I was a part of and/or
22  consultant to that was endeavoring on development of
23  a certain piece of real estate that several parties
24  perceived to have value.
25    Q.        But both of these individuals, Goldner
```

BROWN & GALLO
LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION
www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

1  A.        Yes.

2  Q.        Next is a Ryder Truck Rental, Inc. et
3  al. versus Jarrett, et al.

4            Do you know if you were involved in
5  that lawsuit?

6  A.        Jarrett was a truck driver for one of
7  my father's linen companies and I, I guess, was
8  brought into answer some questions as the supervisor
9  of the drivers.

10 Q.        Well, did that involve you?

11 A.        No, not beyond my capacity as a manager
12 for the drivers of the linen company.

13 Q.        But you're named in that lawsuit; is
14 that right?

15 A.        If that's what this says. You know,
16 again, you're getting into the technicality of
17 lawsuits and filings. I take it face value looking
18 at this it suggests that I am named. If you're
19 asking me what I know about Ryder and Jarrett I told
20 you that.

21 Q.        All right. So you don't know what this
22 lawsuit is about other than that Mr. Jarrett was a
23 driver for one of your father's linen companies?

24 A.        Yes.

25 Q.        So you don't know why you were named in



BROWN & GALLO
LLC

COURT REPORTING  |  VIDEO SERVICES  |  TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303

Richard Chakejian
July 18, 2008

1  the lawsuit?
2     A.        I don't, no. I suspect that because I
3  was a manager and had some supervisory role as it
4  related to drivers' routes and designations, et
5  cetera.
6     Q.        Do you know if there was any judgement
7  against you in the case?
8     A.        I don't think there was.
9     Q.        There is one here for City of
10 Philadelphia versus Payroll Manager, Inc.
11           Do you remember what that lawsuit was
12 about?
13    A.        I don't know.
14    Q.        Do you know if there was any judgement
15 against you in that case?
16    A.        I don't think so, no.
17    Q.        Now, the Hampton Bensalem Associates
18 case, you already told us a little about that one.
19           Was that a case against you?
20    A.        No.
21    Q.        Bankruptcy court?
22    A.        No. Well --
23    Q.        Were you a creditor to the Hampton
24 Bensalem Associates, LP?
25    A.        No, O'Neil Properties owed an entity in



BROWN & GALLO
LLC
COURT REPORTING | VIDEO SERVICES | TRIAL PRESENTATION

www.browngallo.com

Telephone: 404.495.0777
Toll Free: 877.495.0777
Facsimile: 404.495.0766

101 Marietta Street
2700 Centennial Tower
Atlanta, GA 30303