IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD CHAKEJIAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-2211 |
| | ) |
| v. | ·) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND DEADLINES

AND NOW, this 13th day of August, 2010, it is hereby STIPULATED and AGREED by and between the undersigned counsel for all parties that the deadline for Plaintiff Richard Chakejian and Defendant Equifax Information Services LLC to complete and execute all settlement-related documents and to file a Motion for Preliminary Approval of Settlement is hereby extended by 14 days, as follows:

1.    On July 9, 2010, the parties stipulated that the Motion for Preliminary Approval of Settlement would by filed by August 17, 2010. [Doc. 118]. The Court granted this Motion on July 14, 2010.

2.    The parties have been unable to complete the execution of the settlement documents and the Motion for Preliminary Approval of Settlement due to counsel's vacation schedules, preparations for trial in other jurisdictions, and the coordination of the other actions included in this settlement.

3.    As a result, the Parties respectfully request that the deadline to complete and execute all settlement-related documents and to file a Motion for Preliminary Approval of Settlement be extended to Tuesday, August 31, 2010.

1

It is further agreed that this Stipulation can be executed by facsimile signatures.

BY: /s/ James A. Francis (with permission)
JAMES A. FRANCIS
JOHN SOUMILAS
GREGORY J. GORSKI
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110


DAVID A. SEARLES
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103


ROBERT S. SOLA
Robert S. Sola, P.C.
8835 SW Canyon Lane, Suite 130
Portland, OR 97225


*Attorneys for Plaintiff*


Date: 8/16/10

BY: /s/ Barry Goheen
BARRY GOHEEN (*Pro Hac Vice*)
LEWIS P. PERLING (*Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

CATHERINE OLANICH RAYMOND
CHRISTIE PABARUE MORTENSEN &
YOUNG P.C.
1180 JFK Blvd., 10th Floor
Philadelphia, PA 19103

*Attorneys for Defendant*


Approved:

Brody, J.


Copies via ECF on ___ Copies via US mail on ___

Case 2:07-cv-02211-AB Document 120 Filed 08/13/10 Page 3 of 3

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed and sent by the Court's ECF

Filing System to the following:

James A. Francis
John Soumilas
Gregory J. Gorski
Francis & Mailman, PC
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110

David A. Searles
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Robert S. Sola
Robert S. Sola, P.C.
8835 SW Canyon Lane, Suite 130
Portland, OR 97225

*Attorneys for Plaintiff*

Dated: August 13, 2010.

/s/ Barry Goheen