UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD CHAKEJIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Civil Action No. 07-2211<br><br>CLASS ACTION |

### CERTIFICATION/DECLARATION OF CLASS COUNSEL REGARDING OBJECTIONS

I, James A. Francis, on behalf of Lead Class Counsel in the above matter, and pursuant to the Court's Order Consolidating Actions and Preliminarily Approving Settlement and Directing Notice to the Class (Doc.124), hereby certify and declare that the two (2) individuals listed in the document attached hereto as Exhibit A have filed a timely objection in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**FRANCIS & MAILMAN, P.C.**


　　　　　　　　　　　　　　　　　　*/s/ James A. Francis*
　　　　　　　　　　　　　　　　　　JAMES A. FRANCIS
　　　　　　　　　　　　　　　　　　Land Title Building, 19th Floor
　　　　　　　　　　　　　　　　　　100 South Broad Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19110
　　　　　　　　　　　　　　　　　　(215) 735-8600

　　　　　　　　　　　　　　　　　　**DONOVAN SEARLES, LLC**
　　　　　　　　　　　　　　　　　　DAVID A. SEARLES
　　　　　　　　　　　　　　　　　　1845 Walnut Street, Suite 1100
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　(215) 732-6067

|  |  |
|---|---|
|  | **ROBERT S. SOLA, P.C.**<br>ROBERT S. SOLA<br>8835 SW Canyon Lane, Ste. 130<br>Portland, OR 97225<br>(503) 295-6880<br><br>**CONSUMER LITIGATION ASSOCIATES, P.C.**<br>LEONARD A. BENNETT<br>12515 Warwick Blvd., Ste. 100<br>Newport News, VA 23606 |
| Dated: March 18, 2011 | (757) 930-3660 |

# EXHIBIT A

|   | A | B |
|---|---|---|
| 1 | Objections | Address |
| 2 | Thomas J. Fieger, Jr. | 724 Hinchley Run |
| 3 |  | West Chester, PA 19382 |
| 4 |  |  |
| 5 | Jeffrey Lichtenstein | P.O. Box 655 |
| 6 |  | Dover, NJ 07802 |