UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD CHAKEJIAN, <br> BRUCE A. SUMMERFIELD and <br> TONY LEE WEBB, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | C. A. No. 07-2211 <br><br> CLASS ACTION |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs Richard Chakejian, Bruce A. Summerfield and Tony Lee Webb, hereby seek final approval of the class action settlement preliminarily approved by this Court by Order dated October 21, 2010, Doc. No. 124.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

*/s/ James A. Francis*
JAMES A. FRANCIS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

**DONOVAN SEARLES, LLC**
DAVID A. SEARLES
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

**ROBERT S. SOLA, P.C.**
ROBERT S. SOLA

|  |  |
|---|---|
|  | 8835 SW Canyon Lane, Ste. 130 |
|  | Portland, OR 97225 |
|  | (503) 295-6880 |
|  | |
|  | **CONSUMER LITIGATION ASSOCIATES, P.C.** |
|  | LEONARD A. BENNETT |
|  | 12515 Warwick Blvd., Ste. 100 |
|  | Newport News, VA 23606 |
| Dated: March 18, 2011 | (757) 930-3660 |
|  | |
|  | Attorneys for Plaintiffs and Class |