UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD CHAKEJIAN, <br> BRUCE A. SUMMERFIELD and <br> TONY LEE WEBB, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | C. A. No. 07-2211 <br><br> CLASS ACTION |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS AND AWARD TO REPRESENTATIVE PLAINTIFFS**

Representative Plaintiffs Richard Chakejian, Bruce A. Summerfield and Tony Webb hereby move this Court for approval of individual settlement awards in the amount of $15,000 for each representative Plaintiff and for an award to Class Counsel of attorney's fees and costs in the total amount of $1,075,000.00. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declarations of Class Counsel.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

/s/ James A. Francis
JAMES A. FRANCIS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

**DONOVAN SEARLES, LLC**
DAVID A. SEARLES
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

|  |  |
|---|---|
|  | **ROBERT S. SOLA, P.C.**<br>ROBERT S. SOLA<br>8835 SW Canyon Lane, Ste. 130<br>Portland, OR 97225<br>(503) 295-6880 |
| Dated: March 18, 2011 | **CONSUMER LITIGATION ASSOCIATES, P.C.**<br>LEONARD A. BENNETT<br>12515 Warwick Blvd., Ste. 100<br>Newport News, VA 23606<br>(757) 930-3660 |
|  | Attorneys for Plaintiffs and Class |