# EXHIBIT A

## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**JAMES A. FRANCIS**

460.70 Hours @ $485.00/hr.
$223,439.50 total

*Francis and Mailman*
**James Francis, Esquire's Time Entry Report
for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. May 30, 2007 | | Review client documents for preparation of complaint; review paralegal credit matrix; review Abusaab file letters to see if Equifax using same letters for same type of dispute; | 2.40 |
| Thu. May 31, 2007 | | Draft, edit and revise and file complaint; review file; meet with MJS and JS, MDM re: complaint; review Abusaab case re: same issues. | 2.80 |
| Wed. Sep 26, 2007 | | review bankruptcy information and dockets to understand client's situation; meet with MJS re client information and bankruptcy court filings; | 2.30 |
| Thu. Sep 27, 2007 | | Draft Amended Complaint; edit and revise to include class allegations; | 2.50 |
| Mon. Nov 26, 2007 | | Conference with co-counsel DAS re: division of assignments | 0.50 |
| Mon. Jan 14, 2008 | | review Defendant's motion for pro hacs; meet with JS re the same, opposing Perling pro hac; | 1.60 |
| Fri. Jan 25, 2008 | | meet with JS re preparation for Rule 16 conference and Joint Discovery Plan 26f report; draft Joint 26f report and send to opposing counsel | 2.80 |
| Wed. Jan 30, 2008 | | attend Rule 16 conference; prepare; discuss discovery strategy with JS following; | 4.30 |
| Thu. Mar 20, 2008 | | attend call with Judge Strawbridge's chambers re settlement conference scheduling; t/cs with DAS re the same; t/c LP and DAS re EQFX re settlement possbilities | 1.90 |
| Sun. Jun 22, 2008 | | Prepare for Atlanta depositions by readings transcripts of witnesses from other proceedings; | 2.80 |
| Mon. Jun 23, 2008 | | Travel to Atlanta for Deposition of 30B6 Witnesses Alicia Fluellen, Shawn DeGrace and other witness; | 8.30 |
| Tue. Jun 24, 2008 | | | 10.50 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | Take deposition of Equifax's 30B6 witness Shawn DeGrace; attend deps of other Rule 30b6 witnesses; meet with JS after to prepare follow-up discovery requests; prepare in morning; | |
| Wed. Jun 25, 2008 | | Travel from Atlanta Depositions; draft memo on plane re follow up discovery; | 9.90 |
| Thu. Jun 26, 2008 | | Prepare for and attend discovery conference | 3.20 |
| Mon. Jun 30, 2008 | | Edit/revise discovery stipulation | 0.50 |
| Wed. Jul 9, 2008 | | Meet w/ JS re supplemental discovery responses review Newberger class action | 1.30 |
| Wed. Aug 6, 2008 | | Review dep transcripts Degrace & Flluellen for prep of Class Certification MOL | 4.50 |
| Wed. Aug 6, 2008 | | Draft Stipulation to extend briefing schedule, draft correspondence to defense counsel; meet with JS re same. | 1.20 |
| Sat. Aug 16, 2008 | | Review deposition transcripts of Alicia Fluellen and Sean Degrace for purposes of identifying exerpts for motion for class certification; digest both depositions; prepare outline of class certification, motion and brief. | 5.80 |
| Sun. Aug 17, 2008 | | Draft motion for class certification and memorandum of law; re-work fact section with citations to depositions and documents. | 9.50 |
| Mon. Aug 18, 2008 | | Finalize fact section for MOL re: motion for class certification; edit and revise motion and brief; draft proposed order; finalize brief and file. | 7.50 |
| Mon. Oct 6, 2008 | | review EQ opposition to MCC; begin pulling cases for plaintiff's reply | 2.30 |
| Wed. Oct 15, 2008 | | Continue reviewing Equifax's opposition to plaintiff's motion for class certification; outline reply structure; read Equifax's cited cases. | 4.30 |
| Thu. Oct 16, 2008 | | Begin drafting reply memo re: equifax opposition and motion for class certification | 5.50 |
