**CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211**

Time expended for:
**JOHN SOUMILAS**

951.70 @ $410.00/hr.
$390,197.00 total

*Francis and Mailman*

**John Soumilas's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Sep 28, 2007 | | Review file; research re: class claim; discussions with JAF. | 1.80 |
| Fri. Nov 30, 2007 | | Review answer; outline problematic affirmative defenses; think strategy. | 1.70 |
| Wed. Dec 5, 2007 | | Review motion to extend time to file motion for class cert.; review e-mail from Equifax re: other cases. | 0.60 |
| Tue. Dec 11, 2007 | | Review order re: status conference. | 0.20 |
| Mon. Dec 17, 2007 | | Review amended answer; correspondence with paralegal; discussion re: disclosures and discovery. | 0.50 |
| Mon. Dec 24, 2007 | | Review court order re: class cert. schedule; review status of disclosures and discovery. | 0.40 |
| Wed. Jan 2, 2008 | | Review e-mail correspondence; think about demand requested by Equifax. | 0.50 |
| Fri. Jan 25, 2008 | | Review Judge's procedures; meeting with paralegal; strategy meeting with JAF; review forms and reports that are due prior to conference; review and revise 26(f); prepare internal e-mail re: various strategy matters in the case. | 2.80 |
| Wed. Jan 30, 2008 | | Prepare for and attend status conference; legal research re: key merits and class issues in the case; research re: other class actions against Equifax; review Abusaab trial transcript; prepare internal strategy memo. | 9.30 |
| Thu. Jan 31, 2008 | | Begin working on written discovery requests (interrogatories and document request); internal memo re: several discovery and strategy matters. | 2.40 |
| Fri. Feb 1, 2008 | | Legal research re: FCRA certified cases and other similar consumer cases (non-FCRA); continue to prepare internal strategy memo; meetings with JAF and JYP. | 5.30 |
| Thu. Feb 7, 2008 | | Begin to prepare class certification interrogatories and document requests. | 0.90 |

*Time for Selected File*                                                                    *Oklaofitie, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|-----------|
| Fri. Feb 8, 2008 | | | 2.80 |
| | | Continue to prepare class certification interrogatories and document requests. | |
| Tue. Feb 19, 2008 | | | 3.90 |
| | | Continue to work on drafting merits and class written discovery; select legal research in connection with same. | |
| Wed. Feb 27, 2008 | | | 4.40 |
| | | Continue to prepare written discovery to both merits and class issues; prepare deposition notices; prepare detailed letter re: electronic discovery. | |
| Thu. Feb 28, 2008 | | | 3.50 |
| | | Continue to prepare written discovery to both merits and class issues; prepare deposition notices; prepare detailed letter re: electronic discovery. | |
| Wed. Mar 5, 2008 | | | 5.50 |
| | | Continue to prepare and revise, interrogatories, document requests, depositions, and letter re: electronic discovery; several meetings with paralegal and JAF. | |
| Thu. Mar 6, 2008 | | | 0.20 |
| | | Review court scheduling order. | |
| Fri. Mar 7, 2008 | | | 0.40 |
| | | Review correspondence and ECF notices. | |
| Mon. Mar 10, 2008 | | | 0.30 |
| | | Review e-mail correspondence from L.Peling; from JAF; review dep. notices. | |
| Tue. Mar 11, 2008 | | | 0.20 |
| | | E-mail correspondence from L.Perling. | |
| Mon. Mar 17, 2008 | | | 0.40 |
| | | Review correspondence; review status of case. | |
| Thu. Mar 20, 2008 | | | 0.80 |
| | | Short tel.  hearing before magistrate judge; review Equifax's dep. notice interrogatories and document requests, served yesterday; e-mail to client. | |
| Wed. Mar 26, 2008 | | | 1.40 |
| | | Review correspondence from Equifax's counsel; internal strategy memo re: several discovery items, e-mail; meeting with JAF. | |
| Thu. Mar 27, 2008 | | | 2.30 |
| | | Prepare portions of responses and objections to Equifax's written discovery requests. | |
| Tue. Apr 1, 2008 | | | 0.30 |
| | | E-mail correspondence with counsel for Equifax. | |
| Wed. Apr 2, 2008 | | | 0.60 |
| | | Review several e-mails; meeting with JAF re: strategy matters and scheduling/travel to Atlanta. | |
| Mon. Apr 14, 2008 | | | 1.80 |
| | | Review correspondence; review deposition schedule; review confidentiality order; review Third Circuit law re: same. | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Apr 18, 2008 | | | 3.50 |
| | | Review correspondence re: deposition scheduling; review Equifax's answer to interrogatories; begin to review part of 2500 page plus document production. | |
| Fri. Apr 25, 2008 | | | 0.60 |
| | | Review correspondence re: deposition scheduling; review written discovery responses; conference with JAF. | |
| Mon. Apr 28, 2008 | | | 5.60 |
| | | Review select groups of documents produced by Equifax; outline need for follow-up discovery in those areas; review correspondence re: deposition scheduling from L.Perling and internal e-mails, 9 in total; | |
| Tue. Apr 29, 2008 | | | 6.20 |
| | | Continue to review discovery responses; coordination re: depositions; review and revise motion to extend deadlines of factual discovery; file same; e-mail correspondence with opposing counsel and some internal e-mails, 13 in total. | |
| Wed. Apr 30, 2008 | | | 8.40 |
| | | Review and respond to correspondence from Equifax's counsel; review and revise responses to Equifax's interrogatories; review and revise responses to Equifax's document requests; review our document production; review Equifax's document production for select information; meetings with JAF and MJS. | |
| Thu. May 1, 2008 | | | 7.90 |
| | | Review select portions of Equifax's document production to date; continue to prepare and revise Plaintiff's answers to interrogatories and document requests; several meeting with paralegal re:same; calls and e-mail with client; e-mails from L.Perling;finalize and serve Plaintiff's response and objections to Equifax's document requests and Interrogatories. | |
| Fri. May 2, 2008 | | | 4.80 |
| | | E-mail correspondence re: status of case, plaintiff's deposition, written discovery, scheduling and strategy meeting. Correspondence to opposing counsel re: deposition scheduling; prepare package for D.Searles and MJS re: discovery responses and comprehensive strategy memo for case and client prep. | |
| Fri. May 9, 2008 | | | 0.90 |
| | | Review ECF re: order on discovery; review correspondence from JAF; correspondence to/from L.Perling; meeting with MJS, internal e-mails from same; review correspondence to client; 12 e-mails. | - |
| Mon. May 12, 2008 | | | 0.30 |
| | | Correspondence to and from L.Perling. | |
| Wed. May 14, 2008 | | | 0.30 |
| | | Correspondence to and from L.Perling. | |
| Fri. May 16, 2008 | | | 8.30 |
| | | Prepare supplemental responses to Equiafx's discovery; additional production of 7 PDF package of docs; review carefully; meeting with paralegal; prepare for production and serve; review Equifax's motion to  compel; pull 3 cases cited there in and read them; other select legal research; notes to file re: response; | |

