**CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211**

Time expended for:
**GEOFFREY BASKERVILLE**

5.50 Hours @ $410.00/hr.
$2,255.00 total

*Francis and Mailman*
**Geoffrey Baskerville's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. May 30, 2008 | | Review response to motion to compel from Equifax | 0.70 |
| Thu. Dec 16, 2010 | | Meeting to discuss class settlement, class notice and questions and concerns from class members | 0.70 |
| Thu. Dec 30, 2010 | | Spoke with class members regarding questions about class notice and settlement | 1.20 |
| Tue. Jan 4, 2011 | | Telephone discussions with class members to answer questions re notice and terms of settmeent | 0.80 |
| Wed. Jan 5, 2011 | | Telephone conversations with class members re questions concerning notice and settlement | 0.70 |
| Thu. Jan 6, 2011 | | Telephone conversations with class membersover questions on class settlement and notice | 0.60 |
| Wed. Jan 12, 2011 | | Telephone conversation with class members re questions about notice and settlement | 0.80 |

**Total Time:** 5.50 Hrs

## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**GREGORY GORSKI**

10.30 Hours @ $325.00/hr.
$3,347.50 total

*Francis and Mailman*
**Gregory Gorski's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Sep 22, 2009 | | Reviewing notice of deposition. | 0.50 |
| Tue. Sep 22, 2009 | | Conferring with expert witness Hendricks in preparation for deposition. | 0.50 |
| Tue. Sep 22, 2009 | | Preparing letter to counsel regarding documents for Hendricks deposition | 0.50 |
| Thu. Apr 1, 2010 | | Reviewing in detail motion for summary judgment. | 1.00 |
| Thu. Apr 1, 2010 | | Reviewing in detailing deposition transcript of Evan Hendrick's | 3.00 |
| Thu. Apr 1, 2010 | | Preparing portion of response to MSJ addressing issues relating to expert opinions. | 1.50 |
| Tue. Jun 1, 2010 | | Reviewing and revising memorandum in opp to Equifax motions in limine. | 2.50 |
| Mon. Jan 3, 2011 | | Conferring with class member regarding proposed settlement. | 0.40 |
| Mon. Jan 3, 2011 | | Conferring with class member regarding proposed settlement. | 0.40 |

