## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**DANIELLE SPANG**

82.60 Hours @ $175.00/hr.
$14,455.00 total

*Francis and Mailman*
**Danielle Spang's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Dec 17, 2007 | | comparing the Answers by Defendant | 0.50 |
| Fri. Jan 25, 2008 | | reviewing deadlines w/ JS & JAF<br>drafting 26f report | 1.70 |
| Wed. Jan 30, 2008 | | prep folder for Rule 16 conf | 0.30 |
| Fri. Mar 7, 2008 | | calendaring dates on our lists, updating clerk in Amicus<br>calendaring telephone conf on Amicus | 0.40 |
| Fri. Mar 21, 2008 | | calendaring | 0.20 |
| Tue. Apr 29, 2008 | | drafting joint motion to extend deadlines | 0.50 |
| Wed. May 14, 2008 | | gave MJS correspondence from LP | 0.20 |
| Fri. May 16, 2008 | | sending supplemental discovery answers to EQ | 0.80 |
| Tue. May 20, 2008 | | calendaring revised dep dates<br>printing EQ's motion to compel for JS | 0.40 |
| Tue. May 27, 2008 | | set up files for Plaintiff's Response to EQ's Motion to Compel | 0.60 |
| Wed. May 28, 2008 | | copying Motion to Compel for MJS<br>calling/emailing client for MJS | 0.80 |
| Thu. May 29, 2008 | | assisting JS w plaintiff's opp to def's motion to compel | 0.30 |
| Fri. May 30, 2008 | | editing plaintiff's opp to def's motion to compel<br>finishing/fixing exhibits for JS/mjs<br>filing motion | 2.50 |
| Mon. Jun 2, 2008 | | sending 2 courtesy copies of last week's response to Judge Brody | 0.90 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Jun 3, 2008 | | | 2.30 |
| | | organizing the file<br>copying def's answers to Rogs for JS<br>Sending dep notice for Vicki Banks<br>researching add'l docs for JS | |
| Mon. Jun 16, 2008 | | | 0.50 |
| | | checking dep notices that went out<br>printing/calendaring order<br>researching -- no motion to dismiss | |
| Wed. Jun 18, 2008 | | | 0.80 |
| | | researching flights / emailing JAF & JS<br>booking flight & hotel | |
| Thu. Jun 19, 2008 | | | 0.10 |
| | | saving/calendaring Order re settlement conference | |
| Fri. Jun 20, 2008 | | | 0.90 |
| | | gathering docs for dep prep for JS<br>scheduling court reporters for next wk's depositions | |
| Sun. Jun 22, 2008 | | | 0.20 |
| | | gathering add'l docs for JS to bring to deps | |
| Mon. Jun 23, 2008 | | | 0.80 |
| | | helping JS w dep prep | |
| Tue. Jun 24, 2008 | | | 0.60 |
| | | searching flights home<br>changing their flight for tomorrow morning, cancelling tomorrow's deps | |
| Wed. Jun 25, 2008 | | | 0.20 |
| | | disputing hotel charge for JS | |
| Mon. Jun 30, 2008 | | | 0.40 |
| | | drafting Joint Motion | |
| Wed. Jul 2, 2008 | | | 0.20 |
| | | updating due dates | |
| Mon. Jul 7, 2008 | | | 0.50 |
| | | drafting subpoena<br>saving dep transcripts | |
| Tue. Jul 8, 2008 | | | 0.20 |
| | | emailed Koval re conf room for Klaer dep | |
| Wed. Jul 9, 2008 | | | 0.20 |
| | | assisting JS w answers to disc reqs | |
| Mon. Jul 14, 2008 | | | 0.50 |
| | | sending subpoena | |
| Fri. Jul 18, 2008 | | | 0.40 |
| | | FU regarding subpoena<br>drafting dep notice | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Tue. Jul 22, 2008 | | scanning disputes for JS to send to client | 0.20 |
| Wed. Jul 23, 2008 | | sending subpoenas to Perling/Cutter | 0.50 |
| Mon. Aug 4, 2008 | | giving Alicia transcripts from deps<br>photocopying transcript pages from JS dep A. Klaer | 0.40 |
| Wed. Aug 13, 2008 | | sending deb puckett info to AB | 0.20 |
| Mon. Aug 25, 2008 | | organized file | 0.20 |
| Wed. Aug 27, 2008 | | rec'd dep transcript | 0.20 |
| Wed. Oct 1, 2008 | | updating deadlines | 0.20 |
| Mon. Oct 13, 2008 | | Researching for JS re reply brief for MCC<br>proofreading reply brief | 1.70 |
| Wed. Jun 10, 2009 | | Copying EQ answers to discovery & supplemental answers for JS | 0.40 |
| Wed. Jun 17, 2009 | | Sending letter to Perling for JS | 0.30 |
| Thu. Jun 25, 2009 | | Stipulation | 0.40 |
| Tue. Jul 7, 2009 | | Calendaring Scheduling Order | 0.20 |
| Wed. Jul 15, 2009 | | Sending letter to Hendricks re expert report for JS | 0.40 |
