## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**TINA MASSA**

24.20 Hours @ $150.00/hr.
$3,630.00 total

*Francis and Mailman*
**Tina Massa's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Nov 26, 2007 | | Reviewing upcoming deadlines with DAS & JAF | 0.50 |
| Fri. Aug 15, 2008 | | Copy and review documents for MCC | 1.70 |
| Mon. May 4, 2009 | | Working on table of authorities and 23F reply brief with JAF | 4.00 |
| Tue. Dec 15, 2009 | | Gathering material necessary for website development | 2.00 |
| Fri. Jul 9, 2010 | | Review ecf notification print and save in word file | 0.20 |
| Wed. Jul 14, 2010 | | Review ecf notification print and save in word file | 0.20 |
| Wed. Sep 1, 2010 | | File motion for preliminary approval via ECF and arrange HD to judge's chambers | 1.20 |
| Wed. Feb 23, 2011 | | Gather and assemble class member call list, alphabetical class list and motion for consolidation and preliminary approval in preparation of preparing motion for final approval | 0.30 |
| Wed. Feb 23, 2011 | | Prepare separate lists for all time spent on Chakejian, Summerfield and Webb cases, in preparation of motion for final approval | 1.50 |
| Thu. Feb 24, 2011 | | Calculate all time entries for Chakejian, Summerfield and Webb. | 0.20 |
| Thu. Feb 24, 2011 | | Analysis of all correspondence received by Plaintiffs regarding opting out or objecting to the class action. | 0.80 |
| Thu. Feb 24, 2011 | | Prepare spreadsheet regarding Opt-outs and Objections | 0.50 |
| Thu. Feb 24, 2011 | | Meeting with Jim Francis to discuss opt outs and objections; also discussed time entries in case | 0.50 |
| Mon. Feb 28, 2011 | | Print and assemble all class lists, NJ, PA and VA. | 1.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Mar 4, 2011 | | Gather and print information regarding Christopher Stowell in preparation of his upcoming deposition. | 0.40 |
| Fri. Mar 4, 2011 | | Research using Westlaw Lori Ellington to obtain information on her prior to her upcoming deposition. | 0.90 |
| Mon. Mar 7, 2011 | | Create excel spreadsheet of all opt outs and objections. | 0.50 |
| Mon. Mar 7, 2011 | | Edits to class action list for PA regarding new address for Joseph L. Jacobs. | 0.10 |
| Mon. Mar 7, 2011 | | E-mail correspondence to David Searles, Esquire and Robert S. Sola, Esquire regarding the status of their time and expenses for the Motion for final approval. | 0.10 |
| Mon. Mar 7, 2011 | | Receipt and review of time entries and expenses for Robert S. Sola, Esquire. | 0.20 |
| Tue. Mar 8, 2011 | | Gather, assemble and copy all documents necessary for notices of deposition. | 1.80 |
| Wed. Mar 9, 2011 | | Electronically file Certification/Declaration of Class Counsel Regarding Opt-Outs with the Court on this date. | 0.20 |
| Wed. Mar 9, 2011 | | Electronically file Certification/Declaration of Class Counsel Regarding Update and Maintenance of Class Action Website with the Court on this date. | 0.20 |
| Mon. Mar 14, 2011 | | Proof read and make edits to Motion for Final Approval of Class Action Settlement | 0.60 |
| Mon. Mar 14, 2011 | | Meeting with JAF regarding time sheets to be added to motion for final approval. | 0.20 |
| Tue. Mar 15, 2011 | | Meeting with JAF to discuss fees and expenses for Motion for Fee Application. | 0.20 |
| Tue. Mar 15, 2011 | | Pull all time entry reports for Chakejian, Summerfield and Webb and obtain a total for all time and fees | 1.00 |
| Wed. Mar 16, 2011 | | Pull docket for Chakejian and Summerfield cases for JAF to review | 0.10 |
| Wed. Mar 16, 2011 | | Print all time for all attorneys/paralegals in the Chakejian and Summerfield cases for JAF | 0.70 |
| Thu. Mar 17, 2011 | | Edit time entries for John Soumilas | 0.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Thu. Mar 17, 2011 | | Put in time entries for JAF regarding case | 0.80 |
| Thu. Mar 17, 2011 | | Additional edits/revisions to timesheets | 0.60 |
| Fri. Mar 18, 2011 | | Drafted Certification/Declaration of Class Counsel Regarding Objections; drafted Certificate of Service regarding same; electronically file same with the Court. | 0.60 |
| | | **Total Time:** | **24.20 Hrs** |

