# SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575

Time expended for:
**JAMES A. FRANCIS**

25.20 Hours @ $485.00/hr.
$12,222.00 total

*Francis and Mailman*
**James Francis, Esquire's Time Entry Report
for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Jun 20, 2008 | | Review Answer and Amended Answer meet with Paralegal and JS re same | 1.00 |
| Mon. Jun 30, 2008 | | Rule 26F conference Report | 0.50 |
| Tue. Jul 22, 2008 | | Attend Rule 16 conference; prepare for conference; meet with JYP after | 3.50 |
| Mon. Sep 15, 2008 | | Prepare for status conference with the Court; Attend status conference with JYP; get trapped in train on way back (Patco on fire) | 5.00 |
| Tue. Aug 11, 2009 | | Review expert report of Evan Hendrix | 1.50 |
| Thu. Sep 24, 2009 | | Meet w/ JS RE: Prepare for Oral Argument RE: prepare/ review file; attend class cert hearing | 4.70 |
| Mon. Feb 8, 2010 | | Review Equifax briefing; meet w/DAS, GG re response approach/outline | 1.20 |
| Thu. Feb 11, 2010 | | Review, edit, revise MOL re Rule 23(f) petition; MOT to extend | 3.20 |
| Fri. Feb 12, 2010 | | Review, edit, revise MOL re Rule 23(f) petition; MOT to extend | 1.80 |
| Mon. Feb 15, 2010 | | Finalize Rule 23(f) opposition; motion to extend time | 2.80 |

**Total Time:** 25.20 Hrs

## SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575

Time expended for:
**MARK D. MAILMAN**

16.80 Hours @ $485.00/hr.
$8,148.00 total

*Francis and Mailman*
**Mark Mailman's Time Entry Report
for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Mar 21, 2008 | | Review complaint | 0.50 |
| Thu. Aug 28, 2008 | | misc time to be divided; file review | 10.00 |
| Sun. Feb 1, 2009 | | Review motion for class certification and exhibits; meet with JS re: same. | 1.30 |
| Wed. Mar 18, 2009 | | Review Equifax opposition to class certification motion. | 0.80 |
| Thu. Oct 1, 2009 | | Review Memo. and Order granting class cert.; file review; conf. with JAF re same | 2.70 |
| Tue. Jan 5, 2010 | | Review Court's memorandum denying motion for reconsideration. | 0.60 |
| Wed. Jul 14, 2010 | | Meet with JAF re: transfer of case to Chakejian action, consolidation of actions and implications for settlement | 0.90 |

