## SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575

Time expended for:
### GREGORY GORSKI

87.30 Hours @ $325.00/hr.
$28,372.50 total

### Francis and Mailman
**Gregory Gorski's Time Entry Report**
**for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|---------------------------|-----------:|
| Mon. Jul 21, 2008 | | Review case file; Prepare for Scheduling Conference. | 1.00 |
| Tue. Jul 22, 2008 | | Attend Scheduling Conference (NJ Camden); Meet with JF re: case strategy. | 2.10 |
| Tue. Aug 5, 2008 | | Legal research re: FCRA disclosure. | 1.50 |
| Mon. Sep 15, 2008 | | Preparation for status conference, review discovery documents; Attend Status Conference. | 3.50 |
| Wed. Oct 22, 2008 | | Draft motion to extend deadlines, proposed Order; Draft correspondence to defense counsel. | 0.80 |
| Thu. Oct 23, 2008 | | Receipt and review of correspondence from defense counsel; Review and prepare motion for filing. | 0.50 |
| Thu. Jan 22, 2009 | | Reviewing deposition of Client | 2.50 |
| Thu. Jan 22, 2009 | | Reviewing deposition of Alicia Fluellen | 2.80 |
| Thu. Jan 22, 2009 | | Reviewing briefing from Chakejian matter | 2.00 |
| Fri. Jan 23, 2009 | | Preparing statement of facts for brief iso motion for class certification. | 1.50 |
| Sun. Jan 25, 2009 | | Further preparing statement of facts for brief iso motion for class cert | 3.00 |
| Sun. Jan 25, 2009 | | Reviewing and revising statement of facts. | 1.50 |
| Mon. Jan 26, 2009 | | Reviewing deposition of Shawn Degreace | 1.30 |
| Mon. Jan 26, 2009 | | Reviewing deposition of Margaret Leslie | 1.30 |

*Time for Selected File*                                                     *Summerfield, B. v. Equifax, No. 10-3575*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
| --- | --- | --- | --- |
| Mon. Jan 26, 2009 | | Preparing preliminary statement | 1.00 |
| Mon. Jan 26, 2009 | | Preparing arguments section of brief. | 2.50 |
| Tue. Jan 27, 2009 | | Preparing NOM, order and cert of service | 0.80 |
| Tue. Jan 27, 2009 | | Preparing affidavit for exhibits and reorganizing exhibits within brief | 0.80 |
| Tue. Jan 27, 2009 | | Reviewing and revising arguments and researching additional case law for arguments. | 2.50 |
| Tue. Jan 27, 2009 | | Reviewing and revising preliminary statement | 0.50 |
| Tue. Jan 27, 2009 | | Reviewing brief for grammar, syntax and spelling. Checking citations. | 1.50 |
| Thu. Jan 29, 2009 | | Conferring with co-counsel regarding revisions to brief. | 0.50 |
| Fri. Jan 30, 2009 | | Reviewing recent 3rd Circuit case law on class actions for potential use in brief. | 1.30 |
| Mon. Feb 2, 2009 | | Applying JAF changes to brief. | 1.30 |
| Mon. Feb 2, 2009 | | Reviewing Exhibits accompanying brief | 0.80 |
| Mon. Feb 2, 2009 | | Applying JS changes to brief. | 0.80 |
| Mon. Feb 2, 2009 | | Reviewing citations and preparing table of authorities | 0.80 |
| Mon. Feb 2, 2009 | | Preparing table of contents | 0.50 |
| Mon. Feb 2, 2009 | | Reviewing and finalizing documents for electronic filing, and filing documents. | 1.00 |
| Thu. Mar 19, 2009 | | Conferring with client regarding corrections made to credit file. | 0.30 |
| Mon. Apr 20, 2009 | | Preparing section of brief regarding facts supporting certification. | 3.00 |
| Tue. Apr 21, 2009 | | Compiling various sections of the brief and proofing case law citations and depositions citations. | 2.00 |

