# EXHIBIT B

# IN RE: EQUIFAX (Chakejian) LITIGATION

EXPENSE REPORT
**DONOVAN SEARLES, LLC**
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103

| Description | Cumulative Total |
|---|---:|
| Case Expenses | $12.95 |
| Reproduction/Copies | $129.00 |
| Legal Research (WestLaw) | $2,075.00 |
| Research Materials | $104.38 |
| Notice Costs | $3,930.59 |
| Meals, Hotels, Trans. | $617.45 |
| Courier | $14.85 |
| Transcripts | $549.73 |
|  |  |
| **TOTAL EXPENSES** | $7,433.95 |

3/15/2011          Donovan Searles, LLC
1:00 PM           Slip Listing                        Page   1

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client | Units | Rate | Slip Value |
|---|---|---|---|---|
| **Activity: $Case Expenses** | | | | |
| 45495    EXP<br>  10/16/2009<br>  WIP<br>  Case Expenses - Email costs | DAS<br>$Case Expenses<br>Equifax - Chakejian | 1 | 12.95 | 12.95 |
| Total: $Case Expenses | | | | |
| | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 12.95<br>0.00<br>12.95 |
| **Activity: $Copying** | | | | |
| 44716    EXP<br>  8/13/2009<br>  WIP<br>  In-house copying documents in preparation for deposition | DAS<br>$Copying<br>Equifax - Chakejian | 132 | 0.25 | 33.00 |
| Total: $Copying | | | | |
| | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 33.00<br>0.00<br>33.00 |
| **Activity: $Courier** | | | | |
| 42620    EXP<br>  10/28/2008<br>  WIP<br>  One Hour Messenger courier charges | DAS<br>$Courier<br>Equifax - Chakejian | 1 | 4.95 | 4.95 |
| 44194    EXP<br>  5/20/2009<br>  WIP<br>  One Hour Messenger courier charges | DAS<br>$Courier<br>Equifax - Chakejian | 1 | 4.95 | 4.95 |
| 50462    EXP<br>  6/10/2009<br>  WIP<br>  One Hour Messenger courier charges | DAS<br>$Courier<br>Equifax - Chakejian | 1 | 4.95 | 4.95 |
| Total: $Courier | | | | |
| | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 14.85<br>0.00<br>14.85 |
| **Activity: $In-house copy** | | | | |
| 44711    EXP<br>  8/13/2009<br>  WIP<br>  In-house copying documents in preparation for deposition | DAS<br>$In-house copy<br>Equifax - Chakejian | 125 | 0.25 | 31.25 |

3/15/2011  
1:00 PM

Donovan Searles, LLC  
Slip Listing

Page   2

| Slip ID<br>Dates and Time<br>Status<br>Description | | Timekeeper<br>Activity<br>Client | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 50494<br>2/28/2011<br>WIP<br>In-house copying charges | EXP | DAS<br>$In-house copy<br>Equifax - Chakejian | 259 | 0.25 | 64.75 |

Total: $In-house copy

| | | | | | |
|---|---|---|---|---|---|
| | | Billable | 0.00 | | 96.00 |
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 96.00 |

Activity: $Notice Costs

| 50486<br>3/2/2010<br>WIP<br>Notice Administration Costs to Strategic Claim Services | EXP | DAS<br>$Notice Costs<br>Equifax - Chakejian | 1 | 3930.59 | 3930.59 |
|---|---|---|---|---|---|

Total: $Notice Costs

| | | Billable | 0.00 | | 3930.59 |
|---|---|---|---|---|---|
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 3930.59 |

Activity: $Research Materials

| 44887<br>8/25/2009<br>WIP<br>Research Materials | EXP | DAS<br>$Research Materials<br>Equifax - Chakejian | 1 | 104.38 | 104.38 |
|---|---|---|---|---|---|

Total: $Research Materials

| | | Billable | 0.00 | | 104.38 |
|---|---|---|---|---|---|
| | | Unbillable | 0.00 | | 0.00 |
| | | Total | 0.00 | | 104.38 |