| Fri. Oct 17, 2008 | | Review DAS changes/edits to draft reply brief; review JS edits to draft reply brief incorporate co-counsel's comments; draft, edit and revise reply memo re: class certification; file reply via ECF | 6.80 |
| Tue. Mar 24, 2009 | | Review memorandum and order from court certifying class. Discuss with JS and DAS | 1.50 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Jun 10, 2009 | | Draft class notice; review Rule 23 cases on drafting notice. | 2.50 |
| Thu. Jun 11, 2009 | | Review co-counsel's comments and edits regarding draft notice; edit and revise notice. | 2.80 |
| Fri. Jun 12, 2009 | | Incorporate all comments and edits from co-counsel and edit and finalize notice; file notice. | 3.80 |
| Fri. Jun 26, 2009 | | Draft edit revise letter to LP; check cites/deps | 3.50 |
| Wed. Aug 5, 2009 | | Prepare for telephone conference with Judge Strawbridge; re settlement; meet w/JS | 0.70 |
| Wed. Aug 5, 2009 | | telephone conference with court; telephone conference with DAS after | 0.90 |
| Sun. Aug 9, 2009 | | Rev. Expert report; discuss with DAS | 1.50 |
| Thu. Aug 13, 2009 | | Prepare for deposition of Equifax counsel Lewis Perling | 2.50 |
| Thu. Aug 13, 2009 | | Prepare DAS for deposition of L. Perling confer RE willfullness defense | 2.50 |
| Tue. Aug 18, 2009 | | DAS during deposition of Lewis RE: Strategy and examination | 0.90 |
| Tue. Sep 1, 2009 | | Review court order granting proposal notice | 1.20 |
| Thu. Sep 3, 2009 | | Prepare for t/c w/LP; meet w/ JS and DAS; t/c w/ LP RE: Class list | 0.80 |
| Wed. Sep 9, 2009 | | Review class list; revise email, draft email to LP; meet with JS RE: the same | 2.50 |
| Fri. Sep 11, 2009 | | Draft, edit/revise form of notice; incorporate Court's changes; meet with JS re: the same. | 3.20 |
| Mon. Sep 14, 2009 | | Draft letter to court; revise submissions | 0.50 |
| Tue. Sep 22, 2009 | | Meet W/ GG RE: proposal; draft correspondence RE: supplementary class list | 2.40 |
| Mon. Dec 14, 2009 | | telephone conference with website administrator re building website/design issues | 1.30 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Dec 15, 2009 | | Review notice draft website pages; meet with AB re the same; edit/reivse notices; go over notice procees for calls | 3.40 |
| Mon. Mar 15, 2010 | | Review/read Equifax MSJ; make response notes; rev. compl. | 2.20 |
| Tue. Mar 23, 2010 | | Rev MSJ outline argument response brief; draft structure/skeletal outline; send emails to co counsel regarding plan for response | 4.60 |
| Mon. Mar 29, 2010 | | (anticipated) Attend Final Approval hearing; argue motions; prepare for hearing | 3.50 |
| Wed. Mar 31, 2010 | | Begin assembling framework and structure for summary judgment response and opposition brief; review DAS section regarding expert opinion and standards for 1681(i) | 2.30 |
| Thu. Apr 1, 2010 | | Work on SJ opposition; meet with paralegal, AB and go over all deposition transcripts and tab and highlight quotes for assembly of exhibits/appendix for response brief; draft, edit and revise MOL SJ response brief. | 4.50 |
| Fri. Apr 2, 2010 | | Draft, edit and revise response/opposition to MSJ. | 3.50 |
| Fri. Apr 2, 2010 | | Draft stipulation and submit to court re: three day extension until Tuesday. | 0.50 |
| Mon. Apr 5, 2010 | | Draft, edit and revise reply brief. | 4.50 |
| Tue. Apr 6, 2010 | | Finalize reply brief; incorporate all co-counsels comments and edits; re-work fact session and argument section regarding 1681(i)(a)(6); file brief | 5.80 |
| Fri. Apr 16, 2010 | | Meet w/DAS re: response brief outline, division of assignments; review settlement papers in Gilespie; review SJ brief | 1.80 |