*Time for Selected File*                                                                   *Chakejian, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. May 20, 2008 | | | 0.80 |
| | | E-mail correspondence with L.Perling re: Atlanta deps; internal e-mails re: strategy matters; meeting MJS. | |
| Tue. May 27, 2008 | | | 6.70 |
| | | Review correspondence; reply to same; work on opposition to motion to compel; review Equifax's written discovery to date and deposition schedule; several e-mails with D.Searles, L.Pearling re: meet and confer topics/discovery disputes. | |
| Wed. May 28, 2008 | | | 6.90 |
| | | Work with MJS in opposition to motion to compel, including review and select discovery, review of several e-mail and review of case law re: waiver and disclosure of other select information in class actions; legal research re: several issues. | |
| Fri. May 30, 2008 | | | 8.80 |
| | | Continue to prepare, review and revise opposition to motion to compel; review correspondence to client. | |
| Mon. Jun 2, 2008 | | | 8.30 |
| | | Prepare letter in response to follow-up discovery disputes (Equifax's letter of May 23); reviewed additional documents; meeting with MJS and paralegal re: client and his dep, additional documents, etc., prepare package of documents for client's dep.; review same; correspondence to client; conduct select legal research re: discovery dispute issues; review select portions of Equifax's document production and select answer to our interrogatories.  Notes re: documents produced and documents still needed. | |
| Tue. Jun 3, 2008 | | | 6.80 |
| | | Review Equifax's responses to interrogatories and outline need for select follow-up; continue to review portions of Equifax's document production; e-mail to opposing counsel re: deficiencies and possible motion to compel; prepare several deposition notices, and revised notices; serve same. | |
| Wed. Jun 4, 2008 | | | 5.50 |
| | | Review Plaintiff's supplemental responses and supplemental document production; review with MJS prior to production; review MJS's correspondence to L.Perling; continue to review Equifax's responses to our written discovery and Equifax's document production; notes to file. | |
| Thu. Jun 5, 2008 | | | 1.10 |
| | | Several e-mail re:  rescheduling issues with client's dep.; call to client; call to client's wife. | |
| Mon. Jun 9, 2008 | | | 4.40 |
| | | Review e-mail correspondence; meeting with MJS re: client prep.; meet with client; meeting with co-counsel; 7 e-mails re: discovery disputes. | |
| Wed. Jun 11, 2008 | | | 1.50 |
| | | Review correspondence; review file; strategy meeting with MJS; call to client re: his deposition. | |
| Fri. Jun 13, 2008 | | | 0.90 |
| | | E-mail correspondence to L.Perling re: discovery dispute; review and reply to several e-mail re: same; meet with MJS re: same. | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Jun 16, 2008 | | | 3.90 |
| | | Several e-mails; prepare for and attend via telephone status conference re: settlement with MJ Strawbridge; review written discovery; make plans for Atlanta deps; several e-mails re: same; e-mails re: Plaintiff's dep.; prepare outline for strategy meeting re: 4 issues. | |
| Tue. Jun 17, 2008 | | | 4.90 |
| | | Review select documents in preparation for next week's deposition in Atlanta; call court re: conference with Judge Strawbridge; review and reply to 12 e-mails from opposing counsel and co-counsel; review court order re: oral argument/hearing on motion to compel. | |
| Wed. Jun 18, 2008 | | | 3.10 |
| | | E-mail correspondence from L.Perling re: deposition; internal e-mails re: same; coordination to trip to Atlanta for deps.; gather some documents for deps; search for prior testimony by V.Banks. | |
| Thu. Jun 19, 2008 | | | 0.60 |
| | | Review ECF notice from Judge Srawbridge; correspondence to L.Perling re: upcoming depositions and related discovery issues. | |
| Fri. Jun 20, 2008 | | | 9.50 |
| | | Review written discovery to date and all documents produced, and begin to prepare for several Equifax depositions scheduled for Tues and Wed. | |
| Mon. Jun 23, 2008 | | | 9.40 |
| | | Review and respond to several e-mails by L. Perling; review confidentiality issue/agreement; review additional documents produced by Equifax, prepare for Atlanta deposition; travel to Atlanta | |
| Tue. Jun 24, 2008 | | | 11.80 |
| | | Prepare and take deps. in Atlanta; prep. for next day. | |
| Wed. Jun 25, 2008 | | | 15.70 |
| | | Travel back from Atlanta; outline plan for third party discovery from ChoicePoint; prepare for tomorrow's hearing with Judge Brody re: Equifax's motion to compel. | |
| Thu. Jun 26, 2008 | | | 4.90 |
| | | prepare for and attend motion to compel hearing in chambers; review all briefs previously filed re: that motion; e-mail to L.Perling; e-mail to client. | |
| Fri. Jun 27, 2008 | | | 1.60 |
| | | Several e-mails with L.Perling re: remaining discovery schedule; review status of written discovery; call to client. | |
| Mon. Jun 30, 2008 | | | 4.40 |
| | | Prepare motion to extend deadlines and proposed order; e-mails with opposing counsel re: same; call to client and discussion with MJS re: Plaintiff's deposition and well as supplemental answers to interrogatories; file joint motion. | |
| Mon. Jul 7, 2008 | | | 7.10 |
| | | Review deposition transcripts that came in today (DeGrace, Fluellen, Banks); notes re: same; internal e-mail re: same; review status of Plaintiff's dep scheduling with MJS. | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Jul 8, 2008 | | | 2.90 |
| | | Prepare supplemental responses to interrogatories; calls with client; review subpoenas to ChoicePoint. | |
| Wed. Jul 9, 2008 | | | 3.40 |
| | | Review and revise written discovery; select legal research before answering interrogatories re: 23(b)(1) and (b)(2) classes. | |
| Thu. Jul 10, 2008 | | | 3.60 |
| | | Work on written discovery (2d Supp. Resp); call to client; independent research re: several issues with other cases;  internal e-mails re: same; work on subpoena. | |
| Fri. Jul 11, 2008 | | | 2.60 |
| | | Review and finalize written discovery (2d supp. responses); correspondence  re: same; calls to client. | |
| Mon. Jul 14, 2008 | | | 2.00 |
| | | Review status of third party discovery; draft letter for subpoena; select legal research re: out-of-state subpoena service; review renewed dep. notice; review correspondence with our objections; call to client. | |
| Tue. Jul 15, 2008 | | | 0.40 |
| | | E-mails with co-counsel; review material for preparation of client for his deposition; call to client; review status of subpoena to ChoicePoint. | |
| Thu. Jul 17, 2008 | | | 1.70 |
| | | Gather material for client's dep; prepare self for same; call with client. | |
| Fri. Jul 18, 2008 | | | 12.60 |
| | | Prepare client for his deposition and defend same; several e-mail re: dep. and third party discovery; strategy meetings with other attorneys. | |
| Mon. Jul 21, 2008 | | | 0.40 |
| | | E-mail correspondence from L.Perling; e-mail correspondence from client; scheduling of third party deps. | |
| Tue. Jul 22, 2008 | | | 1.80 |
| | | E-mails correspondence via e-mails (several) to and from with client; e-mail correspondence with opposing counsel and third party re: discovery issues; strategy meeting re: same. | |
| Wed. Jul 23, 2008 | | | 4.20 |
| | | Review letter from defense counsel to court; review related correspondence; call to client;  telephone hearing with court; 12 e-mails with Equifax's counsel, ChoicePoint's counsel and co-counsel  re: scheduling of Equifax dep.;  prepare same and serve. | |
| Tue. Jul 29, 2008 | | | 5.50 |
| | | Begin to prepare motion for class cert. | |
| Wed. Jul 30, 2008 | | | 4.90 |
| | | Continue to work on motion for class certification; select legal research. | |
| Thu. Jul 31, 2008 | | | 9.60 |