**Total Time:** 10.30 Hrs

## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**ERIN NOVAK**

214.00 Hours @ $305.00/hr.
$65,270.00 total

*Francis and Mailman*
**Erin Novak's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
| --- | --- | --- | --- |
| Thu. May 24, 2007 | | Conf w MDM, JAF, and JS; file review | 1.20 |
| Fri. May 25, 2007 | Complaint | Drafted, reviewed and revised Complaint; file review<br>Drafted, reviewed and revised Complaint; file review | 2.10 |
| Thu. May 31, 2007 | | Conf w JAF re: bcy | 0.40 |
| Tue. Dec 4, 2007 | | Comm w client; Conf w JAF` | 1.00 |
| Wed. Jan 16, 2008 | | Comm w client | 0.20 |
| Mon. Jan 28, 2008 | | Comm w client; review | 0.70 |
| Thu. Jan 31, 2008 | | Comm w client | 0.20 |
| Mon. Apr 21, 2008 | | Comm w client | 0.20 |
| Mon. Apr 28, 2008 | | Comm w client; file review | 0.50 |
| Fri. May 2, 2008 | | Review of document responses; Review of Plaintiff dioscovery responses; Review of strategy memo; Review of complaint; Conf w JS | 3.80 |
| Tue. May 6, 2008 | | Conf w JS; E-mails to Perling and client | 4.20 |
| Fri. May 9, 2008 | | Conf w JS; E-mail to Lewis; Rev of def discovery responses; Comm w JAF; file review | 1.50 |
| Mon. May 12, 2008 | | Conf call w JS and Perling re: discovery issues | 1.40 |
| Thu. May 15, 2008 | | Review of letter from Lewis Perling; Draft of response to Perling re: discovery issues | 3.40 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. May 16, 2008 | | Revise supplemental discovery responses | 2.80 |
| Wed. May 28, 2008 | | Conf w JS re: responses to motion to compel; draft of motion to compel response and memo of law | 6.50 |
| Thu. May 29, 2008 | | Review and revise resp to motionm to compel; review of cases cited by Def in their motion; research of caselaw for resp memo of law | 7.10 |
| Fri. May 30, 2008 | | Review resp to MTC; conf w JS | 2.70 |
| Mon. Jun 2, 2008 | | E-mail to client; comm w client; conf w js; conf w ab | 0.60 |
| Mon. Jun 9, 2008 | | Prep for meeting with client; conf w JS; file review | 3.10 |
| Mon. Jun 16, 2008 | | Conf w JS; Comm w Perling; Comm w client; E-mail to Perling | 0.60 |
| Tue. Jun 17, 2008 | | Conf w JAF and JS re: depositions and dsicovery issues | 0.30 |
| Fri. Jun 20, 2008 | | Comm w client | 0.50 |
| Mon. Jun 23, 2008 | | Comm w client; E-mail to Perling | 0.30 |
| Wed. Jun 25, 2008 | | Comm w client; conf w JS | 0.20 |
| Thu. Jun 26, 2008 | | Comm w clienr; conf w JS; -e-mail to client | 0.40 |
| Mon. Jun 30, 2008 | | E-mail to client; conf w JS | 0.40 |
| Mon. Jul 7, 2008 | | Conf w JS; Comm w client; rev of list litigation involving client | 1.30 |
| Thu. Jul 10, 2008 | | Comm w JS and AB; Comm w/ client; file review | 0.30 |
| Mon. Jul 14, 2008 | | Comm w client; E-mail to Perling; Conf w JS; file review | 0.60 |
| Fri. Jul 18, 2008 | | Mtg w client | 0.40 |
| Mon. May 24, 2010 | | Review, revise, motions in limine | 0.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Jun 7, 2010 | | Prepare 30b6 witness trial designation and counter designation transcripts, research objections | 3.30 |
| Tue. Jun 8, 2010 | | Prepare 30b6 designations for trial | 3.00 |
| Tue. Jun 15, 2010 | | Prepare settlement agreement b/n EQ and 3 class reps | 3.60 |
| Fri. Jun 18, 2010 | | Drafting of settlement agreement | 2.50 |
| Fri. Jun 18, 2010 | | Prepare settlement agreement agreement - conference within firm | 6.50 |
| Tue. Jun 22, 2010 | | Release - draft | 6.30 |
| Wed. Jun 23, 2010 | | Review, revise, highlight settlement agreement, draft preliminary Order, final Order.  notice | 5.20 |
| Tue. Jun 29, 2010 | | Revise, review highlight settlement agreement, confer. within firm. | 2.30 |
| Tue. Jun 29, 2010 | | Draft, review, revise highlight preliminary and final proposed Orders. | 2.50 |
| Tue. Jun 29, 2010 | | Prepare, draft, review, revise, highlight proposed settlement notice. | 2.70 |
| Fri. Jul 9, 2010 | | Compile stipulation for dates for settlement agreement and petition for approval of settlement | 0.80 |
| Tue. Aug 10, 2010 | | Draft petition for preliminary approval | 1.80 |
| Tue. Aug 10, 2010 | | Review settlement agreement, revise Eq's revisions | 6.30 |