| Tue. Jul 21, 2009 | | Sending documents to Hendricks for Expert Report | 0.60 |
| Tue. Aug 4, 2009 | | Organizing the file<br>Sending Hendricks EQ discovery responses | 0.80 |
| Tue. Aug 11, 2009 | | Drafting letter to send expert report for JS w/ CV<br>Sending same | 0.40 |
| Wed. Aug 19, 2009 | | Emailed expert to schedule dep | 0.20 |
| Tue. Sep 22, 2009 | | Booking train for GG<br>Researching add'l options for GG | 0.40 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Sep 23, 2009 | | EOA for GG<br>Changing Amtrak ticket for GG | 0.40 |
| Fri. Sep 25, 2009 | | Sending invoice to Perling for GG | 0.20 |
| Wed. Sep 30, 2009 | | Helping Alicia with the mail merge | 0.40 |
| Mon. Oct 5, 2009 | | Rec'd 2 calls from class members - sent msgs to AB/JAF | 0.20 |
| Tue. Oct 6, 2009 | | Speaking with class members - forwarding calls & msgs to JAF | 0.50 |
| Mon. Nov 30, 2009 | | Calendaring Scheduling Order | 0.20 |
| Thu. Dec 3, 2009 | | Calendaring Final PT Conf | 0.20 |
| Mon. Jan 4, 2010 | | Reviewing Notice being sent to all class members<br>Mtg w AB & JAF regarding handling of calls | 0.50 |
| Wed. Jan 6, 2010 | | Spoke with 2 class members | 0.40 |
| Thu. Jan 7, 2010 | | Spoke with XX class members | 0.20 |
| Fri. Jan 8, 2010 | | Spoke with 1 class member | 0.20 |
| Mon. Jan 11, 2010 | | Spoke with 1 class member | 0.20 |
| Wed. Jan 20, 2010 | | Spoke with 1 class member | 0.20 |
| Wed. Feb 10, 2010 | | Finding date appeal was denied for GG | 0.30 |
| Tue. Mar 16, 2010 | | Withdrawal of Appearance for MJS | 0.20 |
| Thu. Apr 15, 2010 | | Drafting Pro Hac Motion for JS; Drafting PT Memo for JS | 0.50 |
| Fri. Apr 16, 2010 | | Editing PT Memo for JS | 1.00 |
| Mon. Apr 19, 2010 | | Editing / proofreading PT Memo for JS | 0.30 |
| Tue. Apr 20, 2010 | | | 0.40 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | Drafting voir dire, jury charge & verdict form for JS<br>Making JS edits to same | |
| Wed. Apr 21, 2010 | | | 0.60 |
| | | Editing pretrial submissions: Voir Dire, Jury Verdict Form, and Points for Charge for JS; scanning Forbes article to circulate for JS | |
| Mon. May 10, 2010 | | | 0.40 |
| | | Printing/saving Pretrial docs filed by EQ | |
| Tue. May 11, 2010 | | | 0.30 |
| | | Telephone call to Judge Brody's chambers, permission to fax letter; Faxing Letter to Judge Brody for JAF | |
| Wed. May 12, 2010 | | | 0.10 |
| | | Telephone call to Jean Riffe - Spoke, confirmed 5/21 for JAMS Mediation. | |
| Thu. May 13, 2010 | | | 0.20 |
| | | Calendaring MIL deadline | |
| Fri. May 14, 2010 | | | 0.70 |
| | | Gathering EQ's Trial Exhibits for JS<br>Called Jean Riffe - confirming the agreements will be sent out early next week, and that the submissions are due one week prior to the mediation | |
| Mon. May 17, 2010 | | | 0.30 |
| | | Sola's Pro Hac was approved - sent instructions on how to register to receive ECF Notifications; also set up conf call for JS at 1:30; Circulating PDF of Judge Brody's trial procedures for JS to all co-counsel | |
| Tue. May 18, 2010 | | | 2.60 |
| | | Proofreading & revising MIL for JS; drafting Order, Motion & Certificate of Service based upon his drafted MOL for the MIL<br><br>Legal research for JS re: Civil Procedure & Evidence<br><br>Call to Jean Riffe w JAMS re: confirmed 6/1 and sending fee agreement | |
| Wed. May 19, 2010 | | | 0.40 |
| | | Finishing yesterday's research; sending confirmation for JAMS Mediation back to JAMS; Meeting w JS re MOL for MIL | |
| Thu. May 20, 2010 | | - | 0.80 |
| | | Proofreading JS Brief for typos / formatting; inserting select docket citations, and citations to our brief opposing MSJ; requesting hearing transcript from AB; updating new Final PT Conf time on Amicus; inserting co-counsel sections for JS and compiling into one MOL | |
| Mon. May 24, 2010 | | | 0.30 |
| | | Remitting payment for Mediation to JAMS | |
| Tue. May 25, 2010 | | | 0.50 |
| | | Calendaring Mediation for JAF; Printing/saving EQ MIL for JS | |