*Time for Selected File* Case 2:07-cv-02211-AB   Document 132-7   Filed 03/18/11   Page 4 of 10   *Chakejian, R. v. Equifax, et al., No. 07-2211*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |

*Printed by Tina Massa on Fri. Mar 18, 2011*                                                                                                              *Page 3 of 3*

CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**KRISTA DELLAPOLLA**

12.10 Hours @ $125.00/hr.
1,512.50 total

*Francis and Mailman*
**Krista DellaPolla's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**
Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Oct 3, 2007 | | E-mail correspondence with Lewis P. Perling, Esquire | 0.20 |
| Wed. Oct 31, 2007 | | Serve Complaint to EQ, Update Amicus Info. w/Judge, etc.** (Calendar Motion For Class Cert date!!) - | 0.20 |
| Wed. Oct 31, 2007 | | GC NOT- Received from _____Prepare and send out ten (10) day letter - | 0.20 |
| Wed. Oct 31, 2007 | | File Affidavit Of Service - GC is back from EQ - | 0.20 |
| Wed. Jun 2, 2010 | | Pretrial preparation | 0.30 |
| Wed. Dec 15, 2010 | | Organizing and formatting spreadsheets- PA | 4.00 |
| Thu. Dec 16, 2010 | | Correcting/updating NJ spreadsheet | 4.00 |
| Fri. Dec 17, 2010 | | Updating/Correcting VA spreadsheet | 3.00 |

**Total Time:** 12.10 Hrs

## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**DANIA RICHARDSON**

1.70 Hours @ $150.00/hr.
$255.00 total

*Francis and Mailman*
**Dania Richardson's Time Entry Report**
**for Selected File:**

Chakejian, R. v. Equifax, et al., No. 07-2211

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Mar 21, 2007 | | Open File - | 1.00 |
| Tue. Apr 6, 2010 | | Scan documents in for Alicia for Motion to be filed | 0.70 |
| | | **Total Time:** | **1.70 Hrs** |

## CHAKEJIAN v. EQUIFAX INFORMATION SERVICES, LLC, No. 07-2211

Time expended for:
**HALLIE FISCHER**

12.00 Hours @ $125.00/hr.
$1,500.00 total

*Francis and Mailman*
**Hallie S. Fischer's Time Entry Report**
**for Selected File:**

**Chakejian, R. v. Equifax, et al., No. 07-2211**

Client ID: Ch005
Matter ID: Ch005-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Dec 29, 2010 | | Class calls | 0.80 |
| Thu. Dec 30, 2010 | | Class calls | 0.80 |
| Mon. Jan 3, 2011 | | Class calls; retrieving voicemails | 1.50 |
| Tue. Jan 4, 2011 | | Retrieving voicemail and answering calls | 1.50 |
| Wed. Jan 5, 2011 | | Class calls | 1.00 |
| Thu. Jan 6, 2011 | | Class calls | 0.20 |
| Fri. Jan 7, 2011 | | Class calls | 2.00 |
| Tue. Jan 11, 2011 | | Class calls | 1.00 |
| Wed. Jan 12, 2011 | | Class calls | 1.00 |
| Fri. Jan 14, 2011 | | Class calls | 0.50 |
| Tue. Jan 18, 2011 | | Class calls | 0.80 |
| Wed. Jan 19, 2011 | | Receiving voice mails and returning calls | 0.90 |

**Total Time:** 12.00 Hrs