**Total Time:** 16.80 Hrs

**SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575**

Time expended for:
**JOHN SOUMILAS**

401.30 Hours @ $410.00/hr.
$164,533.00 total

*Francis and Mailman*
**John Soumilas's Time Entry Report**
**for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Mar 7, 2008 | | Review file; attorney strategy meeting re: select liability, damages and valuation matters. | 0.80 |
| Tue. Mar 18, 2008 | | Legal research; prepare class action compliant; review vicinage rules in NJ. | 4.40 |
| Fri. Mar 21, 2008 | | Prepare certain cover forms for court filing; review; sign. | 0.30 |
| Tue. Mar 25, 2008 | | Review and revise complaint prior to filing; review local rules re: arbitration and conduct legal research re: case; call to clerk; letter to magistrate judge; e-mail with co-counsel; pull information on judge; memo to file re: same. | 3.80 |
| Tue. Apr 1, 2008 | | E-mail correspondence with counsel for Equifax. | 0.20 |
| Mon. Jun 2, 2008 | | Review Answer and Affirmative Defenses; outline select issues of litigation; begin to prepare disclosures and written discovery; conference with paralegal. | 3.90 |
| Tue. Jun 3, 2008 | | Continue to work on disclosures as well as Plaintiff's interrogatories and document requests; drafting, revisions, etc.; serve same | 3.20 |
| Wed. Jun 4, 2008 | | Review Equifax amended answer; notes to file. | 0.60 |
| Fri. Jun 27, 2008 | | Work on drafting our interrogatories and document requests; review Equifax's objection and responses in related Chakejian matter; begin to draft several dep. notices. | 2.60 |
| Mon. Jun 30, 2008 | | Review file and docket (status of case); review local rules re: discovery schedule, etc., several e-mails re: Rule 26(f) meeting; prepare for and participate in meeting telephonically; e-mails from C.Hegenroether; draft revised/supplemental written discovery; prepare 8 dep. notices; serve same. | 5.70 |
| Tue. Jul 1, 2008 | | E-mail from Equifax's local counsel; e-mail from L.Perling; review Equifax's interrogatories and document requests; notes; compare to those in related matter; finalize and file 26(f) report; e-mails with L.Perling re: same; internal e-mails. | 1.80 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Jul 7, 2008 | | Prepare subpoena for ChoiePoint dep; correspondence with ChoicePoint's Virginia counsel re: service. | 0.60 |
| Fri. Jul 11, 2008 | | Review discovery status and information provided by client; legal research in NJ re: select questions posed by Equifax that may involve attorney-client privilege. | 1.70 |
| Mon. Jul 14, 2008 | | Review status of third party discovery; draft letter for subpoena; select legal research re: out-of-state subpoena service. | 0.90 |
| Fri. Jul 18, 2008 | | Calls and e-mail re: process server and service upon A.Klaer; correspondence re: ChoicePoint dep with ChoicePoint's counsel; calls and e-mail to our Atlanta local counsel who will host dep. | 1.10 |
| Mon. Jul 21, 2008 | | Correspondence with counsel for ChoicePoint; collect select material for that dep; review notice; review 2 ECF notices; correspondence with Equifax's local counsel and national counsel. | 0.70 |
| Tue. Jul 22, 2008 | | Review and reply to e-mail correspondence; calls re: Plaintiff's dep. and other deps; participate in attorney strategy meeting in advance of Rule 16; correspondence with counsel from ChoicePoint; third party subpoena to A.Klaer; review status of pro hac motion and review local pro hac rules. | 1.80 |
| Wed. Jul 23, 2008 | | Review court scheduling order; review select ChoicePoint docs; correspondence re: ChoicePoint dep. | 0.90 |
| Thu. Jul 24, 2008 | | Review correspondence re: Plaintiff's dep.; meet with paralegal. | 0.30 |
| Fri. Jul 25, 2008 | | Review internal e-mail re: motion for pro hac, finalize and file motion; corresp. re: plaintiff's dep.; draft of discovery, etc. | 1.60 |
| Mon. Jul 28, 2008 | | Review and revise responses to written discovery; review entire file; call to client; review written discovery on companion action for comparative purposes. | 2.20 |
| Tue. Jul 29, 2008 | | Continue to work on written discovery responses to Equifax; review status of responses due to us; review 4 court ECFs. | 2.60 |