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Wed. Apr 22, 2009 | | Reviewing and revising brief. | 3.00 |
| Wed. Apr 22, 2009 | | Preparing cert for exhibits and compiling exhibits. | 2.00 |
| Wed. Apr 22, 2009 | | Reviewing and revising TOA and TOC. | 1.50 |
| Wed. Apr 22, 2009 | | Preparing documents for filing with Court. | 1.00 |
| Tue. May 19, 2009 | | Conferring in firm regarding impact of Chackejian decision and additional discovery required. | 1.00 |
| Tue. Sep 22, 2009 | | Reivewing notice of deposition. | 0.50 |
| Tue. Sep 22, 2009 | | Conferring with expert witness Hendricks in preparation for depositions. | 1.50 |
| Tue. Sep 22, 2009 | | Preparing letter to counsel regarding documents for Hendricks deposition. | 0.50 |
| Tue. Sep 22, 2009 | | Conferring in firm regarding strategy for expert deposition of Evan Hendricks | 0.50 |
| Wed. Sep 23, 2009 | | Defending Deposition of Evan Hendricks | 6.00 |
| Mon. Oct 26, 2009 | | Conferring with adversary regarding extension of time to respond to motion for reconsideration. | 0.20 |
| Tue. Oct 27, 2009 | | Reviewing correspondence from adversary regarding scheduling of briefing. | 0.30 |
| Fri. Oct 30, 2009 | | Reviewing correspondence from adversary to Court. | 0.30 |
| Mon. Feb 8, 2010 | | Reviewing adversary's petition for appeak | 2.00 |
| Tue. Feb 9, 2010 | | Reviewing petition to appeal in detail. | 2.50 |
| Tue. Feb 9, 2010 | | Reviewing relevant case law for brief. Researching legal issues. | 2.00 |
| Wed. Feb 10, 2010 | | Preparing backgroubnd of brief in opp to Rule 23f petition | 2.00 |
| Wed. Feb 10, 2010 | | Preparing argument section of brief in opp to Rule 23f petition. | 3.50 |

*Time for Selected File*                                                                                      *Summerfield, B. v. Equifax, No. 10-3575*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|---------------------------|-----------|
| Wed. Feb 10, 2010 | | Preparing introduction of brief in opp to Rule 23f petition. | 1.50 |
| Wed. Feb 10, 2010 | | Reviewing and revising brief. | 2.00 |
| Thu. Feb 11, 2010 | | Reviewing and revising brief in opposition to Rule 23f petition. | 1.50 |
| Fri. Feb 12, 2010 | | Further Reviewing and revising brief in opp to Rule 23f petition | 1.00 |
| Fri. Feb 12, 2010 | | Conferring with adversary regarding extending time to respond. | 0.50 |
| Fri. Feb 12, 2010 | | Conferring with Court regarding extending time to respond. | 0.50 |
| Fri. Feb 12, 2010 | | Preparing motion to extend time to respond. | 1.00 |
| Mon. Feb 15, 2010 | | Reviewing and revising brief in opp to Rule 23f petition. | 1.00 |
| Mon. Feb 15, 2010 | | Reviewing and revising appendix | 0.80 |

**Total Time:**    **87.30  Hrs**

## SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575

Time expended for:
**ERIN NOVAK**

1.50 Hours @ $305.00/hr.
$457.50 total

*Francis and Mailman*

**Erin Novak's Time Entry Report
for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|-------------------|--------------------------|-----------|
| Tue. May 22, 2007 | | | 0.20 |
| | | Comm w client | |
| Wed. May 23, 2007 | | | 0.60 |
| | | Comm w Sal Siciliano; review | |
| Wed. May 30, 2007 | | | 0.50 |
| | | File review | |
| Thu. Jun 21, 2007 | | | 0.20 |
| | | comm w client's son | |

**Total Time:** **1.50 Hrs**

**SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575**

Time expended for:
**DANIELLE SPANG**

19.80 Hours @ $175.00/hr.
$3,465.00 total

*Francis and Mailman*
**Danielle Spang's Time Entry Report**
**for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|---|---|---|---|
| Mon. Mar 10, 2008 | | drafting class complaint | 0.80 |
| Tue. May 27, 2008 | | searched for scheduling order -- so far, nothing | 0.40 |
| Mon. Jun 2, 2008 | | saving/calendaring Order for Scheduling Conference | 0.40 |
| Thu. Jun 5, 2008 | | comparing both Answers (1st and Amended) | 0.30 |
| Tue. Jul 8, 2008 | | emailed Koval re conf room for Klaer dep | 0.20 |
| Mon. Jul 14, 2008 | | sending subpoena | 0.20 |
| Fri. Jul 18, 2008 | | FU regarding subpoena<br>drafting dep notice | 0.40 |
| Wed. Jul 23, 2008 | | printing/calendaring scheduling order | 0.10 |
| Wed. Jul 30, 2008 | | helping JS draft responses to EQ's discovery requests | 1.00 |
| Mon. Aug 25, 2008 | | discussing emails from Perling w/ AB & JS | 0.20 |
| Tue. Aug 26, 2008 | | spoke w/ Carol Amplo regarding dep<br>Emailed Searles | 0.40 |
| Wed. Aug 27, 2008 | | emailed Perling req add'l time to answer his inquiries about Rogs<br>spoke w JYP re deposition rec'd dep transcript | 0.70 |
| Mon. Dec 8, 2008 | | Set up court reporter for Thursday's depositions<br>Sending documents to Cathey Sutton through Deb Puckett email addy | 0.40 |
| Thu. Dec 11, 2008 | | Let Deb Puckett & Assoc. Know of the change of address | 0.20 |