Activity: $Transcripts

| 44797<br>7/28/2009<br>WIP<br>Charges for Subpoena services | EXP | DAS<br>$Transcripts<br>Equifax - Chakejian | 1 | 55.00 | 55.00 |
|---|---|---|---|---|---|
| 44795<br>8/19/2009<br>WIP<br>videotape deposition charges from Huseby Inc for deposition of Perling | EXP | DAS<br>$Transcripts<br>Equifax - Chakejian | 1 | 195.00 | 195.00 |
| 45061<br>8/31/2009<br>WIP<br>Transcript charges from Huseby Inc. Atlanta | EXP | DAS<br>$Transcripts<br>Equifax - Chakejian | 1 | 299.73 | 299.73 |

Total: $Transcripts

| | | Billable | 0.00 | | 549.73 |
|---|---|---|---|---|---|

| 3/15/2011<br>1:00 PM | Donovan Searles, LLC<br>Slip Listing | | | Page 3 |
|---|---|---|---|---|
| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client | Units | Rate | Slip Value |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 549.73 |

Activity: $Trav,Food,Lod

| 43994                EXP<br>5/27/2009<br>WIP<br>Miles driven to Norristown 45 x .55 | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 24.75 | 24.75 |
|---|---|---|---|---|
| 44224                EXP<br>6/5/2009<br>WIP<br>Cab for depositions | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 14.00 | 14.00 |
| 44226                EXP<br>6/11/2009<br>WIP<br>Cabs to Court | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 20.00 | 20.00 |
| 44878                EXP<br>8/18/2009<br>WIP<br>Trip to Atlanta for deposition - Airfaire 230.97; hotel 117.80; meals 13.93; parking 18.50; cabs 40 | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 421.19 | 421.19 |
| 45610                EXP<br>11/18/2009<br>WIP<br>meals | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 22.08 | 22.08 |
| 48496                EXP<br>4/8/2010<br>WIP<br>Lunch Meeting | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 53.00 | 53.00 |
| 48536                EXP<br>4/20/2010<br>WIP<br>Lunch meeting Francis & Mailman | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 6.45 | 6.45 |
| 48976                EXP<br>6/8/2010<br>WIP<br>6/3 Lunch meeting 6.50; 6/7 cab to/from Court $20; 6/8 cab $21 meals $8.48 | DAS<br>$Trav,Food,Lod<br>Equifax - Chakejian | 1 | 55.98 | 55.98 |

Total: $Trav,Food,Lod

| | Billable | 0.00 | | 617.45 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 617.45 |

Activity: $WestLaw

| 50470                EXP<br>10/31/2008<br>WIP<br>WestLaw legal research fees for the month of October 2008 | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 200.00 | 200.00 |
|---|---|---|---|---|

| 3/15/2011 | Donovan Searles, LLC | | | |
| --- | --- | --- | --- | --- |
| 1:00 PM | Slip Listing | | Page | 4 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | | Timekeeper<br>Activity<br>Client | Units | Rate | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 50471<br>12/31/2008<br>WIP<br>WestLaw legal research fees for the month of<br>December 2008 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 200.00 | 200.00 |
| 50472<br>6/30/2009<br>WIP<br>WestLaw legal research fees for the month of<br>June 2009 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 225.00 | 225.00 |
| 50473<br>7/31/2009<br>WIP<br>WestLaw legal research fees for the month of<br>July 2009 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 225.00 | 225.00 |
| 50474<br>9/30/2009<br>WIP<br>WestLaw legal research fees for the month of<br>September 2009 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 225.00 | 225.00 |
| 50475<br>3/31/2010<br>WIP<br>WestLaw legal research fees for the month of<br>March 2010 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 250.00 | 250.00 |
| 50476<br>4/30/2010<br>WIP<br>WestLaw legal research fees for the month of<br>April 2010 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 250.00 | 250.00 |
| 50477<br>5/31/2010<br>WIP<br>WestLaw legal research fees for the month of<br>May 2010 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 250.00 | 250.00 |
| 50478<br>6/30/2010<br>WIP<br>WestLaw legal research fees for the month of<br>June 2010 | EXP | DAS<br>$WestLaw<br>Equifax - Chakejian | 1 | 250.00 | 250.00 |

Total: $WestLaw

| | | | |
| --- | --- | --- | --- |
| | Billable | 0.00 | 2075.00 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 2075.00 |

Grand Total

| | | | |
| --- | --- | --- | --- |
| | Billable | 0.00 | 7433.95 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 7433.95 |