| Thu. Apr 29, 2010 | | Rev. Equifax reply re SJ; make notes for sur-reply | 1.50 |
| Fri. Apr 30, 2010 | | Begin working on sur-reply re: SJ Motion | 2.80 |
| Sun. May 2, 2010 | | Draft/edit sur-reply re: SJ Motion | 5.50 |
| Mon. May 3, 2010 | | Finalize draft edit revise sur-reply; meet with JS; incorporate DAS edits; file | 7.50 |
| Fri. May 7, 2010 | | telephone conference with BG re mediation; meet with MDM re his preliminary conditions; meet with JS; telephone conference with DAS | 3.70 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. May 10, 2010 | | telephone conference with BG re settlement possibilities; call JAMS; meet with co-counsel | 2.50 |
| Mon. May 10, 2010 | | telephone conference with BG re settlement/mediation; telephone conference with JAMS to ascertain availability; telephone conference with DAS; review Gillespie settlement details | 3.80 |
| Tue. May 11, 2010 | | Draft letter to court requesting call/continuance in light of Equifax settlement discussions | 0.80 |
| Wed. May 12, 2010 | | telephone conference with BG re mediation; draft/edit letter to Court re the same; discuss with co-counsel | 2.20 |
| Wed. May 12, 2010 | | telephone conference with JS re conf call with Brody re extending trial due to mediation; r/r emails from BG | 1.30 |
| Thu. May 13, 2010 | | telephone conference with BG re mediation call with Court yesterday; telephone conference with JS re same; new James date for mediation; rev. Court Order | 1.20 |
| Wed. May 26, 2010 | | Draft/finish edit/revise Med Memo | 3.20 |
| Wed. May 26, 2010 | | Rev. Equifax MIL; send email assigning sections to all counsel make notes structure response | 2.60 |
| Wed. May 26, 2010 | | Rev. Klaer test/ designations; discuss Klaer strategy with JS | 2.70 |
| Thu. May 27, 2010 | | Draft edit revise my section for response to Equifax MIL | 3.80 |
| Thu. May 27, 2010 | | Meet with JS, DAS & Client | 2.50 |
| Fri. May 28, 2010 | | Rev. Equifax med memo; telephone conference with DAS; meet with JS re the same | 2.20 |
| Fri. May 28, 2010 | | Prepare for mediation; meet with MDM/JS | 2.50 |
| Fri. May 28, 2010 | | Rev. Omnibus Plaintiff resp to Equifax MIL | 2.10 |
| Fri. May 28, 2010 | | telephone conference with JS & research re next weeks agenda | 1.20 |
| Mon. May 31, 2010 | | Review all summary judgment briefing and prepare for oral argument on outstanding summary judgment motion at this weeks final pre-trial conference | 4.50 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. May 31, 2010 | | Review both parties motions in limine and responses; prepare to argue motions in limine at this weeks pre-trial conference | 3.20 |
| Tue. Jun 1, 2010 | | Attend mediation at JAMS w/ Judge Diane Welsh; present negotiations; walk back to office | 5.20 |
| Tue. Jun 1, 2010 | | Meet with JS and MDM afterward to discuss status of mediation, Equifax not wanting to settle | 2.50 |
| Tue. Jun 1, 2010 | | Prepare for mediation in morning before walking over. | 2.20 |
| Wed. Jun 2, 2010 | | Prepare for pre-trial conference this afternoon; assemble all materials and binders for pre-trial conference | 3.50 |
| Wed. Jun 2, 2010 | | Meet with DAS and JS in preparation for pre-trial conference/ who is arguing what; T/C with RS regarding same and his participation and conference by telephone | 1.50 |
| Wed. Jun 2, 2010 | | Attend final pre-trial conference, argue motion for summary judgment, argue plaintiff's responses to Equifax's motions in limine; meet with Court; call JAMS following court conference to see if we can get in another mediation day on Monday; meet with co-counsel JS following conference to digest implications of conference | 4.80 |
| Thu. Jun 3, 2010 | | Meet with client, DAS and JS; prepare for meeting. | 2.50 |