*Time for Selected File*

*Chakejian, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|------------|
| | | Prepare for  deposition of ChoicePoint; research select issues re: class cert; circulate draft and outline for motion for class cert; select legal research re: other class cert briefing against Equifax. | |
| Fri. Aug 1, 2008 | | | 7.60 |
| | | Prepare for (including review of prior deps by the witness)  and take  deposition of ChoicePoint's A.Klaer; continue to research and work up class brief. | |
| Mon. Aug 4, 2008 | | | 6.20 |
| | | Review deposition transcripts; review documents in connection with our motion for class cert; legal research;  review and incorporate revisions into class  cert. motion per DAS e-mail. | |
| Tue. Aug 5, 2008 | | | 3.10 |
| | | Review e-copy of Plaintiff's dep. transcript; notes to file. | |
| Wed. Aug 6, 2008 | | | 0.40 |
| | | E-mails form B.Goheen and L.Perling; internal e-mail re: scheduling of briefs. | |
| Thu. Aug 7, 2008 | | | 3.70 |
| | | Review several e-mails; review status of motion for class certification; select legal research re: same; draft section. | |
| Fri. Aug 8, 2008 | | | 0.20 |
| | | Order resetting deadlines re: class cert. briefing. | |
| Wed. Aug 13, 2008 | | | 7.10 |
| | | Correspondence with client; internal correspondence; work on class certification brief; select legal research. | |
| Thu. Aug 14, 2008 | | | 0.20 |
| | | Letter from L.Perling re: settlement. | |
| Fri. Aug 15, 2008 | | | 11.40 |
| | | Research and write motion for class cert. | |
| Mon. Aug 18, 2008 | | | 6.90 |
| | | Finalize and file motion for class certification. | |
| Tue. Sep 2, 2008 | | | 0.40 |
| | | Review correspondence accrued when I was away from office; review status of case. | |
| Wed. Sep 3, 2008 | | | 0.40 |
| | | Review several e-mails with opposing counsel and among co-counsel. | |
| Thu. Sep 25, 2008 | | | 0.70 |
| | | Review joint motion to revise briefing deadlines; e-mail correspondence re: same. | |
| Wed. Oct 1, 2008 | | | 0.40 |
| | | Review stip re: deadline; review court order re: same. | |
| Fri. Oct 3, 2008 | | | 3.50 |
| | | Review Equifax's response in opposition to our motion for class cert; notes to file. | |
| Mon. Oct 6, 2008 | | | 9.30 |