| Wed. Aug 11, 2010 | | Research for petition for preliminary approval | 1.10 |
| Thu. Aug 12, 2010 | | Review settlement agreement/ draft motion for approval preliminary | 2.30 |
| Thu. Aug 19, 2010 | | Review, revise, highlight proposed settlement agreement, confer w/in firm | 2.30 |
| Fri. Aug 20, 2010 | | Review, revise, highlight, confer win firm RE: settlement agreement | 1.40 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Aug 23, 2010 | | Review, revise, highlight, redraft Proposed preliminary approval order, final approval order and class notice for settlement agreement | 1.70 |
| Mon. Aug 23, 2010 | | Draft motion for consolidation and preliminary approval | 1.30 |
| Tue. Aug 24, 2010 | | Review preliminary approval order, final approval order and settlement agreement | 0.90 |
| Tue. Aug 24, 2010 | | Draft settlement notice, confer w/in firm | 3.80 |
| Wed. Aug 25, 2010 | | Revise settlement notice | 2.20 |
| Wed. Aug 25, 2010 | | Prepare motion for consolidation and preliminary approval of settlement | 3.00 |
| Wed. Aug 25, 2010 | | Research preliminary approval/consolidation | 3.40 |
| Thu. Aug 26, 2010 | | Review Eq's changes to settlement agreement | 1.60 |
| Thu. Aug 26, 2010 | | Confer w/in firm, confer w/EQ counsel RE: settlement agreement, revise | 2.30 |
| Thu. Aug 26, 2010 | | Draft petition for preliminary approval | 1.50 |
| Thu. Aug 26, 2010 | | Draft motion for preliminary approval, draft memorandum of law for preliminary approval. | 5.40 |
| Fri. Aug 27, 2010 | | Confer w/ co-counsel RE: preliminary motion for settlement | 0.20 |
| Mon. Aug 30, 2010 | - | E-mail correspondence with Jim Francis RE: Settlement agreement, review revise, edit settlement agreement. | 0.80 |
| Mon. Aug 30, 2010 | | E-mail correspondence with Jim Francis RE: petition for preliminary approval, review, revise, edit petition for preliminary approval. | 4.20 |
| Mon. Aug 30, 2010 | | Review settlement agreement | 0.40 |
| Tue. Aug 31, 2010 | | Review, revise, highlight, confer w/in firm, teleconference w/opposing counsel about settlement agreement, notice, proposed preliminary approval order, final approval order and motion and memo of law for preliminary approval. | 2.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Aug 31, 2010 | | Review, revise preliminary approval motion, order, memo and exhibits | 1.70 |
| Tue. Aug 31, 2010 | | Email to enovak@consumerlawfirm.com;;BGoheen@KSLAW.com | 3.90 |
| Tue. Aug 31, 2010 | | Final review of motion for preliminary approval, settlement agreement, notice, proposed final order, proposed preliminary order, filing of motion and collateral documents. | 4.40 |
| Fri. Sep 3, 2010 | | Confer w/in firm RE: settlement deadlines | 0.30 |
| Fri. Oct 22, 2010 | | Review ct. Order for preliminary approval | 0.20 |
| Mon. Nov 8, 2010 | | Confer w/in firm RE: petition for preliminary approval | 0.20 |
| Wed. Nov 10, 2010 | | Confer w/in firm RE: website notice & order for preliminary approval. | 0.20 |
| Thu. Nov 11, 2010 | | Discuss class action settlement with class member | 0.40 |
| Mon. Nov 15, 2010 | | Confer w/in firm RE: settlement agreement | 0.20 |
| Mon. Nov 15, 2010 | | Review potential issues for notice calls from class members, create script for operators who will receive calls from class | 0.90 |
| Mon. Nov 15, 2010 | | Prepare settlement website- add substantive content, review requirements in settlement agreement, preliminary order approving settlement. | 2.20 |
| Mon. Nov 15, 2010 | | Prepare settlement website- add substantive content, review requirements in settlement agreement, preliminary order approving settlement. | 1.10 |
| Tue. Nov 16, 2010 | | Prepare settlement website, confer w/in firm, call opposing counsel RE: claims administrator/notice | 2.60 |
| Mon. Nov 22, 2010 | | Correspond w/ EQ counsel | 0.20 |
| Tue. Nov 23, 2010 | | Review class list-, e-mail Perling | 0.60 |
| Tue. Nov 23, 2010 | | Confer w/in firm RE: class list, confirmatory discovery, prepare discovery, review, revise, redraft discovery | 1.10 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Nov 24, 2010 | | Email to Richard N. Chakejian, Jr. | 0.40 |