| Thu. May 27, 2010 | | | 0.30 |
| | | Gathering EQ responses to discovery requests re: net worth, financials, etc. and emailing same to JS | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. May 28, 2010 | | Editing/proofreading JS Memo of Law opposing Def's MIL; inserting JAF & RSS portions and conforming formats to JS format | 2.80 |
| Tue. Jun 1, 2010 | | Assisting JS w Resp Opp to MIL: gathering 5 exhibits | 0.30 |
| Wed. Jun 2, 2010 | | Printing JS copy of Plaintiff's Omnibus MIL; gathering Plaintiff's minuscript & exhibits of both depos for JS; gathering all Plaintiff's responses to Rogs for JS | 1.20 |
| Thu. Jun 3, 2010 | | Blowing up / clarifying Exhibit 3 for JS; working on demonstrative exhibits for JS | 2.20 |
| Fri. Jun 4, 2010 | | Drafting powerpoint presentation for Mr Sola, and emailed him regarding formatting questions; formatting page & line designations for Fluellen; processing payment to JAMS for follow-up mediation session; creating powerpoint presentation for Mr. Sola's opening statement | 4.60 |
| Mon. Jun 7, 2010 | | Telephone call to Jim Scheidt - Left Message: trying to determine whether there is a convenient time for us to test the courtroom equipment this afternoon; Coordinating start of JAMS mediation w/ JAMS & def counsel -- 10 AM; run-through of court equipment with JAF/DAS/RSS; finding DVI adapter; Finalizing Opening Statement slide presentation with RSS | 7.50 |
| Tue. Jun 8, 2010 | | Preparation for / attending trial to assist JAF/RSS/DAS/JS | 9.50 |
| Tue. Jun 15, 2010 | | Sending powerpoint presentation to Sola for JS | 0.20 |
| Fri. Jun 25, 2010 | | Proofreading JS timesheets for typos | 0.30 |
| Mon. Jun 28, 2010 | | Spoke with one class member -- advised her that any updates will be mailed to class members | 0.20 |
| Tue. Jun 29, 2010 | | Proofreading/spell-checking JS timesheets | 0.70 |
| Thu. Jul 1, 2010 | | Editing JS timesheet | 0.20 |
| Wed. Jul 14, 2010 | | Printing/calendaring Stipulation | 0.20 |
| Wed. Aug 18, 2010 | | Printed/calendared Stipulation extending deadlines | 0.20 |
| Mon. Oct 18, 2010 | | Organizing Trial file & all subfolders for JAF | 0.80 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Oct 22, 2010 | | Calendaring Preliminary Approval Order including all submission deadlines leading up to Fairness Hearing | 0.30 |
| Thu. Nov 11, 2010 | | Pulling Hendricks depo & exhibits for GG | 0.30 |
| Mon. Dec 20, 2010 | | Reviewing instructions for class action calls | 0.20 |
| Tue. Dec 21, 2010 | | Faxed Stipulation & enclosure letter to chambers for JAF; Telephone call to The Honorable Anita Brody - Spoke | 0.30 |
| Tue. Dec 28, 2010 | | Emailing M.Voris to set up temporary afterhours message | 0.20 |
| Wed. Dec 29, 2010 | | Answering questions for 8 class members | 1.10 |
| Thu. Dec 30, 2010 | | Answering questions for 4 class members | 0.70 |
| Tue. Jan 4, 2011 | | Returning messages and answering questions for 28 class members | 3.20 |
| Wed. Jan 5, 2011 | | Answering questions for 3 class members | 0.50 |
| Fri. Jan 7, 2011 | | Answering questions for 1 class member; organizing SS of messages left | 0.30 |
| Mon. Jan 10, 2011 | | Obtaining messages from class members; adding to spreadsheet | 0.20 |
| Thu. Jan 13, 2011 | | Answering questions of 7 class members | 1.20 |
| Fri. Jan 14, 2011 | | Answering questions of 6 class members | 1.10 |
| Wed. Jan 19, 2011 | | Answering questions from 1 class member | 0.20 |
| Thu. Jan 20, 2011 | | Reviewing voice messages from consumers with questions regarding class action; returning messages | 0.80 |
| Mon. Feb 14, 2011 | | Answering 1 consumer's questions; fwd msg to EAN | 0.10 |
| Tue. Feb 15, 2011 | | Sending sample Amicus time report to R.Sola | 0.20 |
| Wed. Feb 16, 2011 | | Forwarding messages to intake paralegals; checking VM | 0.20 |

*Time for Selected File* Case 2:07-cv-02211-AB Document 132-6 Filed 03/18/11 Page 9 of 9 *Chakejian, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|

| | | **Total Time:** | **82.60 Hrs** |