| Wed. Jul 30, 2008 | | Continue to work on responding to written discovery, deposition scheduling and third party discovery (upcoming dep.); review court ECF; formulate trial plan in connection with written discovery; research and strategy e-mails among co-counsel re: same. | 4.40 |
| Thu. Jul 31, 2008 | | Continue to work on written discovery; circulate draft; factual investigation; correspondence with co-counsel; prepare for tomorrow's deposition of ChoicePoint; several e-mails with opposing counsel and counsel for ChoicePoint | 4.60 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Aug 1, 2008 | | Prepare for (including review of prior deps by the witness) and take deposition of ChoicePoint's A.Klaer; continue review and revise answers to written discovery; letter to client; review court ECF. | 3.70 |
| Mon. Aug 4, 2008 | | Work on responses to written discovery, review of documents that may be produced; correspondence with L.Perling re: extension. | 1.30 |
| Thu. Aug 7, 2008 | | Review ECF re: co-counsel Searles; continue to prepare Plaintiff's objections and responses to Equifax's interrogatories and document requests. | 3.70 |
| Fri. Aug 8, 2008 | | Continue to prepare Plaintiff's objections and responses to Equifax's interrogatories and document requests; review document production before serving. | 4.10 |
| Fri. Aug 22, 2008 | | E-mail correspondence with L.Perling re: our fee petitions; review PACER for our filing and attachment in many cases; notes re: list; compare to firm bios; select legal research re: adequacy and class counsel fee petitions. | 4.60 |
| Wed. Aug 27, 2008 | | Meeting with co-counsel re: Plaintiff's dep; review exhibits used; several internal e-mails re: strategy considerations related to Plaintiff's dep.; think about deps. of client's wife and daughter. | 0.80 |
| Thu. Aug 28, 2008 | | E-mail correspondence among co-counsel re: Plaintiff's dep. | 0.40 |
| Tue. Sep 2, 2008 | | Review correspondence accrued when I was away from office; review status of case. | 0.90 |
| Wed. Sep 3, 2008 | | Review status of discovery; review several e-mails with opposing counsel and among co-counsel. | 0.80 |
| Mon. Sep 8, 2008 | | Telephone conference with co-counsel re; strategy matters and deposition schedule; review select documents from document production to date; review and reply as appropriate to 11 e-mails. | 3.70 |
| Tue. Sep 9, 2008 | | Review several e-mails from the end of yesterday re: deposition schedule; continue to review document production made by Equifax in preparation for depositions and outline need for follow-up. | 2.60 |
| Mon. Sep 15, 2008 | | Status conference with Judge Donio; review local rules. | 0.60 |
| Tue. Sep 16, 2008 | | Review 2 court ECF notices; review discovery schedule; review status of discovery to date. | 0.40 |
| Wed. Oct 8, 2008 | | E-mail correspondence with L.Perling deps. | 0.30 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Oct 15, 2008 | | E-mail correspondence with L.Perling re: discovery matters/deps. | 0.30 |
| Fri. Oct 17, 2008 | | E-mail correspondence with L.Perling re: depositions. | 0.20 |
| Tue. Oct 21, 2008 | | E-mail correspondence with L.Pering re: depositions. | 0.20 |
| Wed. Oct 22, 2008 | | Review correspondence re: motion to extend deadlines. | 0.20 |
| Thu. Oct 23, 2008 | | Prepare and file joint motion re: extension of time; related e-mail correspondence. | 0.80 |
| Thu. Nov 6, 2008 | | E-mail correspondence with L.Perling re: discovery; petition to court re: extra time. . | 0.50 |
| Tue. Nov 11, 2008 | | E-mail correspondence with L.Perling re: discovery matters/deps. | 0.20 |
| Wed. Nov 12, 2008 | | E-mail correspondence with L.Perling re: discovery matters/deps. | 0.20 |
| Fri. Nov 21, 2008 | | E-mail correspondence with L.Perling re: discovery matters/deps. | 0.20 |
| Mon. Nov 24, 2008 | | Review status of written discovery and disclosures to date; correspondence with L.Perling re: deposition scheduling; review client's dep. transcript; notes re; same; select research re: adequacy and typicality. | 6.60 |
| Fri. Dec 5, 2008 | | Prepare and serve renewed dep. notices for Fluellen dep.; correspondence with L.Perling re:other deps. | 0.40 |