*Time for Selected File*                                                                *Summerfield, B. v. Equifax, No. 10-3575*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|---------------------------|-----------|
| Wed. Jan 21, 2009 | | | 0.30 |
| | | Emailing Dave Searles requesting transcript | |
| Thu. Jan 22, 2009 | | | 0.30 |
| | | FU on dep transcripts for GJG/JS | |
| Fri. Jan 23, 2009 | | | 0.20 |
| | | FU on dep transcripts -- we'll have them all by Monday | |
| Thu. Jan 29, 2009 | | | 0.80 |
| | | Helping GJG w Mot Class Cert -- table of authorities & exhibits | |
| Mon. Feb 2, 2009 | | | 2.00 |
| | | Helping GJG w Motion for Class Cert | |
| Tue. Feb 3, 2009 | | | 1.80 |
| | | Saving/printing Motion for Class Cert for GJG<br>getting 2 bound copies for GJG/JS<br>sending courtesy copy to Judge for JS<br>EOA for GJG | |
| Thu. Mar 19, 2009 | | | 0.30 |
| | | Sending letter to client for GG | |
| Thu. Jun 25, 2009 | | | 0.40 |
| | | Stipulation | |
| Wed. Jul 15, 2009 | | | 0.40 |
| | | Sending letter to Hendricks re expert report for JS | |
| Tue. Jul 21, 2009 | | | 0.90 |
| | | Printing/saving order - calendaring conference; Sending documents to Hendricks for Expert Report | |
| Fri. Jul 31, 2009 | | | 0.20 |
| | | Calling Judge Donio's Chambers for JS to FU on request to extend discovery | |
| Tue. Aug 4, 2009 | | | 0.40 |
| | | Organizing the file<br>Sending Hendricks EQ discovery responses | |
| Tue. Aug 11, 2009 | | | 0.40 |
| | | Drafting letter to send expert report for JS w/ CV<br>Sending same | |
| Wed. Aug 19, 2009 | | | 0.20 |
| | | Emailed expert to schedule dep | |
| Tue. Sep 22, 2009 | | | 0.30 |
| | | Booking train for GG<br>Saving Eq's Response re Authority | |
| Thu. Sep 24, 2009 | | | 0.20 |
| | | Sending JAF courtroom for hearing<br>Saving minutes from ECF | |
| Fri. Sep 25, 2009 | | | 0.20 |
| | | Sending invoice to Perling for GG | |

*Time for Selected File*                                                                          *Summerfield, B. v. Equifax, No. 10-3575*

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|-------------------|---------------------------|-----------|
| Mon. Oct 5, 2009 | | | 0.20 |
| | | Setting up today's conference call | |
| Wed. Oct 7, 2009 | | | 0.20 |
| | | Saving/calendaring order | |
| Mon. Nov 2, 2009 | | | 1.40 |
| | | Saving fax for GG<br>Filing brief for JS<br>Sending courtesy copy to Judge Rodriguez for JS | |
| Tue. Dec 1, 2009 | | | 0.20 |
| | | Printing/saving Def's objections to proposed notice | |
| Mon. Jan 4, 2010 | | | 0.20 |
| | | Printing/filing Memo & Order re Motion for Reconsideration | |
| Tue. Jan 5, 2010 | | | 0.50 |
| | | Calling Donio's chambers to confirm today's call<br>Calendaring today's conf call w court<br>Circulating email for JS requesting who will cover same<br>Printing docket & recent letters for this case for JS prep | |
| Wed. Jan 20, 2010 | | | 0.50 |
| | | Printing/saving EQ appeal to 3d Circuit | |
| Tue. May 11, 2010 | | | 0.20 |
| | | Calendaring Judge Donio's Order for phone status conf | |
| Mon. May 17, 2010 | | | 0.20 |
| | | Calendaring deadline to inform Court whether case settled for JS | |
| Fri. Jun 4, 2010 | | | 0.30 |
| | | Drafting letter to Judge Donio for JS | |
| Fri. Jun 25, 2010 | | | 0.50 |
| | | Drafting letter per JS instructions; Telephone call to The Honorable Joseph H. Rodriguez - No Answer; Telephone call to The Honorable Ann Marie Donio - No Answer; filing Letter and sending courtesy copies to both chambers via fedex | |
| Tue. Jul 13, 2010 | | | 0.20 |
| | | Saving/editing Motion to Transfer for JS | |
| Tue. Jul 20, 2010 | | | 0.20 |
| | | Saving/printing Consent Order transferring case to ED Pa for JS; sending copy to EAN | |