# IN RE: EQUIFAX (Summerfield) LITIGATION

### EXPENSE REPORT
### DONOVAN SEARLES, LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA  19103

| Description | Cumulative Total |
|---|---:|
| Witness Fees | $45.00 |
| Reproduction/Copies | $56.50 |
| Legal Research (WestLaw) | $1,325.00 |
| Express Mail | $15.19 |
| Meals, Hotels, Trans. | $435.19 |
| Courier | $4.95 |
| Transcripts | $1,488.73 |
| Research Materials | $104.38 |
| Teleconferencing Services | $12.95 |
| Filing Fee(s) | $336.00 |
|  |  |
| **TOTAL EXPENSES** | $3,823.89 |

| 3/15/2011 | Donovan Searles, LLC | | | |
|---|---|---|---|---|
| 12:59 PM | Slip Listing | | | Page   1 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client | Units | Rate | Slip Value |
|---|---|---|---|---|
| **Activity: $Courier** | | | | |
| 50489                               EXP<br>  6/14/2009<br>  WIP<br>  One Hour Messenger courier charges | DAS<br>$Courier<br>Equifax (Summerfield) | 1 | 4.95 | 4.95 |
| Total: $Courier | | | | |
| | Billable | 0.00 | | 4.95 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 4.95 |
| **Activity: $Express Mail** | | | | |
| 44677                               EXP<br>  7/21/2009<br>  WIP<br>  Fed Ex shipping charges | DAS<br>$Express Mail<br>Equifax (Summerfield) | 1 | 15.19 | 15.19 |
| Total: $Express Mail | | | | |
| | Billable | 0.00 | | 15.19 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 15.19 |
| **Activity: $Filing Fee** | | | | |
| 50490                               EXP<br>  7/25/2008<br>  WIP<br>  Filing fee for Pro Hac | DAS<br>$Filing Fee<br>Equifax (Summerfield) | 1 | 186.00 | 186.00 |
| 42225                               EXP<br>  10/9/2008<br>  WIP<br>  Fee to NJ Fund required for handling case in NJ | DAS<br>$Filing Fee<br>Equifax (Summerfield) | 1 | 150.00 | 150.00 |
| Total: $Filing Fee | | | | |
| | Billable | 0.00 | | 336.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 336.00 |
| **Activity: $In-house copy** | | | | |
| 50495                               EXP<br>  2/28/2011<br>  WIP<br>  In-house copying charges | DAS<br>$In-house copy<br>Equifax (Summerfield) | 226 | 0.25 | 56.50 |
| Total: $In-house copy | | | | |
| | Billable | 0.00 | | 56.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 56.50 |

| 3/15/2011 | Donovan Searles, LLC | | | |
| 12:59 PM | Slip Listing | | Page | 2 |

| Slip ID<br>  Dates and Time<br>  Status<br>  Description | Timekeeper<br>Activity<br>Client | Units | Rate | Slip Value |
|---|---|---|---|---|
| **Activity: $Research Materials** | | | | |
| 44886                    EXP<br>  8/25/2009<br>  WIP<br>  Research Materials | DAS<br>$Research Materials<br>Equifax (Summerfield) | 1 | 104.38 | 104.38 |
| Total: $Research Materials | | | | |
| | Billable | 0.00 | | 104.38 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 104.38 |
| **Activity: $Teleconferencing Services** | | | | |
| 50491                    EXP<br>  10/15/2009<br>  WIP<br>  Conferencing services | DAS<br>$Teleconferencing Ser<br>Equifax (Summerfield) | 1 | 12.95 | 12.95 |
| Total: $Teleconferencing Services | | | | |
| | Billable | 0.00 | | 12.95 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 12.95 |
| **Activity: $Transcripts** | | | | |
| 44799                    EXP<br>  6/5/2009<br>  WIP<br>  Transcript charges from TSG reporting -<br>  Deposition of Amplo, Carol/Summerfield, Alice | DAS<br>$Transcripts<br>Equifax (Summerfield) | 1 | 939.00 | 939.00 |
| 44798                    EXP<br>  7/28/2009<br>  WIP<br>  Charges for Subpoena services | DAS<br>$Transcripts<br>Equifax (Summerfield) | 1 | 55.00 | 55.00 |
| 44796                    EXP<br>  8/19/2009<br>  WIP<br>  videotape deposition charges from Huseby Inc<br>  for deposition of L. Perling | DAS<br>$Transcripts<br>Equifax (Summerfield) | 1 | 195.00 | 195.00 |
| 45062                    EXP<br>  8/31/2009<br>  WIP<br>  Transcript charges from Huseby Inc. Atlanta | DAS<br>$Transcripts<br>Equifax (Summerfield) | 1 | 299.73 | 299.73 |
| Total: $Transcripts | | | | |
| | Billable | 0.00 | | 1488.73 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 1488.73 |
| **Activity: $Trav,Food,Lod** | | | | |
| 50488                    EXP<br>  6/15/2009<br>  WIP<br>  Cabs to deposition | DAS<br>$Trav,Food,Lod<br>Equifax (Summerfield) | 1 | 14.00 | 14.00 |