| Thu. Jun 3, 2010 | | Confirm arrangements with JAMS for continued mediation on Monday; prepare for trial; review exhibits; review Hendricks deposition; leave message for Court Clerk regarding starting trial on Tuesday and submission of final pre-trial order on Monday morning; T/C with RS; multiple meetings with JS. | 8.50 |
| Fri. Jun 4, 2010 | | Prepare for Trial; review transcript from oral argument and hearing on Wednesday re: SJ and Motion In Limine; review and edit Fluellen deposition designations; review, edit and revise final pre-trial order drafted by DAS; make arrangement for client to come in on Monday morning for examination prep; meet with JS and T/C with RS regarding opening, activities for weekend, travel arrangements for RS, and order of witnesses and agenda in general. | 10.50 |
| Sat. Jun 5, 2010 | | Prepare for trial; review Fluellen designations and Equifax objections and counter designations; organize binders; organize file; review all deposition outlines | 13.20 |
| Sat. Jun 5, 2010 | | Prepare for trial; review DeGrace designations and equifax objections and counter designations; organize binders; organize file; review all deposition outlines. | 13.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Sun. Jun 6, 2010 | | Prepare for trial; meet with RS | 12.50 |
| Mon. Jun 7, 2010 | | Prepare for Trial; meet with R. Sola regarding opening theme, order of witnesses; prepare for DeGrace cross; prepare for Fluellen read in testimony; review and digest all remaining depositions; telephone conference with JS and MDM regarding mediation at JAMS; meet with client Mr. Chakejian and prepare his direct exam and do mock direct exam; prepare client for trial and what to expect | 15.50 |
| Tue. Jun 8, 2010 | | Trial; prepare for DeGrace exam; pick jury; negotiate settlement | 9.50 |
| Tue. Jun 8, 2010 | | Meet with DAS, RS, JS, expert Hendricks, MDM, and paralegal DS after getting back from trial and discuss implications and strategy moving forward in terms of effectuating settlement | 3.50 |
| Tue. Jun 8, 2010 | | Trial; prepare for degrace exam; pick jury; negotiate settlement. | 9.50 |
| Tue. Jun 8, 2010 | | Meet with RS, JS expert Hendricks MVM and paralegal DS after getting back from trial and discuss implications and strategy moving forward in terms of effectuating settlement. | 3.50 |
| Wed. Jun 9, 2010 | | telephone conference with JS and Len Bennet re Chakejian settlement and transfer/dismissal of Webb action; discuss possibilities; update co counsel on settlement terms; check Webb docket in advance of call | 2.30 |
| Wed. Jun 9, 2010 | | R/r correspondence from Goheen regarding process of effectuating settlement | 0.30 |
| Wed. Jun 9, 2010 | | Telephone conference with JS and Len Bennett regarding Chakejian settlement and transfer/dismissal of Webb action; discuss possibilities; update co-counsel on settlement terms; check Webb docket in advance of call. | 2.30 |
| Fri. Jun 11, 2010 | | Make conference call arrangements with Barry Goheen for Monday. | 0.20 |
| Mon. Jun 14, 2010 | | Meet with JS regarding conference call with Barry Goheen today to discuss agenda for consummating settlement;prepare outline of agenda | 1.30 |
| Mon. Jun 14, 2010 | | telephone conference with Barry Goheen regarding agenda, preparation of settlement agreement, draft to Equifax and conference call on July 1 to discuss Equifax's comments; discuss with JS afterward | 1.30 |
| Mon. Jun 14, 2010 | | Prepare materials to meet with Erin and give her the assigned task of drafting the initial settlement agreement; meet with Erin re the same | 1.50 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Jun 14, 2010 | | Draft memo to co-counsel regarding proposed agenda for moving forward with settlement; our firm drafting settlement agreement, phone call with Equifax on 7/; transfer of Summerfield and Webb cases | 0.60 |