*Time for Selected File*

*Coleman R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|-------------------|--------------------------|-----------|
| | | Review our outline for Reply brief in further support of motion for class cert; review Equifax's response and Exhibits; legal research re: select Rule 23 issues. | |
| Tue. Oct 14, 2008 | | | 8.50 |
| | | Research and write my sections of Reply Brief in further support of motion for class cert. | |
| Wed. Oct 15, 2008 | | | 7.70 |
| | | Research and write my sections of Reply Brief in further support of motion for class cert.; internal strategy e-mails with co-counsel. | |
| Fri. Oct 17, 2008 | | | 8.80 |
| | | Finalize and file Reply Brief in further support of motion for class cert. | |
| Wed. Oct 22, 2008 | | | 1.70 |
| | | Review e-mail from D.Searles.  Review DOJ brief on FCRA constitutionality. | |
| Tue. Dec 2, 2008 | | | 0.40 |
| | | Review letter to Judge Brody. | |
| Thu. Dec 4, 2008 | | | 0.40 |
| | | Correspondence to and from client. | |
| Sat. Jan 31, 2009 | | | 0.20 |
| | | Correspondence from client. | |
| Wed. Mar 25, 2009 | | | 2.70 |
| | | Read court's class cert decision; discuss with JAF; call to client; think about what's next. | |
| Thu. Apr 9, 2009 | | | 4.40 |
| | | Review Equifax's 23(f) appeal; think about response; | |
| Thu. Apr 16, 2009 | | | 0.30 |
| | | Third Circuit motion re: extra time; review internal e-mails re: same and our response strategy. | |
| Mon. Apr 20, 2009 | | | 9.10 |
| | | E-mail correspondence to client; review DAS draft of our response to 23(f) petition; review Equifax's petition for 23(f) review; select legal research; review Judge Brody's class cert decision; notes. | |
| Wed. Apr 29, 2009 | | | 0.60 |
| | | Review ECF re: stay; review status of our 3d Cir. response. | |
| Fri. May 1, 2009 | | | 8.80 |
| | | Research and writing re: our response to Equifax's 23(f) appeal; internal e-mails re: same. | |
| Sat. May 2, 2009 | | | 10.50 |
| | | Research and writing re: our response to Equifax's 23(f) appeal; internal e-mails re: same. | |
| Mon. May 4, 2009 | | | 7.70 |
| | | Finalize and file response to Equifax's 23(f) appeal. | |
| Wed. May 20, 2009 | | | 2.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | Review letter to Judge Brody; review correspondence from D.Searles re: strategy issue; look up Gillespie case and read published decisions in that case. | |
| Mon. Jun 1, 2009 | | | 0.60 |
| | | E-mails re: strategy matters. | |
| Wed. Jun 3, 2009 | | | 0.50 |
| | | E-mails re: strategy matters. | |
| Thu. Jun 4, 2009 | | | 0.30 |
| | | E-mails re: strategy matters. | |
| Mon. Jun 8, 2009 | | | 0.30 |
| | | Correspondence from L.Perling; correspondence from D.Searles. | |
| Tue. Jun 9, 2009 | | | 0.90 |
| | | Internal discussions and e-mails re: strategy matters relate to dispositive motion and trial; think about case. | |
| Wed. Jun 10, 2009 | | | 1.80 |
| | | Prepare proposed discovery plan post-class notice; prepare correspondence to L.Pering re: discovery plan and several outstanding discovery issues. | |
| Thu. Jun 11, 2009 | | | 1.10 |
| | | Review and revise proposed class notice and remaining schedule; review memo re: piercing attorney client privilege; e-mails to and from L.Perling. | |
| Fri. Jun 12, 2009 | | | 1.10 |
| | | Finalize and file proposed discovery plan and scheduling order for balance of case;  calls and e-mails re: same. | |
| Thu. Jun 18, 2009 | | | 2.50 |
| | | Review Third Circuit order re: 23(f) appeal; several e-mails re: same; prepare agenda/strategy  memo for strategy meeting; coordinate same. | |
| Fri. Jun 19, 2009 | | | 1.10 |
| | | Review select documents; review internal memo for strategy meeting with co-counsel; attend same. | |
| Mon. Jun 22, 2009 | | | 0.80 |
| | | Correspondence from L.Perling re: meet and confer; review discovery issues that are subject of dispute; notes re: same. | |
| Thu. Jun 25, 2009 | | | 1.50 |
| | | Correspondence from L.Perling; review and revise possible stipulation in lieu of deposition; 12 internal e-mails re: strategy on same. | |
| Mon. Jun 29, 2009 | | | 4.20 |
| | | Review select deposition transcripts and also trial transcript from Abusaab case; review letter to L. Perling; call with DAS about same and discovery plan; gather information for potential expert report; begin to prepare letter to E.Hendricks. | |
| Wed. Jul 1, 2009 | | | 0.20 |
| | | E-mail from L.Perling. | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Thu. Jul 2, 2009 | | | 1.70 |
| | | Correspondence to client; internal correspondence re: class notice; e-mails to and from D.Searles; review Equifax's ECF filing re: objections to class notice; notice re: same; review our proposed class notice. | |
| Thu. Jul 9, 2009 | | | 0.20 |
| | | Correspondence from L.Perling. | |
| Wed. Jul 15, 2009 | | | 0.60 |
| | | Review court notice; discuss possibility of settlement and what may be acceptable; call to client. | |
| Thu. Jul 16, 2009 | | | 0.90 |
| | | Review draft of letter to Perling; think about same; select legal research re: insurance agreements. | |
| Fri. Jul 17, 2009 | | | 3.90 |
| | | Prepare and file motion to compel insurance agreements. | |
| Mon. Jul 20, 2009 | | | 0.20 |
| | | Correspondence re: service on L.Perling. | |
| Tue. Jul 21, 2009 | | | 0.60 |
| | | Review letter and insurance documents produced by Equifax after motion to compel had to be filed. | |
| Wed. Jul 22, 2009 | | | 3.90 |
| | | E-mail to counsel for Equifax re: class list; review internal e-mails re: letter to Perling re: his dep. and preparation for same; legal research re: advice of counsel defense, reasonable "reading" defense, and related issues. | |
| Fri. Jul 24, 2009 | | | 1.10 |
| | | Review proposed letter to Perling with dep. or stip. option; internal e-mails with co-counsel re: same; review court order to show cause; internal memo re: class list. | |
| Mon. Jul 27, 2009 | | | 2.90 |
| | | Review insurance info turned over by Equifax; prepare attend discovery file notice/motion re: withdrawal of motion to compel; review letter and dep. notices for deps. (2 cases) to L.Perling. | |
| Tue. Jul 28, 2009 | | | 0.30 |
| | | Correspondence with Goheen re: Hendricks dep.; e-mails to Hendricks. | |
| Mon. Aug 3, 2009 | | | 0.90 |
| | | Review internal e-mails and strategy discussions re: Perling dep., expert reports and other discovery matters; call to expert. | |
| Tue. Aug 4, 2009 | | | 1.60 |
| | | Review internal correspondence as to changes to class notice, submission to court re: order to show cause. | |
| Wed. Aug 5, 2009 | | | 0.60 |
| | | Review insurance policies; strategy session re: our settlement posture; prepare for and participate in telephone conference with Judge Strawbridge. | |
| Fri. Aug 7, 2009 | | | 6.30 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|------------|
| | | Research public record investigation results for other bureaus; meeting with paralegal re additional docs. for expert.; Several internal e-mails among co-counsel and strategy discussion re; deposition of Perling and e-mails from Goheen.; Review response to order to show cause re: changes to class notice; review several e-mails among co-counsel and respond to some. | |
| Tue. Aug 11, 2009 | | Review expert report of E.Hendricks; call to expert; review select information from file;  conduct independent research re: Maine incident; internal correspondence with co-counsel; correspondence to opposing counsel with report and CV. | 4.60 |
| Tue. Aug 18, 2009 | | Call with DAS re: strategy matters; call with client; call with expert re: deposition scheduling; correspondence from B.Goheen. | 0.70 |
| Wed. Aug 19, 2009 | | E-mail form expert; reply; internal e-mail re: same; meeting with paralegal. | 0.50 |
| Fri. Aug 21, 2009 | | Follow up re: expert dep./ e-mail re: same. | 0.20 |
| Tue. Aug 25, 2009 | | E-mails re: expert dep.; call to expert. | 0.60 |
| Wed. Aug 26, 2009 | | Review letter from opposing counsel with discovery dispute; review our discovery in detail; internal e-mails re: same; review select deposition pages; call to client; several internal e-mails re: third party subpoena and other strategy matters. | 3.90 |
| Thu. Aug 27, 2009 | | Internal email correspondence; review Equifax's attempt to obtain affidavit from Polto; review same; call to Polto; call to client. | 0.90 |
| Tue. Sep 1, 2009 | | Review court order re: notice and notice in detail; review correspondence from L.Perling re: class list; several internal e-mails re: same. | 1.20 |
| Wed. Sep 2, 2009 | | Review court order re: notice: review correspondence re: class list and outstanding discovery issues; legal research re: L.Perling's position re: "confidentiality" of list. | 2.60 |
| Thu. Sep 3, 2009 | | Review several e-mails re: class list, discovery disputes, and related matters; call with client; call with defense counsel; review class list; meetings re: strategic matters and internal e-mails re: same; review documents and e-mails from Equifax's attempts to get third party to sign affidavit; review class list; compare to select interrogatory responses; review L.Perling dep. transcript. | 6.70 |
| Fri. Sep 4, 2009 | | Several e-mails re: class list, expert dep.; meeting with paralegal re: other lawsuits. | 0.80 |
| Thu. Sep 10, 2009 | | Email correspondence from opposing counsel; co-counsel & internal email correspondence | 0.60 |