| Fri. Dec 3, 2010 | | E-mail EQ counsel RE: notice, class list | 0.20 |
| Thu. Dec 9, 2010 | | Review proposed changes to settlement agreement- correspond with EQ | 0.40 |
| Fri. Dec 10, 2010 | | Review notice for settlement class | 0.40 |
| Mon. Dec 13, 2010 | | Confer w/in firm RE: notice, confer wEQ RE notice, review notice, confirm dates | 0.80 |
| Tue. Dec 14, 2010 | | Confer w/in firm RE: notice, review notice, review prelimianry order, discuss w/ Eq's counsel. Approval for final notice | 1.20 |
| Tue. Dec 14, 2010 | | Confer w/in firm RE: class settlement lists, proposed notice protocol | 1.10 |
| Wed. Dec 15, 2010 | | Confer w/in firm, prepare for notice calls | 1.10 |
| Thu. Dec 16, 2010 | | Confer w/in firm RE: notice | 0.30 |
| Mon. Dec 20, 2010 | | Correspond w/opposing counsel RE: settlement notice. | 0.90 |
| Mon. Dec 20, 2010 | | Confer w/in firm, draft stipulation RE: extension of time within which Notice can be mailed | 0.60 |
| Mon. Dec 20, 2010 | | Prepare script for class member callers for attorney's and paralegals | 1.10 |
| Tue. Dec 21, 2010 | | Confer w/in firm & Court RE: stip for notice | 0.20 |
| Wed. Dec 22, 2010 | | Review class list from PA and NJ to compare size & consistency | 1.70 |
| Thu. Dec 23, 2010 | | Review class list, prepare for class calls | 1.20 |
| Tue. Dec 28, 2010 | | Establish google docs, review script and database in prep for chakejian class calls | 1.20 |
| Mon. Jan 3, 2011 | | Answer questions for class members | 0.60 |
| Wed. Jan 5, 2011 | | Confer w/in firm RE: final fairness hearing. | 0.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Jan 24, 2011 | | Confer w/in firm RE: final approval order, research valuation expert, confer w/ valuation expert | 1.10 |
| Tue. Jan 25, 2011 | | Confer w/ damages expert re:expert report, confer w/in firm | 0.70 |
| Mon. Feb 7, 2011 | | Confer w/in firm | 0.20 |
| Thu. Feb 24, 2011 | | Review opt outs | 0.40 |
| Thu. Mar 3, 2011 | | Correspond w/expert | 0.70 |
| Fri. Mar 4, 2011 | | Review EQ corr RE: opt-outs, confer w/in firm | 0.20 |
| Mon. Mar 7, 2011 | | Correspond w/ EQ counsel | 0.30 |
| Mon. Mar 7, 2011 | | Prepare opt-outs and website certification | 1.90 |
| Mon. Mar 7, 2011 | | Prepare motion for final approval | 1.20 |
| Tue. Mar 8, 2011 | | Confer w/in firm RE: website & optout certification | 0.20 |
| Tue. Mar 8, 2011 | | Confer w/in firm RE: expert economist, petition for final approval | 0.40 |
| Thu. Mar 10, 2011 | | Correspond w/ expert | 0.70 |
| Sun. Mar 13, 2011 | | Prepare petition for final approval | 1.30 |
| Mon. Mar 14, 2011 | | Prepare motion for final approval | 1.20 |
| Mon. Mar 14, 2011 | | Prepare motion for final approval | 1.30 |
| Mon. Mar 14, 2011 | | Review, revise final approval petition | 1.10 |
| Tue. Mar 15, 2011 | | Draft fee petition | 2.10 |
| Tue. Mar 15, 2011 | | Review, revise, prepare exhibits for motion for final approval | 2.40 |
| Tue. Mar 15, 2011 | | Prepare affidavit for fee petition, review expert opinion | 1.90 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Mar 15, 2011 | | Review, revise, prepare appendices for fee petition, confer w/ stan Smith | 1.00 |
| Tue. Mar 15, 2011 | | Confer w/ Stan v. smith | 0.20 |
| Tue. Mar 15, 2011 | | Confer w/in firm, confer w/ expert | 0.40 |
| Wed. Mar 16, 2011 | | Review motion for final approval, expert repot, confer w/ Smith | 0.80 |
| Wed. Mar 16, 2011 | | Review expert report, revise motion for final approval | 2.30 |
| Wed. Mar 16, 2011 | | Review, revise, highlight motion for final approval | 0.70 |
| Wed. Mar 16, 2011 | | Review, revise, highlight fee petition | 1.40 |
| Wed. Mar 16, 2011 | | Review/revise fee petition, declaration | 1.60 |
| Thu. Mar 17, 2011 | | Review, revise, compile exhibits for fee petition | 2.10 |
| Thu. Mar 17, 2011 | | Review, revise, compile exhibits for motion for final approval | 2.60 |
| Fri. Mar 18, 2011 | | Review, revise, highlight fee petition | 3.70 |
| Fri. Mar 18, 2011 | | Review, revise, finalize motion for final approval | 3.70 |
| Tue. Mar 29, 2011 | | Attend final approval hearing (anticipated) | 2.50 |

**Total Time:** 214.00 Hrs