| Wed. Dec 10, 2008 | | Review select documents; prepare for deposition of Fluellen; e-mail correspondence with L.Perling. | 6.20 |
| Thu. Dec 11, 2008 | | Prepare for and take deposition of Equifax's A.Fluellen. | 5.60 |
| Thu. Dec 18, 2008 | | Correspondence with L.Perling re: deposition scheduling. | 0.20 |
| Mon. Dec 29, 2008 | | Review Fluellen dep. transcript; notes/memo to file. | 2.50 |
| Mon. Jan 5, 2009 | | Begin to prepare for next week's deps; gather background information on Equifax witnesses DeGrace, Leslie, Coggins, Mixon and Davis. | 2.20 |
| Tue. Jan 6, 2009 | | | 3.30 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | E-mails with opposing counsel re: next week's depositions; several e-mails re: travel and lodging arrangements or Atlanta; begin to prepare for two 30(b)(6) witnesses; review documents for depositions. | |
| Wed. Jan 7, 2009 | | | 6.60 |
| | | Review Chakejian deps.; review deps. from other cases by same witnesses; Prep. for Equifax deps. of DeGrace, Leslie, Coggins, Mixon and Davis; search for and review prior transcripts; review file; outline merits and class issues for deps. | |
| Thu. Jan 8, 2009 | | | 10.10 |
| | | Prep. for Equifax deps. of DeGrace, Leslie, Coggins, Mixon and Davis; search for and review prior transcripts; review file; outline merits and class issues for deps. | |
| Fri. Jan 9, 2009 | | | 4.60 |
| | | Correspondence with L. Perling re: dep. scheduling; Prep. for Equifax deps. of DeGrace, Leslie, Coggins, Mixon and Davis; search for and review prior transcripts; review file; outline merits and class issues for deps. | |
| Mon. Jan 12, 2009 | | | 16.60 |
| | | Travel to Atlanta; prepare for and take depositions of Equifax's witnesses Davis, Mixon and DeGrace; prep. for next day's deps. | |
| Tue. Jan 13, 2009 | | | 17.30 |
| | | Take deps of Leslie and Coggins; travel back to Phila; notes re: deps. and need for further discovery. | |
| Wed. Jan 14, 2009 | | | 0.20 |
| | | E-mail correspondence with L.Perling. | |
| Fri. Jan 23, 2009 | | | 4.80 |
| | | Review Equifax witness Davis' dep. transcript;legal research re: motion for class cert. | |
| Tue. Jan 27, 2009 | | | 7.30 |
| | | Research and write section of motion for class cert. | |
| Wed. Jan 28, 2009 | | | 8.60 |
| | | Review draft of motion for class certification; review select portions of deposition transcripts for additional facts; strategy meetings with co-counsel. | |
| Sat. Jan 31, 2009 | | | 3.60 |
| | | Continue to prepare motion for class cert; select legal research. | |
| Mon. Feb 2, 2009 | | | 7.80 |
| | | Review and revise class certification brief; file same. | |
| Tue. Feb 3, 2009 | | | 0.40 |
| | | Review binded copy of motion for class cert.; prepare letter to court with courtesy copy; review local rules re: reply brief practice/return date. | |
| Mon. Feb 16, 2009 | | | 0.60 |
| | | Call with Equifax's counsel CH; follow-up e-mail re: briefing; review local rules; review letter to court filed by Equifax. | |
| Tue. Mar 17, 2009 | | | 4.40 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| | | Review response (original) to our motion for class cert.; review motion to seal; review e-mail correspondence from Equifax's counsel re: tomorrow's status conference. | |
| Wed. Mar 18, 2009 | | | 5.90 |
| | | Review latest credit file for Plaintiff produced by Equifax; review correspondence from opposing counsel re: additional dep. and scheduling; prepare for and attend telephone status conference with Judge Donio; continue to review Equifax's response to our motion for class cert.; review Exhibits; review P's dep. transcript. | |
| Fri. Mar 20, 2009 | | | 0.40 |
| | | Several e-mails to and from L.Perling re: discovery issues. | |
| Thu. Mar 26, 2009 | | | 0.80 |
| | | Several e-mail to and from L.Pering re: discovery issues and extension; prepare and file letter to court re: extension. | |
| Fri. Mar 27, 2009 | | | 1.80 |
| | | Internal strategy memo/e-mail to co-counsel; set up structure for our reply brief. | |
| Mon. Apr 13, 2009 | | | 2.10 |
| | | Review Plaintiff's dep. transcript; notes for reply. | |
| Wed. Apr 15, 2009 | | | 2.20 |
| | | Review latest daft of reply; legal research re: select sections. | |
| Fri. Apr 17, 2009 | | | 9.80 |