**Total Time:**   **19.80  Hrs**

<u>**SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575**</u>

Time expended for:
**TINA MASSA**

2.50 Hours @ $150.00/hr.
$375.00 total

*Francis and Mailman*
**Tina Massa's Time Entry Report**
**for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|---------------------------|-----------:|
| Fri. Mar 21, 2008 | | | 0.70 |
| | | Drafting cover sheets, summons and filing complaint | |
| Tue. May 12, 2009 | | | 1.00 |
| | | Drafting letter to Alice Summerfield and Carol Amplo re: deposition and representation | |
| Tue. Jul 13, 2010 | | | 0.60 |
| | | Discuss with JAF the ramifications of transferring case and settling with Chakejian and Webb cases | |
| Thu. Mar 17, 2011 | | | 0.20 |
| | | Edits to time entries for John Soumilas | |

**Total Time:**     **2.50  Hrs**

**SUMMERFIELD v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-3575**

Time expended for:
**DANIA RICHARDSON**

1.20 Hours @ $150.00/hr.
$180.00 total

*Francis and Mailman*
**Dania Richardson's Time Entry Report**
**for Selected File:**

**Summerfield, B. v. Equifax, No. 10-3575**

Client ID: Su009
Matter ID: Su009-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|-----------:|
| Wed. Jun 13, 2007 | | | 1.00 |
| | | Open File - | |
| Mon. Sep 8, 2008 | | | 0.20 |
| | | miscellaneous | |

**Total Time:**   **1.20  Hrs**

**WEBB v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-107**

Time expended for:
**JOHN SOUMILAS**

2.80 Hours @ $410.00/hr.
$1,148.00 total

*Francis and Mailman*

**John Soumilas's Time Entry Report**
**for Selected File:**

**WEBB: Soutter, et al. v. Equifax, No. 10-107**

Client ID: We013
Matter ID: We013-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|-----------:|
| Fri. Nov 6, 2009 | | | 0.20 |
| | | Internal email correspondence | |
| Mon. Nov 23, 2009 | | | 2.60 |
| | | Legal research re: case; internal strategy memo and e-mail to co-counsel. | |

**Total Time:**   **2.80  Hrs**

**WEBB v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-107**

Time expended for:
**ERIN NOVAK**

1.00 Hours @ $305.00/hr.
$305.00 total

*Francis and Mailman*

**Erin Novak's Time Entry Report**
**for Selected File:**

**WEBB: Soutter, et al. v. Equifax, No. 10-107**

Client ID: We013
Matter ID: We013-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|-----------:|
| Thu. Sep 10, 2009 | | | 1.00 |
| | | Conf re: claims and damages | |

**Total Time:** **1.00 Hrs**

<u>**WEBB v. EQUIFAX INFORMATION SERVICES, LLC, No. 10-107**</u>

Time expended for:
**DANIELLE SPANG**

1.70 Hours @ $175.00/hr.
$297.50 total

*Francis and Mailman*
**Danielle Spang's Time Entry Report**
**for Selected File:**

**WEBB: Soutter, et al. v. Equifax, No. 10-107**

Client ID: We013
Matter ID: We013-001

| Date | Task/Activity Code | Task/Activity Description | Time (hrs) |
|------|--------------------|--------------------------|-----------|
| Mon. Nov 9, 2009 | | | 0.40 |
| | | Sending information to Len Bennett for GHB/JAF | |
| Tue. Nov 10, 2009 | | | 0.40 |
| | | Sending add'l info to Len Bennett for GHB | |
| Wed. Feb 24, 2010 | | | 0.40 |
| | | Researching dockets -- not filed in VA | |
| Thu. May 20, 2010 | | | 0.20 |
| | | Updating Amicus - case filed | |
| Fri. May 21, 2010 | | | 0.30 |
| | | Printing/saving EQ MTV or Sever for GHB | |

**Total Time:** **1.70 Hrs**