| | | | | |
|---|---|---|---|---|
| 3/15/2011 | | Donovan Searles, LLC | | |
| 12:59 PM | | Slip Listing | | Page    3 |

| Slip ID | | Timekeeper | | | |
| Dates and Time | | Activity | | | |
| Status | | Client | | | |
| Description | | | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 44879 | EXP | DAS | 1 | 421.19 | 421.19 |
| 8/18/2009 | | $Trav,Food,Lod | | | |
| WIP | | Equifax (Summerfield) | | | |
| Trip to Atlanta for deposition - Airfaire 230.97; hotel 117.80; meals 13.93; parking 18.50; cabs 40 | | | | | |

Total: $Trav,Food,Lod

| | Billable | 0.00 | 435.19 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 435.19 |

Activity: $WestLaw

| Slip ID / Dates / Status / Description | | Timekeeper / Activity / Client | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| 50479 | EXP | DAS | 1 | 200.00 | 200.00 |
| 10/31/2008 | | $WestLaw | | | |
| WIP | | Equifax (Summerfield) | | | |
| WestLaw legal research fees for the month of October 2008 | | | | | |
| 50480 | EXP | DAS | 1 | 200.00 | 200.00 |
| 12/31/2008 | | $WestLaw | | | |
| WIP | | Equifax (Summerfield) | | | |
| WestLaw legal research fees for the month of December 2008 | | | | | |
| 50481 | EXP | DAS | 1 | 225.00 | 225.00 |
| 6/30/2009 | | $WestLaw | | | |
| WIP | | Equifax (Summerfield) | | | |
| WestLaw legal research fees for the month of June 2009 | | | | | |
| 50482 | EXP | DAS | 1 | 225.00 | 225.00 |
| 7/31/2009 | | $WestLaw | | | |
| WIP | | Equifax (Summerfield) | | | |
| WestLaw legal research fees for the month of July 2009 | | | | | |
| 50483 | EXP | DAS | 1 | 225.00 | 225.00 |
| 9/30/2009 | | $WestLaw | | | |
| WIP | | Equifax (Summerfield) | | | |
| WestLaw legal research fees for the month of September 2009 | | | | | |
| 50484 | EXP | DAS | 1 | 250.00 | 250.00 |
| 3/31/2010 | | $WestLaw | | | |
| WIP | | Equifax (Summerfield) | | | |
| WestLaw legal research fees for the month of March 2010 | | | | | |

Total: $WestLaw

| | Billable | 0.00 | 1325.00 |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | 1325.00 |

| | | | | |
|---|---|---|---|---|
| 3/15/2011 | | Donovan Searles, LLC | | |
| 12:59 PM | | Slip Listing | | Page    4 |

| Slip ID<br>　Dates and Time<br>　Status<br>　Description | Timekeeper<br>Activity<br>Client | Units | Rate | Slip Value |
|---|---|---|---|---|
| **Activity: $Witness Fees** | | | | |
| 50487                      EXP<br>　7/16/2009<br>　WIP<br>　Witness fees | DAS<br>$Witness Fees<br>Equifax (Summerfield) | 1 | 45.00 | 45.00 |
| Total: $Witness Fees | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 45.00<br>0.00<br>45.00 |
| Grand Total | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 3823.89<br>0.00<br>3823.89 |