| Mon. Jun 14, 2010 | | Meet with JS regarding conference call with Barry Cohein today to discuss agenda for consumating settlement; prepare outline of agenda. | 1.30 |
| Mon. Jun 14, 2010 | | T/C with Barry Cohein regarding agenda, preparation of settlement agreement, draft to equifax and conference call on July 1 to discuss equifax comments; discuss with JS afterwards. | 1.30 |
| Tue. Jun 15, 2010 | | T/C with client RC regarding status and moving forward with settlement/agenda going forward. | 0.20 |
| Fri. Jul 9, 2010 | | R/R correspondence from Gohein regarding process of effectuating settlement. | 0.30 |
| Wed. Jul 21, 2010 | | Rev. Correspondence from BG re progress on settlement agreement draft; respond; meet with JS re the same | 1.20 |
| Thu. Jul 22, 2010 | | Rev. Order from Court approving deadline; rev orders from ED VA & NJ courts transferring action here; discuss with EN, eith deadlines for submitting MPA | 1.30 |
| Wed. Jul 28, 2010 | | telephone conference with Lance Raphael & Stacy Bando re Ryder case & Equifax discussions; discuss with JS & MDM | 1.90 |
| Wed. Aug 11, 2010 | | Rev. Equifax settlement agreement | 2.10 |
| Wed. Aug 11, 2010 | | Meet with MDM & JS re Equifax version of Settlement Agreement; rev. Agreement with EN | 3.40 |
| Thu. Aug 12, 2010 | | Meet with EN re Equifax changes to Settlement Agreement and for her to prepare an outline of changes; rev. agreement | 2.50 |
| Fri. Aug 13, 2010 | | Exchange emails with BG re Equifax moving Court for ext of time to file MPA; rev. Draft motion to extend; meet with JS re the same. | 1.20 |
| Wed. Aug 18, 2010 | | Read 9th circuit case Caralho v. Equifax re claims of deceptive investigation results discuss with JS | 1.30 |
| Mon. Aug 23, 2010 | | Rev. Settlment docs from Gillespie for purposes of reviewing draft notice; emails with Jim Pietz | 3.50 |
| Tue. Aug 24, 2010 | | Draft notice of settlement; rev. Gillespie notice and J. Brody notice to create notice | 4.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Aug 24, 2010 | | Review Gillespie notice; review Gillespie settlement documents; edit/revise notice, settlement website, final approval order, preliminary approval order; meet with EN re the same | 4.80 |
| Wed. Aug 25, 2010 | | Rev. Draft notice e/ EN revisions | 0.90 |
| Wed. Aug 25, 2010 | | Edit/revise notice; JS, DAS & En's changes; meet with EN re schedule for Motion for Preliminary Approval | 4.30 |
| Thu. Aug 26, 2010 | | Rev equifax latest changes to settlment agreement; telephone conference with BG, LP EN and DAS re Goheen email and changes | 2.30 |
| Thu. Aug 26, 2010 | | Edit/revise settlement agreement; rev. EN changes | 1.80 |
| Thu. Aug 26, 2010 | | Rev. DAS timeline for class settlement events | 0.70 |
| Fri. Aug 27, 2010 | | Rev. EN/DAS draft of Motion for Preliminary Approval | 1.30 |
| Mon. Aug 30, 2010 | | Edit/revise/draft motion for preliminary approval; meet with EN re my changes; review credit watch Gold insert | 2.60 |
| Mon. Aug 30, 2010 | | Rev. Equifax last minute changes to notice and settlment agreement; meet with MDM re the same; telephone conference with Len Bennett about preliminary approval; set up call for tomorrow | 1.90 |
| Tue. Aug 31, 2010 | | telephone conference with BG, LP & EN re Equifax last minute changes to notice and settlement agreement; meet with Erin to incorporate all changes; re edit documents | 2.30 |
| Wed. Sep 1, 2010 | | Setup call w/LP re: Ryder copycat case | 0.30 |