*Time for Selected File*                                                                                   *Philadelphia, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|---------------------------|-----------|
| Fri. Sep 11, 2009 | | Reviewing Equifax's supp. filing notice re: certain costs of class notice; internal correspondence. | 1.60 |
| Mon. Sep 14, 2009 | | Internal email correspondence | 0.20 |
| Wed. Sep 16, 2009 | | Reviewing 1 ECF Notification | 0.20 |
| Mon. Sep 21, 2009 | | Internal email correspondence | 0.20 |
| Tue. Sep 22, 2009 | | Email correspondence from opposing counsel; internal email correspondence | 0.60 |
| Wed. Sep 23, 2009 | | Reviewing 1 ECF Notification; internal email correspondence; review and revise on letters to class members; | 2.40 |
| Fri. Sep 25, 2009 | | Internal email correspondence | 0.20 |
| Mon. Sep 28, 2009 | | Research re: contacting class members; internal memo re: same. | 1.90 |
| Thu. Oct 1, 2009 | | Email correspondence from def counsel; internal email correspondence | 0.60 |
| Fri. Oct 2, 2009 | | Internal email correspondence | 1.00 |
| Tue. Oct 6, 2009 | | Internal email correspondence | 0.80 |
| Wed. Oct 7, 2009 | | Correspondence with opposing counsel; internal email correspondence | 0.40 |
| Thu. Oct 8, 2009 | | Correspondence to select class members; place calls to Philadelphia class members; search class list for select data. | 3.50 |
| Tue. Oct 13, 2009 | | Internal email correspondence; review materials re: select class member; review her file and documents; consider as possible witness. | 1.20 |
| Thu. Oct 15, 2009 | | Review detailed court order re: notice to class, including redlined changes; research re: notice administrators/settlement administrators. | 2.90 |
| Tue. Oct 27, 2009 | | Strategy meeting/conference with JAF and DAS; review several e-mails; review court procedures and work on class notice issues. | 0.80 |
| Wed. Oct 28, 2009 | | | 0.80 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|-------------------|--------------------------|-----------|
| | | Review EQ motion to modify; review e-mail correspondence from L.Perling; think about scheduling and case. | |
| Thu. Oct 29, 2009 | | | 1.40 |
| | | Work on motion to modify scheduling order; conference with Judge Brody; several internal e-mails. | |
| Tue. Nov 3, 2009 | | | 0.70 |
| | | Review correspondence from Perling; review previous scheduling order; call to client. | |
| Wed. Nov 4, 2009 | | | 0.50 |
| | | Review correspondence form opposing counsel and proposed new scheduling order; prepare internal strategy e-mail re: issues I see with order leading up to dispositive motions and trial. | |
| Thu. Nov 5, 2009 | | | 0.20 |
| | | Internal email correspondence | |
| Mon. Nov 16, 2009 | | | 0.60 |
| | | Several e-mails re: proposed scheduling order; calls and discussing with JAF re: same. | |
| Thu. Nov 19, 2009 | | | 0.50 |
| | | Several e-mails from court and opposing counsel re: scheduling matters; review status of notice to class and summary judgment briefing. | |
| Mon. Nov 23, 2009 | | | 5.10 |
| | | Review and reply to several e-mails re: scheduling, motion practice and class notice; research re: administration and costs of notice; 18 e-mails re: scheduling matters and conference with court; review docket entry/proposed scheduling order; correspondence with expert; review expert bills. | |
| Wed. Nov 25, 2009 | | | 0.60 |
| | | Review costs of notice; inernal e-mail re: same. | |
| Mon. Nov 30, 2009 | | | 0.20 |
| | | Review court order. | |
| Tue. Dec 1, 2009 | | | 0.30 |
| | | Review latest ECF filing; review next set of deadlines. | |
| Thu. Dec 3, 2009 | | | 0.20 |
| | | Review court order. | |
| Mon. Dec 14, 2009 | | | 0.40 |
| | | Review correspondence re: class notice. | |
| Fri. Dec 18, 2009 | | | 0.30 |
| | | Correspondence re: class notice. | |
| Mon. Dec 21, 2009 | | | 0.90 |
| | | Review and revise frequently asked questions from class members. | |
| Mon. Jan 4, 2010 | | | 0.40 |
| | | Internal e-mail re: calls from class members; notes re: possible questions. | |