| | | Select legal research and writing in preparation of reply brief in further support of class cert. motion; circulate full draft for co-counsel team.; review 2 court ECFs; several e-mails from opposing counsel; respond to same. | |
| Mon. Apr 20, 2009 | | | 1.70 |
| | | Select drafting re: reply brief in further support of motion for class cert. | |
| Tue. Apr 21, 2009 | | | 6.80 |
| | | Continue to research and draft sections of reply. | |
| Wed. Apr 22, 2009 | | | 4.40 |
| | | Review and revise our reply in further support of motion for class cert. | |
| Thu. Apr 23, 2009 | | | 0.80 |
| | | Prepare for and attend status conference before Judge Donio. | |
| Wed. Apr 29, 2009 | | | 0.40 |
| | | E-mail correspondence with defense counsel re: discovery matters. | |
| Mon. May 4, 2009 | | | 0.50 |
| | | Several internal e-mails and depositions re: depositions of Plaintiff's wife and daughter. | |
| Thu. May 7, 2009 | | | 0.20 |
| | | Review 4 e-mails re: scheduling. | |
| Tue. May 12, 2009 | | | 0.70 |
| | | Review e-mail correspondence re: discovery issues and deps -- 9 e-mails in total. | |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Thu. May 28, 2009 | | Review letter from opposing counsel re: dep. notices; review internal correspondence re: Ms. Amplo; review recent case law need for direct disputes. | 1.60 |
| Tue. Jun 16, 2009 | | Several e-mails from defense counsel re: Plaintiff's son and his dep.; meeting with paralegal; prepare certain dep. notices for D.Searles; internal email correspondence re: same. | 0.90 |
| Wed. Jun 17, 2009 | | Review e-mail correspondence from L.Perling; prepare correspondence re: insurance agreements and need for motion to compel; summary review of deposition transcripts of Ms. Amplo and Mrs. Summerfield. | 4.60 |
| Thu. Jun 18, 2009 | | Review letter from Perling; review e-mails form co-counsel. | 0.30 |
| Fri. Jun 19, 2009 | | E-mail correspondence form L.Perling and co-counsel re: meet and confer. | 0.40 |
| Wed. Jun 24, 2009 | | Review Equifax response to our motion for class cert; notes for reply; pull and read select cases; | 3.30 |
| Thu. Jun 25, 2009 | | Review correspondence from L.Perling. | 0.20 |
| Fri. Jun 26, 2009 | | Preliminary review of depo transcripts of following Equifax witnesses: Leslie, Mixon, Coggins and DeGrace; notes form DeGrace; notes re: dep. of L.Perling. | 6.60 |
| Mon. Jun 29, 2009 | | Review select deposition transcripts and also trial transcript from Abussab case; review letter to L. Perling; call with DAS about same and discovery plan; gather information for potential expert report; begin to prepare letter to E.Hendricks. | 4.10 |
| Tue. Jun 30, 2009 | | Review Equifax's second set of interrogatories, document requests and requests to admit; review our answers to our first set of discovery requests; meeting with paralegal. | 1.70 |
| Thu. Jul 2, 2009 | | E-mails re: Perling dep. | 0.30 |
| Mon. Jul 13, 2009 | | E-mails with D.Searles re: Perling dep., privileged. | 0.20 |
| Fri. Jul 17, 2009 | | Prepare and file motion to compel insurance agreements. | 3.90 |
| Mon. Jul 20, 2009 | | Review 2 court ECFs re: motion to compel. | 0.30 |
| Tue. Jul 21, 2009 | | Review letter and insurance documents produced by Equifax after motion to compel had to be filed. | 0.60 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Jul 22, 2009 | | Review internal e-mails re: letter to Perling re: his dep. and preparation for same; legal research re: advise of counsel defense, reasonable "reading" defense, and related issues. | 2.30 |
| Thu. Jul 23, 2009 | | Review letter from opposing counsel re: his deposition. | 0.30 |
| Mon. Jul 27, 2009 | | Review insurance info turned over by Equifax; notice/motion re: withdrawal of motion to compel. | 1.90 |
| Tue. Jul 28, 2009 | | Correspondence with Goheen re: Hendricks dep.; e-mails to Hendricks; review scheduling ECF. | 0.30 |
| Thu. Jul 30, 2009 | | Work on second set of written discovery; prepare and several objections; call with client; meetings with AB; several e-mails with L.Perling re: extension (some 19 in total); some major disagreements; calls re: same; letter to court re: samel revise same; file same. | 5.40 |