| Thu. Sep 2, 2010 | | telephone conference with LP & Lawrence Raphael re Ryder case; meet EN after | 0.40 |
| Fri. Oct 15, 2010 | | T/C with client re: status update and preliminary approval of Court, hearing in anticipation of next phase of case. | 0.40 |
| Tue. Nov 9, 2010 | | Meet with EN re updating class action website in light of preliminary approval order, document, logistics, class administrator; review site and draft mockup of site to conform with court's order; | 2.30 |
| Wed. Nov 17, 2010 | | T/c with client re update on final approval hearing, preliminary approval order; | 0.30 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Nov 17, 2010 | | Meet with JS and MDM re setting up protocols for notice issue; review notice; | 1.50 |
| Fri. Nov 19, 2010 | | Review settlement website; edit/revise changes; discuss changes with EN; write to Equifax counsel as to changes and settlement agreement, as well as their proposal for a 2nd site; | 2.60 |
| Tue. Nov 23, 2010 | | Meet with Erin regarding confirmatory discovery interrogatories; review confirmatory discovery | 1.10 |
| Tue. Dec 7, 2010 | | review emails from defense counsel re confidentiality and class list; draft memo to EN re going through agenda leading up to sending of notice; review class lists; | 1.30 |
| Mon. Dec 13, 2010 | | Review Equifax last minute changes to notice; compare notice approved by Court; meet with EN to go over response to Lewis and preparation for calls next week. | 1.30 |
| Tue. Dec 14, 2010 | | Review correspondence from LP regarding further changes to notice which were objectionable; draft objection; meet with EN re speaking to LP; | 0.80 |
| Tue. Dec 14, 2010 | | Prepare materials to meet with Erin and give her the assigned task of drafting the initial settlement agreement; meet with Erin re: the same. | 1.50 |
| Tue. Dec 14, 2010 | | Draft memo to co-counsel regarding proposed agenda for moving forward with settlement; our firm drafting settlement agreement, follow up call with Equifax on July 1; transfer of Summerfield and Webb cases | 1.60 |
| Mon. Dec 20, 2010 | | Meet with Erin regarding stipulation to extend time for sending notice given the fact that notice will fall over the holiday; confer with Equifax counsel re: same; review deadlines with staff | 0.90 |
| Wed. Dec 22, 2010 | | Review Erin's list of class numbers for all three cases; review class lists. | 0.80 |
| Thu. Dec 30, 2010 | | Draft and respond to correspondence with EN re status of Class member calls, staffing of calls, call volume; | 0.60 |
| Mon. Jan 3, 2011 | | Review and respond to email inquiries from Class members re case, questions re settlement; | 1.60 |
| Thu. Jan 6, 2011 | | Review correspondence from attorney re opt out member Flieger; draft response to her regarding release not barring actual damages claim; meet with Erin re the same; | 0.80 |
| Tue. Jan 25, 2011 | | | 1.80 |

Case 2:07-cv-02211-AB   Document 132-3   Filed 03/18/11   Page 13 of 17

*Time for Selected File* — *Chakejian, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
|  |  | Meet with Abraham Reich, Esquire at Fox Rothschild for purposes of securing expert opinion/declaration on firm hourly rates for fee petition and final approval; |  |
| Wed. Feb 9, 2011 |  | Draft correspondence to expert witness re expert report for fee petition, format of report; | 0.50 |
| Wed. Feb 16, 2011 |  | Meet with JS and MDM to discuss Sola hourly rate support and whether to ask expert witness to address his rate as well; | 0.60 |
| Fri. Feb 18, 2011 |  | Gather additional materials for Abe Reich/expert witness at Fox Rothschild for fee petition expert report; draft correspondence to him; | 1.80 |