*Time for Selected File*                                                                                      *Chakejian, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Jan 6, 2010 | | | 0.60 |
| | | Calls with class members; notes; chart. | |
| Fri. Jan 8, 2010 | | | 0.60 |
| | | Calls with class members; chart. | |
| Mon. Jan 11, 2010 | | | 0.50 |
| | | Calls with class members; chart; e-mails. | |
| Wed. Jan 13, 2010 | | | 0.40 |
| | | Calls with class members; chart; e-mails. | |
| Mon. Jan 25, 2010 | | | 0.70 |
| | | Calls with class members; chart; e-mails. | |
| Sat. Mar 6, 2010 | | | 3.30 |
| | | Review Equifax motion for summary judgment; notes for response. | |
| Tue. Mar 9, 2010 | | | 7.60 |
| | | Review select evidence in connection with Equifax's motion for summary judgment; review client's deposition transcript; review transcript of Klaer; outline select issues for opposition brief; review contracts between Equifax and ChoicePoint in detail; review other select documents from file; review correspondence from class member; call to class member; | |
| Thu. Mar 11, 2010 | | | 6.00 |
| | | Legal research re: Equifax's motion for summary judgment; memo to file. | |
| Fri. Mar 12, 2010 | | | 4.60 |
| | | Return several calls from class members; update chart; review select portions of document production in search for information needed for summary judgment response; research re: ChoicePoint cases. | |
| Fri. Mar 19, 2010 | | | 4.90 |
| | | Document review re: motion for summary judgment and possibly trial; legal research re: select furnisher issues. | |
| Mon. Mar 22, 2010 | | | 6.60 |
| | | Review Equifax's brief re: summary judgment; pull and read select cases; review factual records for select facts; prepare internal memo with outline of responsive arguments. | |
| Tue. Mar 23, 2010 | | | 7.30 |
| | | Legal research re: select issues relating to summary judgment; review factual record; call to client; meetings/e-mails with co-counsel;  begin to draft select sections of responsive brief. | |
| Wed. Mar 24, 2010 | | | 8.70 |
| | | Work on select parts of our opposition to Equifax's motion for summary judgment, including legal and factual research on select arguments. | |
| Thu. Mar 25, 2010 | | | 4.40 |
| | | Legal research re: several issues in our opposition to Equifax's motion for summary judgment. | |
| Fri. Mar 26, 2010 | | | 3.30 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | Continue to research select issue in connection with summary judgment opposition brief; review record for select factual information. | |
| Tue. Apr 6, 2010 | | | 6.40 |
| | | Strategy meetings with JAF; review, proof and make final edits to opposition brief to Equifax's MSJ; review exhibits. | |
| Wed. Apr 7, 2010 | | | 0.80 |
| | | Correspondence with co-counsel; think about our settlement posture and trial strategy; review court order re: exhibit under seal. | |
| Thu. Apr 8, 2010 | | | 5.80 |
| | | Review file in preparation for strategy meeting with co-counsel re: all pretrial and trial matters; meeting over lunch; outline issues and prepare memo re: same.; several e-mails with potential trial counsel; prepare summary of case and trial issues; prepare package of background material, including class cert decisions and select briefing throughout case. | |
| Fri. Apr 9, 2010 | | | 8.90 |
| | | Think about case carefully; circulate revised strategy memo re: all pretrial and trial matters; several e-mails to outside counsel; search for select materials needed by Sola; review Judge Brody's pretrial memo procedures and trial procedures; begin to gather and review deposition transcripts and material as to identify potential trial witnesses and trial exhibits; prepare internal correspondence re: possible settlement, including acceptable class-wide settlement structure that would be acceptable. | |
| Mon. Apr 12, 2010 | | | 3.30 |
| | | Meeting with paralegal; begin to gather documents to be used potentially as trial exhibits; pro hac application/motion for R. Sola; begin to prepare pretrial memo. | |
| Tue. Apr 13, 2010 | | | 2.50 |
| | | Review Equifax manuals; notes; review other documents for possible trial exhibits; research re: potential trial counsel. | |
| Thu. Apr 15, 2010 | | | 4.50 |
| | | Prepare pretrial memo; review documents and transcripts of deposition in connection with same and general trial preparation. | |
| Fri. Apr 16, 2010 | | | 6.30 |
| | | Prepare pretrial memo; review documents and transcripts of deposition in connection with same and general trial preparation; review several very length Equifax manuals re: same; make notes and mark up; calls with 4 class members. | |
| Mon. Apr 19, 2010 | | | 3.70 |
| | | Continue to work on pretrial memo; review deposition transcripts of select witnesses; review e-mail correspondence from opposing counsel re: reply brief extension and settlement; e-mail to client. | |
| Tue. Apr 20, 2010 | | | 7.70 |
| | | Continue to work on pretrial memo; strategy meeting re: settlement and all pretrial matters with counsel; work on draft of point for charge, jury verdict form, voir dire; review potential exhibits carefully; think about case. | |
| Wed. Apr 21, 2010 | | | 11.80 |
| | | Lengthy call with client; continue to research and write jury charge; continue to prepare pre-trial memo, voir dire and jury verdict form; meeting with JAF; outline other pre-trial obligations. | |