| Mon. Aug 3, 2009 | | Review internal e-mails and strategy discussions re: Perling dep., expert reports and other discovery matters; call to expert; review court order re: scheduling. | 1.10 |
| Fri. Aug 7, 2009 | | Research public record investigation results for other bureaus; meeting with DMS re additional docs. for expert.; Several internal e-mails among co-counsel and strategy discussion re; deposition of Perling and e-mails from Goheen; legal research re: waiver of attorney client privilege. | 2.90 |
| Mon. Aug 10, 2009 | | Conduct research re: background of witness Perling; prepare internal outline of questions for Perling dep. and discuss same with DAS.; Review and revise responses to Equifax's second set of RDPs, Rogs and Admissions; internal correspondence re: same with co-counsel. | 4.80 |
| Tue. Aug 11, 2009 | | Review expert report of E.Hendricks; call to expert; internal correspondence with co-counsel; correspondence to opposing counsel with report and CV; call with client; continue to work on responses to second set of written discovery requests; review deposition transcripts of plaintiff and wife. | 4.90 |
| Wed. Aug 12, 2009 | | Review correspondence re: discovery dispute; review responses to date; begin to prepare second set of written discovery responses (supplemental) to Equifax. | 2.40 |
| Thu. Aug 13, 2009 | | Review and revise second set of written discovery responses (supplemental) to Equifax; letter re: same; strategy meeting re: dep. of L. Perling; call with client. | 6.40 |
| Tue. Aug 18, 2009 | | Call with DAS re: strategy matters; call with client; call with expert re: deposition scheduling; e-mails with Goheen re: expert dep. and location. | 0.70 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Aug 21, 2009 | | Follow up re: expert dep. | 0.20 |
| Tue. Aug 25, 2009 | | E-mails re: expert dep.; Internal email correspondence | 0.40 |
| Tue. Sep 1, 2009 | | Review ECF re: oral argument. | 0.20 |
| Thu. Sep 3, 2009 | | Review Periling dep; video. | 1.50 |
| Fri. Sep 4, 2009 | | Correspondence with opposing counsel | 0.20 |
| Wed. Sep 16, 2009 | | Email correspondence from opposing counsel | 0.20 |
| Thu. Sep 17, 2009 | | Email correspondence from opposing counsel | 0.20 |
| Mon. Sep 21, 2009 | | Internal email correspondence; read cases, outline, think and otherwise prepare for oral argument. | 6.20 |
| Tue. Sep 22, 2009 | | Reviewing 1 ECF Notification; email correspondence from opposing counsel; internal email correspondence; read cases, outline, think and otherwise prepare for oral argument. | 6.60 |
| Wed. Sep 23, 2009 | | Read cases, outline, think and otherwise prepare for oral argument. | 7.10 |
| Thu. Sep 24, 2009 | | Prepare for and attend oral argument re: motion for class cert; argue motion for class certification for plaintiff; meetings with co-counsel afterward. | 6.60 |
| Fri. Sep 25, 2009 | | Internal email correspondence | 0.20 |
| Mon. Sep 28, 2009 | | Research re: contacting class members; internal memo re: same. | 1.90 |
| Wed. Sep 30, 2009 | | Reviewing 1 ECF Notification | 0.20 |
| Fri. Oct 2, 2009 | | Email correspondence from def counsel; internal email correspondence | 0.60 |
| Mon. Oct 5, 2009 | | Reviewing ECF Notification; email correspondence from def counsel; internal email correspondence | 0.80 |
| Wed. Oct 7, 2009 | | Reviewed 1 ECF Notification | 0.20 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Oct 9, 2009 | | Reviewed 3 ECF Notifications | 0.60 |
| Mon. Oct 12, 2009 | | Internal email correspondence | 0.20 |
| Fri. Oct 16, 2009 | | Review Equifax's motion for reconsideration (filed yesterday); review internal e-mail correspondence re: same; review motion return-date scheduling order; review 3d Circuit rules re: unpublished decisions. | 2.30 |
| Tue. Oct 20, 2009 | | Review motion for reconsideration; review internal e-mail re: same; think through several strategy issues. | 0.80 |
| Tue. Oct 27, 2009 | | Strategy meeting/conference with JAF and DAS; review several e-mails; review court procedures and work on class notice issues. | 0.80 |
| Wed. Oct 28, 2009 | | Email correspondence from co-counsel; review letter to Judge Donio. | 0.30 |
| Fri. Oct 30, 2009 | | Reviewing our proposed form of class notice and amended document; several e-mails from opposing counsel and co-counsel; review e-mail re: conference with Judge Donio. | 1.80 |