| Fri. Feb 18, 2011 |  | Review correspondence from co-counsel re fee declaration; draft response correspondence; discuss same with JS | 0.30 |
| Tue. Mar 8, 2011 |  | T/C with Abe Reich, Esquire regarding deadline for expert report hourly rates he recommends and misc matters regarding expert report; discuss same with MDM. | 0.80 |
| Tue. Mar 8, 2011 |  | Meet with Paralegal TM regarding tomorrows deadlines for filing Certification of Opt Outs and establishments of website; review courts order and deadlines. | 0.60 |
| Tue. Mar 8, 2011 |  | Telephone conference with Stan Smith, economic expert regarding his opinion and the scope of his report. | 0.80 |
| Tue. Mar 8, 2011 |  | Meet with Erin regarding drafts of Motion for Final Approval and Motion for Attorney's Fees; points to make and deadline for draft. | 0.60 |
| Tue. Mar 8, 2011 |  | Edit and revise Certification of Class Counsel regarding Opt Outs and Certification of Website; review Court Order | 0.80 |
| Tue. Mar 8, 2011 |  | T/C with expert AR re: scope of assignment for expert report. | 0.30 |
| Mon. Mar 14, 2011 |  | Meet with paralegal re assembly of materials re fee petition/brief in support of final approval; | 0.40 |
| Tue. Mar 15, 2011 |  | Review Abe Reich expert report. | 0.30 |
| Wed. Mar 16, 2011 |  | Draft/edt/revise declaration in support of fee petition | 1.50 |
| Thu. Mar 17, 2011 |  | Edit/revise motion for final approval/fee petition | 3.60 |
| Fri. Mar 18, 2011 |  | Finalize all documents for filing; declaration, fee petition and final approval motion | 2.50 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Mar 29, 2011 | | (anticipated) Attend Hearing on Final Approval Motion; Argue Motion for Final Approval and Motion for Attorney's Fees; prepare for hearing | 3.50 |
| | | **Total Time:** | **460.70 Hrs** |

## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**MARK D. MAILMAN**

47.40 Hours @ $485.00/hr.
$22,989.00 total

*Francis and Mailman*
**Mark Mailman's Time Entry Report
for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Aug 15, 2008 | Motion Class Cert | Drafted, reviewed and revised Plaintiff's Motion For Class Certification; file review | 2.60 |
| Mon. Aug 18, 2008 | Motion Class Cert | Drafted, reviewed and revised Plaintiff's Motion For Class Certification; file review; conf. w JAf re same | 2.20 |
| Wed. Mar 25, 2009 | | Review and highlight Court's Memo. And Order re: Granting Cert.; file review; conf. w/ JAF re same. | 4.20 |
| Tue. Apr 20, 2010 | | File review; conf. with JAF, JS and DS re; settlement proposal; r/r letter to EIS re same | 3.80 |
| Wed. May 12, 2010 | | File review; conferring in firm re conference with Judge Brody, settlement strat. | 2.20 |
| Wed. Jun 2, 2010 | | File review; conferring in firm re: trial strategy | 3.00 |
| Thu. Jun 3, 2010 | | File review; conferring in firm re trial strategy, upcoming mediation strategy | 2.70 |
| Fri. Jun 4, 2010 | | File review; prep for upcoming mediation; conferring in firm re same | 3.30 |
| Mon. Jun 7, 2010 | | File review; conferring in firm re: mediation; prepare for mediation conference; attend mediation | 8.20 |
| Tue. Jun 8, 2010 | | File review; conferring in firm re: trial | 3.20 |
| Wed. Jun 9, 2010 | | File review; review correspondence with EIS; conferring in firm re: MOU/ settlement terms. | 4.40 |
| Tue. Jan 25, 2011 | | Meet with Abe Reich, Esq. at Fox Rothschild Re: expert opinion/declaration on firm/ hourly rates for fee petition and final approval;conf. w/ JAF re: same | 1.80 |
| Wed. Mar 16, 2011 | | File review; conferring in firm re: trial; strategy session; assist in preparation for opening statement and cross examination | 5.80 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | **Total Time:** | **47.40 Hrs** |