*Time for Selected File*                                                                     *Chakejian, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|-------------------|--------------------------|-----------|
| Thu. Apr 22, 2010 | | | 4.20 |
| | | Continue to work on pretrial submissions; review e-mails from opposing counsel re: opt-outs and settlement; e-mails with co-counsel; correspondence with expert. | |
| Fri. Apr 23, 2010 | | | 3.40 |
| | | Continue to prepare pre-trial submissions; conferences with co-counsel re: same; meet with potential trial witness; calls to class members. | |
| Mon. Apr 26, 2010 | | | 11.40 |
| | | R.Sola pro hac papers; several calls with R.Sola re: pretrial submissions; several e-mails re: same; select legal research; review model jury charge; 23 internal e-mails; strategy discussion with JAF; finalize Plaintiff's trial exhibits; test in electronic format; finalize and file R.Sola pro hac application; finalize and file Plaintiff's pre-trial memo;  finalize and file Plaintiff's trial brief; finalize and file Plaintiff's proposed points for charge;  finalize and file Plaintiff's proposed voir dire;  finalize and file Plaintiff's proposed verdict sheet; serve Plaintiff's trial exhibits. | |
| Tue. Apr 27, 2010 | | | 3.30 |
| | | Review Equifax trial exhibits; review electronic form of same to make sure that they are usable at trial; test; prepare strategy memo/update for all co-counsel. | |
| Wed. Apr 28, 2010 | | | 0.40 |
| | | R. Sola pro hac papers; correspondence with R. Sola. | |
| Thu. Apr 29, 2010 | | | 0.80 |
| | | Review correspondence from L.Perling; review information re: opt-outs; return call from class member. | |
| Sat. May 1, 2010 | | | 0.20 |
| | | Review settlement correspondence. | |
| Sun. May 2, 2010 | | | 3.50 |
| | | Select factual and legal research re: sur-reply; review Equifax reply for select information. | |
| Mon. May 3, 2010 | | | 9.30 |
| | | Review and revise our sur-reply; several strategy meeting with JAF; review use of possible Safeco defense at trial; research; review settlement correspondence. | |
| Tue. May 4, 2010 | | | 0.60 |
| | | Correspondence with R.Sola; correspondence with D.Searles; review select information re: other Equifax settlements. | |
| Wed. May 5, 2010 | | | 5.20 |
| | | Prepare outline of motion in limine; prepare and update strategy memo;  circulate; call with R.Sola re: several strategy matters. | |
| Mon. May 10, 2010 | | | 6.60 |
| | | Review correspondence re: settlement; discuss with co-counsel; call to client; correspondence with C.Hergenroether re: page and line designations; review Equifax's voir dire; review Equifax's exhibits list; review Equifax's proposed points for charge -- mark up; review Equifax's trial brief; review Equifax's pretrial memo; notes to file; | |
| Tue. May 11, 2010 | | | 0.40 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | Review correspondence re: letter to Judge Brody; review correspondence re: JAMS mediation. | |
| Wed. May 12, 2010 | | | 12.20 |
| | | Correspondence with L.Perling; correspondence with B.Goheen; call to JAMS; correspondence with R.Sola; correspondence with D.Searles; call with Perling; handle telephone status hearing with Judge Brody re: mediation and deadlines; several follow-up e-mails to co-counsel re: developments; begin to prepare trial notebook; gather select depositions of Fluellen and DeGrace (several cases); review for select admissions. | |
| Thu. May 13, 2010 | | | 3.70 |
| | | Correspondence with client; correspondence with L.Perling; correspondence with B.Goheen; review, finalize and co-file joint motion re: certain pre-trial deadlines; review new court order re: motions in limine; prepare notes re: some motion in limine we will need to file; correspondence with R.Sola; correspondence with JAMS | |
| Fri. May 14, 2010 | | | 5.50 |
| | | Review court order re: scheduling; prepare updated strategy memo and circulate same to co-counsel; correspondence with R.Sola; correspondence with B.Goheen; calls with several class members; notes re: same; review Equifax trial exhibits. | |
| Mon. May 17, 2010 | | | 6.90 |
| | | Review mediation structure internal memos/correspondence; review Judge Brody's trial procedures; conference call among all co-counsel re: 5/14 strategy memo; 17 e-mails among co-counsel regarding strategy matters; review Equifax's trial exhibits carefully; mark up select exhibits for questioning; segregate select exhibits for motion in limine. | |
| Tue. May 18, 2010 | | | 11.10 |
| | | Correspondence with co-counsel re: strategy matters; prepare entire omnibus motion in limine structure (12 motions in limine); correspondence re: JAMS mediation; valuation of case for settlement purposes; compare to Guillespie; review other Equifax class action settlements. | |
| Wed. May 19, 2010 | | | 7.90 |
| | | Correspondence re: JAMS mediation; research and drafting several parts of our omnibus motion in limine; review Equifax manuals for select information; review deposition transcripts from both Chakejian and Summerfield cases for select information. | |
| Thu. May 20, 2010 | | | 11.40 |
| | | Review Guillespie settlement in detail; 12 internal e-mails with co-counsel re: same and other strategy matters; calls re: JAMS mediation coordination; review old mediation memo format acceptable to JAMS; research and drafts several sections of our omnibus motion in limine; review court order re: final pre-trial conference; gather all previous orders re: scheduling of this matter; review Judge Brody's standing orders re: final pre-trial conference and trial; call with client. | |
| Fri. May 21, 2010 | | | 7.90 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|---------------------------|------------|
| | | Coordinate strategy meeting among all co-counsel; draft latest update for agenda items and strategy matters; draft parts of our motions in limine; coordinate and revise others parts authored by co-counsel of our motion in limine; call with L.Perling of Equifax re: motion in limine issues and other pre-trial matters; research re: FTC consent decree; review material to be submitted to JAMS; review possible outer contours of actions/exclusions of firm affiliation, NACA affiliations, etc; strategy discussions with JAF; calls with select class members. | |
| Mon. May 24, 2010 | | | 13.70 |
| | | Prepare and circulate to co-counsel page and line designations for several witnesses, Klaer, DeGrace, Fluellen; prepare and finalize, and file, our omnibus motion in limine on 12 subject areas; review Equifax's omnibus motion in limine on 8 subject areas; select legal research. | |
| Tue. May 25, 2010 | | | 2.30 |
| | | Correspondence re: possible settlement, JAMS conference; review Equifax's page and line designations for trial; review correspondence from L.Pering re: motion in limine and possible compromises; review Equifax motion in limine. | |
| Wed. May 26, 2010 | | | 14.80 |
| | | Review and revise mediation memo; correspondence with R.Sola; research and write sections in opposition to Equifax's omnibus motion in limine; internal strategy memo for co-counsel; prepare objections to Equifax's page and line designations for Plaintiff; 5 e-mails; review Plaintiff's deposition transcript and mark it up for review by Plaintiff; prepare outline for Plaintiff's direct examination; prepare package or material that Plaintiff must review for trial and "cliff notes" version of same for client. | |
| Thu. May 27, 2010 | | | 9.90 |
| | | E-mail correspondence with client; draft select section of our response to Equifax's omnibus motion in limine; legal research; review of Abusaab trial transcript; e-mail correspondence with co-counsel; review insert by co-counsel; call to expert; correspondence and research re: Equifax's net worth; review JAMS mediation memo; strategy meeting with JAF; memo re: other class members as potential witnesses; review and revise chart re: same; discussion with paralegal; 15 e-mails. | |
| Fri. May 28, 2010 | | | 12.10 |
| | | Drafting select sections of our response to Equifax's omnibus motion in limine; legal research; revise several section drafted by co-counsel; eight e-mails re: preparation for JAMS mediations. | |
| Mon. May 31, 2010 | | | 3.80 |
| | | Drafting, research and final coordination of our response to Equifax's omnibus motion in limine; revise several sections drafted by co-counsel. | |
| Tue. Jun 1, 2010 | | | 11.40 |
| | | E-mail correspondence with client; take lead in coordinating our response to Equifax's omnibus motion in limine; coordinate final proofing and filing with GG; attend JAMS settlement conference; review Equifax's response to our omnibus motion in limine. | |
| Wed. Jun 2, 2010 | | | 14.90 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|-------------------|--------------------------|-----------|
| | | Prepare trial exhibits for court and opposing counsel; several e-mails with opposing counsel re: trial exhibits; review counter-designations of Klaer dep.; review select portions of Klaer transcript; notes on objections and impeachment designations; review other Klaer transcripts; review rules of evidence and select case law; prepare for final pretrial conference; prepare to argue motion in limine; attend final pretrial conference and argue same; courtroom tour; call with R.Sola following final pretrial conference; strategy discussions with JAF re: trial; prepare trial notebook; outline items that I must handle for trial. | |
| Thu. Jun 3, 2010 | | | 14.40 |
| | | Meet with client; strategy meeting with co-counsel; prepare for possible 2d JAMS settlement conference; 31 e-mails re: several pre-trial matters; review possible final pre-trial order; call potential expert; call R.Sola; work on demonstrative exhibits and PowerPoint; work on Fluellen page and line designations; correspondence re: current class size for PA, 3 states or national settlement; strategy meetings with JAF and MDM. | |
| Fri. Jun 4, 2010 | | | 12.40 |
| | | General trial preparations, including demonstrative exhibits; Fluellen page and line designations, PowerPoint; correspondence with defense counsel; several e-mails and telephone conferences with co-counsel and paralegals; several items of correspondence re: second JAMS settlement conference; correspondence re: motion in limine transcript; calls to court re: final pretrial order submission; review transcript. | |
| Sat. Jun 5, 2010 | | | 13.60 |
| | | Assist in general trial preparation; prepare for JAMS settlement conference;  review of all manuals of select cross examination of Equifax witnesses; prepare memo/notes re: same; strategy discussions with JAF; strategy meeting with R.Sola. | |
| Sun. Jun 6, 2010 | | | 4.50 |
| | | Assist with trial preparation; legal research re: select legal issues; call with expert; lengthy call with JAF and research re: trial strategy matters. | |
| Mon. Jun 7, 2010 | | | 15.50 |
| | | Prepare for and attend 2d session with JAMS re: possible settlement; meetings with R.Sola and JAF re: trial next day; strategy session; assist with preparations, including outline of possible expert testimony. | |
| Tue. Jun 8, 2010 | | | 8.40 |
| | | Attend trial; assist with select exhibits; discussions with expert re: court rulings and his possible testimony;  discussions re: settlement throughout day with defense counsel and our team; participate in conference at end of day re: settlement. | |
| Wed. Jun 9, 2010 | | | 1.70 |
| | | Length strategy call with counsel in Va., L. Bennett; strategy meeting with JAF re: Va. and NJ actions, proper procedures to sever, transfer. | |
| Thu. Jun 10, 2010 | | | 1.70 |
| | | E-mail correspondence with R.Sola; review notes re: settlement; pull old cases with motion for preliminary approval of class settlement; review standard; review several e-mails from D.Searles; meeting with JAF and MDM. | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|-------------------|---------------------------|------------|
| Fri. Jun 11, 2010 | | | 1.10 |
| | | E-mail correspondence with R. Sola re: select records; review and organize several sets of trial exhibits. | |
| Mon. Jun 14, 2010 | | | 3.60 |
| | | Review certain invoices and other costs of suit; review case law re: taxable costs and broader definition of costs under FCRA; review internal strategy memo from JAF re: transfer motions; meet with E.Novak re: settlement agreement. | |
| Mon. Jun 21, 2010 | | | 2.70 |
| | | Review status of settlement agreement and motion for preliminary approval; several revisions; review Guillespie agreement for select information; meeting with E.Novak. | |
| Wed. Jun 23, 2010 | | | 3.60 |
| | | Continue to work on settlement agreement and motion for preliminary approval. | |
| Thu. Jun 24, 2010 | | | 3.30 |
| | | Revise settlement agreement; review and revise related documents, including proposed final judgment, proposed notice, proposed order for preliminary approval of settlement, and proposal/timing for motion, notice, timing, opt-outs and or objectors, and suggested final approval hearing. | |
| Fri. Jun 25, 2010 | | | 1.10 |
| | | E-mails with JAF from Florida re: calls with B.Goheen discussions; continue to work on settlement agreement and related notice and final judgment; e-mail co-counsel. | |
| Mon. Jun 28, 2010 | | | 1.10 |
| | | Review latest draft of settlement agreement and related papers. | |
| Wed. Jun 30, 2010 | | | 0.20 |
| | | Review correspondence form JAFS re: final statement for mediation sessions. | |
| Thu. Jul 8, 2010 | | | 0.30 |
| | | Review e-mail correspondence from court re: status of settlement; discuss with JAF; review reply correspondence and also correspondence from Equifax. | |
| Mon. Jul 12, 2010 | | | 0.30 |
| | | E-mail correspondence with Virginia counsel re: motion to sever and transfer Webb part of case to E.D. Pa. | |
| Tue. Jul 20, 2010 | | | 0.30 |
| | | Review court orders transferring Va and NJ actions; e-mails with co-counsel and Va. counsel. | |
| Wed. Jul 21, 2010 | | | 0.60 |
| | | Review internal correspondence re: issues and delays with final wording of settlement; prepare internal memo/correspondence re: same. | |
| Wed. Aug 11, 2010 | | | 1.80 |
| | | Review latest draft of settlement agreement; notes; review status of motion for preliminary approval; | |
| Thu. Aug 19, 2010 | | | 3.40 |