| Mon. Nov 2, 2009 | | Review court notice; review and revise our opposition to Equifax motion for reconsideration and related motion to seal; select legal and factual research. | 2.80 |
| Thu. Nov 19, 2009 | | Review several e-mails re: class list; review PDF purported to be class list; review for select names and information; outline plan about select class members to contact. | 4.40 |
| Tue. Dec 1, 2009 | | Review latest ECF filing; review Equifax's response to amended document; think about same; review next set of deadlines. | 0.80 |
| Tue. Dec 15, 2009 | | Several e-mails re: scheduling. | 0.30 |
| Thu. Dec 17, 2009 | — | Review e-mail correspondence re: extension and additional briefing; review stip.; 8 related e-mails. | 0.60 |
| Mon. Dec 21, 2009 | | Review letter from Equifax's local counsel to court; review related stip. | 0.30 |
| Mon. Jan 4, 2010 | | Read court's memorandum and order re: motion for reconsideration. | 0.40 |
| Tue. Jan 5, 2010 | | Review prior correspondence and docket; prepare for and participate in court telephone status conference; call to client; review e-mail re: other class members; several internal e-mails. | 2.90 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Jan 20, 2010 | | Review Equifax 23(f) appeal to 3d Circuit and relate disclosures; e-mails with co-counsel; review new rules re: 23(f) appeals; pull select portions from factual record; notes to file. | 4.50 |
| Thu. Jan 21, 2010 | | Review 23(f) petition filed yesterday; legal research re: select issue for internal strategy memo.; prepare same. | 6.60 |
| Fri. Jan 22, 2010 | | Write select portions of 23(f) appeal; select legal research; review correspondence from D.Searles and L.Perling re: revised order; | 4.20 |
| Thu. Feb 11, 2010 | | Review entire current draft of brief to 3d Circuit; select legal research; revisions to same; circulate to co-counsel; several e-mails re: brief and strategic matters. | 8.10 |
| Fri. Feb 12, 2010 | | Review current version of our brief to 3d Circuit; review correspondence to and from opposing counsel; review proposed motion for extension of time by one day; legal research; review; select portion's of P's dep. transcript. | 6.60 |
| Mon. Feb 15, 2010 | | Review and revise our brief to the Third Circuit re: 23(f) appeal; research certain procedures rules for 3d Circuit re: filing a brief out of time; multiple e-mails with co-counsel re: same; select legal research re: Rule 23 issue. | 8.60 |
| Thu. Mar 4, 2010 | | Review Third Circuit decision on 23(f) appeal. | 0.20 |
| Mon. Mar 22, 2010 | | E-mail from D.Searles; outline need next steps; meeting with JAF; think about case. | 0.70 |
| Tue. May 11, 2010 | | Review ECF from court. | 0.20 |
| Thu. May 13, 2010 | | E-mail from L.Perling. | 0.20 |
| Fri. May 14, 2010 | | Review file; call with L.Perling; call re: settlement status. | 0.70 |
| Mon. May 17, 2010 | | Review prior orders; review dispute over form of notice and relate briefing; prepare for and participate in telephone status conference with Judge Donio. | 0.80 |
| Fri. Jun 18, 2010 | | Review ECF from court. | 0.20 |
| Mon. Jun 21, 2010 | | Correspondence with defense counsel re: settlement; review court order re: status. | 0.40 |
| Wed. Jun 23, 2010 | | Letter to court re: settlement; work on proposed motion to transfer; | 1.60 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Fri. Jun 25, 2010 | | | 0.90 |
| | | Prepare letter for Judges Rodriguez and Donio; circulate to co-counsel; review responses; review e-mail re: potential "issues." | |
| Mon. Jul 12, 2010 | | | 0.50 |
| | | Prepare correspondence to L.Perling re; status conference and motion to transfer; call to D.Searles; review draft of his proposed draft of motion to transfer. | |
| Tue. Jul 13, 2010 | | | 1.50 |
| | | Review June 25 correspondence and generally prepare for status conference by telephone; participate in same with opposing counsel and court; internal e-mail correspondence re: conference, motion to transfer and timing; revisions to motion to transfer and consent order; correspondence to opposing counsel re: their consent. | |

**Total Time:** 401.30 Hrs