*Time for Selected File*  *Chakejian, v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|------------|
| | | Review and revise latest draft of proposed settlement agreement; meeting with EAN and JAF re: motion to consolidate and for preliminary approval; notice; benefit website and related matters. | |
| Mon. Aug 23, 2010 | | | 2.90 |
| | | Review several e-mails in connection with class notice, proposed final judgment and motion for for preliminary approval.  Review most recent draft of same. | |
| Tue. Aug 24, 2010 | | | 1.40 |
| | | Continue to review and revise class notice; meetings with and e-mails with co-counsel. | |
| Wed. Aug 25, 2010 | | | 1.80 |
| | | Prepare final revision to class notice; meetings with EAN and JAF. | |
| Fri. Oct 22, 2010 | | | 0.40 |
| | | Reviewing preliminary approval order; correspondence to co-counsel. | |
| Wed. Nov 17, 2010 | | | 0.80 |
| | | Meeting with JAF and MDM re: notice, call volume form class, training for our paralegals, etc. | |
| Tue. Nov 23, 2010 | | | 0.50 |
| | | Review correspondence re: class list; spot check class list to confirm existence of select dames that should be in class. | |
| Fri. Dec 3, 2010 | | | 0.50 |
| | | Review Equifax's proposed changes to notice; meet with JAF; review correspondence objection to changes. | |
| Thu. Dec 16, 2010 | | | 0.60 |
| | | Confer  in firm re: notice to class members and how to answer common concerns for calls that are expected. | |
| Mon. Dec 20, 2010 | | | 0.30 |
| | | Review infirm correspondence re: procedures for handling calls of class members with questions; review correspondence from L.Perling re: calls to administrator. | |
| Tue. Dec 21, 2010 | | | 0.20 |
| | | Review correspondence to court re: notice. | |
| Thu. Dec 23, 2010 | | | 1.40 |
| | | Review confirmatory discovery responses by Equifax; internal notes re: same; confer with EAN; review and revise guidance memo re: calls form class members. | |
| Thu. Dec 23, 2010 | | | 0.60 |
| | | Review correspondence from L.Perling; review script that the CA will be using for its automated phone line. | |
| Thu. Dec 30, 2010 | | | 0.60 |
| | | Review and reply to correspondence from Chakejian class members with questions. | |
| Mon. Jan 3, 2011 | | | 1.10 |
| | | Review and reply to e-mails from several class members. | |
| Tue. Jan 4, 2011 | | | 0.40 |
| | | Respond to e-mails from class members. | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Jan 10, 2011 | | | 0.50 |
| | | Review notice of objection; confer with co-counsel re: same. | |
| Fri. Feb 25, 2011 | | | 1.20 |
| | | Correspondence and preparation of motion for final approval and fee petition. | |
| Wed. Mar 16, 2011 | | | 1.70 |
| | | Review expert reports; select revisions to motions for final approval and reimbursement of attorney's fees and expenses. | |

**Total Time:**  **951.70  Hrs**