# EXHIBIT E

The National Law Journal

Vol. 30, No. 15

Copyright 2007 by American Lawyer Media, ALM, LLC

December 10, 2007

In Focus: Billing

A NATIONWIDE SAMPLING OF LAW FIRM BILLING RATES

The National Law Journal asked the respondents to its 2007 survey of the nation's 250 largest law firms to provide a range of hourly billing rates for partners and associates. The firms that supplied this information -- including some firms that are not in the NLJ 250 -- are listed below in alphabetical order. We also asked firms to provide average and median billing rates, and several complied. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office.

ABC

Adams and Reese (256) (New Orleans)
Partners $225-$500 (average $305) (median $300)
Associates $165-$255 (average $198) (median $197)
Firmwide (average $278) (median $275)

Andrews Kurth (396) (Houston)
Partners $400-$795
Associates $210-$460

Arent Fox (329) (Washington)
Partners $395-$675
Associates $240-$440

Armstrong Teasdale (279) (St. Louis)
Partners $295-$450
Associates $165-$295

Baker, Donelson, Bearman, Caldwell & Berkowitz (523) (Memphis, Tenn.)
Partners $230-$525 (average $325) (median $320)
Associates $160-$315 (average $205) (median $200)
Firmwide (average $280) (median $270)

Barnes & Thornburg (440) (Indianapolis)
Partners $265-$485 (average $350) (median $355)
Associates $180-$295 (average $225) (median $220)
Firmwide (average $302) (median $310)

Bass, Berry & Sims (217) (Nashville, Tenn.)
Partners $300-$575
Associates $180-$285

Best Best & Krieger (195) (Riverside, Calif.)
Partners $290-$495 (average $275) (median $390)
Associates $160-$350 (average $203) (median $235)
Firmwide (average $212) (median $265)

Bond, Schoeneck & King (167) (Syracuse, N.Y.)
Partners $200-$435 (average $294) (median $295)
Associates $140-$250 (average $179) (median $175)
Firmwide (average $253) (median $300)

Bradley Arant Rose & White (242) (Birmingham, Ala.)
Partners $240-$520 (average $335) (median $330)
Associates $180-$280 (average $211) (median $205)
Firmwide (average $258) (median $260)

Briggs and Morgan (178) (Minneapolis)
Partners $250-$500 (average $391) (median $395)
Associates $195-$325 (average $233) (median $230)
Firmwide (average $344) (median $350)

Brinks Hofer Gilson & Lione (158) (Chicago)
Partners $300-$650 (average $479) (median $485)
Associates $180-$410 (average $273) (median $250)
Firmwide (average $365) (median $350)

Broad and Cassel (175) (Orlando, Fla.)
Partners $250-$450 (average $361) (median $360)
Associates $165-$310 (average $232) (median $225)
Firmwide (average $294) (median $275)

Brownstein Hyatt Farber Schreck (177) (Denver)
Partners $260-$675 (average $373) (median $390)
Associates $170-$270 (average $219) (median $217.5)
Firmwide (average $308) (median $325)

Bryan Cave (847) (St. Louis)
Partners $320-$695 (average $493) (median $490)
Associates $165-$495 (average $295) (median $295)
Firmwide (average $394) (median $375)

Buchanan Ingersoll & Rooney (561) (Pittsburgh)
Partners $320-$750
Associates $150-$460

Bullivant Houser Bailey (160) (Portland, Ore.)
Partners $225-$500 (average $285) (median $275)
Associates $150-$350 (average $240) (median $220)
Firmwide (average $260) (median $250)

Burr & Forman (182) (Birmingham, Ala.)
Partners $250-$470 (average $340)
Associates $175-$305 (average $235)

Butzel Long (232) (Detroit)
Partners $210-$575
Associates $155-$350

Carlton Fields (259) (Tampa, Fla.)
Partners $280-$600 (average $406) (median $405)
Associates $190-$375 (average $243) (median $245)
Firmwide (average $312) (median $300)

Cooley Godward Kronish (567) (Palo Alto, Calif.)
Partners $470-$875
Associates $250-$555

Covington & Burling (608) (Washington)
Partners $510-$800
Associates $240-$525

Cozen O'Connor (476) (Philadelphia)
Partners $230-$750 (average $420) (median $425)
Associates $155-$530 (average $283) (median $280)
Firmwide (average $350) (median $340)

Curtis, Mallet-Prevost, Colt & Mosle (221) (New York)
Partners $635-$735 (average $666) (median $685)
Associates $280-$560 (average $361) (median $360)
Firmwide (average $396) (median $480)

DEF

Davis Wright Tremaine (449) (Seattle)
Partners $300-$695 (average $430) (median $422)
Associates $170-$390 (average $257) (median $250)
Firmwide (average $375) (median $375)

Day Pitney (400) (Florham Park, N.J.)
Partners $350-$650 (average $472) (median $465)
Associates $210-$525 (average $306) (median $310)
Firmwide (average $374) (median $375)

Dickinson Wright (234) (Detroit)
Partners $260-$530
Associates $170-$275

Dickstein Shapiro (388) (Washington)
Partners $425-$825 (average $552) (median $550)
Associates $225-$440 (average $336) (median $360)
Firmwide (average $438) (median $425)

Dinsmore & Shohl (316) (Cincinnati)
Partners $235-$475 (average $342) (median $340)
Associates $155-$285 (average $199) (median $190)
Firmwide (average $275) (median $250)

Dorsey & Whitney (649) (Minneapolis)
Partners $220-$750 (average $463) (median $463)
Associates $145-$470 (average $274) (median $260)
Firmwide (average $375) (median $365)

Duane Morris (612) (Philadelphia)
Partners $315-$705 (average $475) (median $470)
Associates $150-$465 (average $310) (median $305)
Firmwide (average $416) (median $415)

Dykema Gossett (338) (Detroit)
Partners $245-$625 (average $403)
Associates $185-$390 (average $272)

Edwards Angell Palmer & Dodge (564) (Boston)
Partners $350-$700 (average $515) (median $513)
Associates $170-$450 (average $293) (median ($280)
Firmwide (average $407) (median $400)

Epstein Becker & Green (384) (New York)
Partners $280-$675 (average $471) (median $475)
Associates $155-$440 (average $290) (median $280)
Firmwide (average $380) (median $395)

Fenwick & West (223) (Mountain View, Calif.)
Partners $500-$775 (average $590) (median $600)
Associates $245-$500 (average $360) (median $370)
Firmwide (average $395) (median $410)

Foley & Lardner (1,011) (Milwaukee)
Partners (average $550) (median $550)
Associates (average $387) (median $375)
Firmwide $185-$855 (average $476) (median $475)

Ford & Harrison (190) (Atlanta)
Partners $325-$560
Associates $210-$395

Fowler White Boggs Banker (209) (Tampa, Fla.)
Partners $230-$500 (average $345) (median $340)
Associates $150-$325 (average $217) (median $210)
Firmwide (average $303) (median $300)

Fox Rothschild (417) (Philadelphia)
Partners $240-$595
Associates $190-$440

Frost Brown Todd (360) (Cincinnati)
Partners $225-$455 (average $303) (median $295)
Associates $145-$255 (average $180) (median $170)
Firmwide (average $256) (median $255)

GHI

Gardere Wynne Sewell (284) (Dallas)
Partners $350-$715 (average $472) (median $475)
Associates $220-$425 (average $292) (median $265)
Firmwide (average $405) (median $405)

Gray Robinson (205) (Orlando, Fla.)
Partners $175-$500 (average $319)
Associates $250 (average $198)
Firmwide (average $224)

Greenberg Traurig (1,766) (New York)
Partners $300-$1,000 (average $490) (median $500)
Associates $175-$505 (average $311) (median $310)
Firmwide (average $407) (median $415)

Harris Beach (184) (Rochester, N.Y.)
Partners $250-$475
Associates $140-$275

Hiscock & Barclay (172) (Syracuse, N.Y.)
Partners $220-$375 (average $278) (median $280)
Associates $160-$250 (average $185) (median $180)
Firmwide (average $245) (median $250)

Hodgson Russ (229) (Buffalo, N.Y.)
Partners $215-$645 (average $337) (median $350)
Associates $155-$395 (average $219) (median $205)
Firmwide (average $254) (median $250)

Hogan & Hartson (1,092) (Washington)
Partners $300-$850 (average $600) (median $590)
Associates $150-$525 (average $385) (median $370)
Firmwide (average $490)

Holland & Hart (347) (Denver)
Partners $275-$585 (average $388) (median $385)
Associates $165-$345 (average $269) (median $275)
Firmwide (average $335) (median $335)

Holme Roberts & Owen (224) (Denver)
Partners $285-$635 (average $412) (median $410)
Associates $195-$420 (average $284) (median $265)
Firmwide (average $353) (median $345)

Howard Rice Nemerovski Canady Falk & Rabkin (114) (San Francisco)
Partners $495-$775
Associates $275-$485

Hughes Hubbard & Reed (343) (New York)
Partners $595-$825
Associates $240-$560

Husch & Eppenberger (332) (St. Louis)
Partners $190-$425 (average $297) (median $295)
Associates $130-$260 (average $179) (median $175)
Firmwide (average $248) (median $245)

JKL

Jackson Lewis (416) (White Plains, N.Y.)
Partners $235-$575
Associates $210-$450

Jenner & Block (495) (Chicago)
Partners $450-$900 (average $562) (median $525)
Associates $275-$425 (average $327) (median $325)

Jones, Walker, Waechter, Poitevent, Carrere & Denegre (230)
(New Orleans)
Partners $210-$600
Associates $150-$225

Kelley Drye & Warren (390) (New York)
Partners $400-$800
Associates $255-$500

Knobbe, Martens, Olson & Bear (208) (Irvine, Calif.)
Partners $340-$645
Associates $215-$420

Lane Powell (175) (Seattle)
Partners $300-$515 (average $370) (median $370)
Associates $205-$300 (average $255) (median $255)
Firmwide (average $345) (median $345)

Lathrop & Gage (271) (Kansas City, Mo.)
Partners $225-$450 (average $300) (median $300)
Associates $140-$300 (average $185) (median $185)
Firmwide (average $215) (median $260)

Leonard, Street and Deinard (199) (Minneapolis)
Partners $300-$500
Associates $185-$300

Lewis, Rice & Fingersh (165) (St. Louis)
Partners $240-$425
Associates $130-$295

Lindquist & Vennum (174) (Minneapolis)
Partners $260-$500
Associates $165-$260

Locke Liddell & Sapp (421) (Dallas)
Partners $375-$900 (average $488) (median $490)
Associates $190-$390 (average $281) (median $280)
Firmwide (average $399) (median $425)

Loeb & Loeb (280) (Los Angeles)
Partners $425-$875 (average $606) (median $600)
Associates $240-$500 (average $384) (median $400)
Firmwide (average $505) (median $500)

Lord, Bissell & Brook (290) (Chicago)
Partners $335-$690 (average $473) (median $475)
Associates $200-$410 (average $299) (median $300)
Firmwide (average $410) (median $415)

Lowenstein Sandler (271) (Roseland, N.J.)
Partners $380-$725
Associates $205-$395

Luce, Forward, Hamilton & Scripps (186) (San Diego)
Partners $325-$725 (average $465) (median $475)
Associates $220-$450 (average $281) (median $280)
Firmwide (average $381) (median $395)

MNO

Manatt, Phelps & Phillips (320) (Los Angeles)
Partners $520-$785 (average $600) (median $590)
Associates $265-$480 (average $395) (median $415)
Firmwide (average $518) (median $550)

Marshall, Dennehey, Warner, Coleman & Goggin (379) (Philadelphia)
Partners $135-$400
Associates $120-$300

McCarter & English (400) (Newark, N.J.)
Partners $325-$650
Associates $205-$395

McElroy, Deutsch, Mulvaney & Carpenter (238) (Morristown, N.J.)
Partners $295-$450 (average $250) (median $235)
Associates $135-$225 (average $180) (median $165)
Firmwide (average $195) (median $215)

McKee Nelson (224) (New York)
Partners $635-$920 (average $760) (median $755)
Associates $375-$595 (average $446) (median $455)
Firmwide (average $489) (median $475)

Michael Best & Friedrich (224) (Milwaukee)
Partners $225-$550 (average $363) (median $350)
Associates $185-$300 (average $234) (median $235)
Firmwide (average $321) (median $325)

Miles & Stockbridge (212) (Baltimore)
Partners $315-$535 (average $397)
Associates $205-$405 (average $260)

Miller, Canfield, Paddock and Stone (378) (Detroit)
Partners $265-$595 (average $400) (median $400)
Associates $160-$340 (average $225) (median $220)
Firmwide (average $285) (median $335)

Miller & Martin (185) (Chattanooga, Tenn.)
Partners $230-$580 (average $338) (median $340)
Associates $160-$295 (average $201) (median $195)
Firmwide (average $306) (median $320)

Montgomery, McCracken, Walker & Rhoads (136) (Philadelphia)
Partners $320-$575 (average $419)
Associates $195-$320 (average $260)
Firmwide (average $360)

Moore & Van Allen (284) (Charlotte, N.C.)
Partners $265-$765
Associates $175-$330

Morgan, Lewis & Bockius (1,384) (Philadelphia)
Partners $375-$850
Associates $200-$575

Morris, Manning & Martin (170) (Atlanta)
Partners $350-$625 (average $436) (median $395)
Associates $180-$400 (average $285) (median $310)
Firmwide (average $380) (median $440)

Nexsen Pruet Adams Kleemeier (171) (Columbia, S.C.)
Partners $220-$420
Associates $150-$250

Ogletree, Deakins, Nash, Smoak & Stewart (392) (Greenville, S.C.)
Partners $270-$575 (average $348)
Associates $200-$360 (average $256)
Firmwide (average $312)

PQR

Patton Boggs (518) (Washington)
Partners $320-$920 (average $536) (median $525)
Associates $205-$520 (average $375) (median $385)
Firmwide (average $456) (median $455)

Pepper Hamilton (500) (Philadelphia)
Partners $335-$750
Associates $200-$425

Perkins Coie (619) (Seattle)
Partners $205-$805
Associates $145-$500

Phelps Dunbar (280) (New Orleans)
Partners $170-$450 (average $243)
Associates $130-$205 (average $174) (median $175)
Firmwide (average $184)

Phillips Lytle (173) (Buffalo, N.Y.)
Partners $245-$435 (average $309) (median $300)
Associates $140-$300 (average $205) (median $205)
Firmwide (average $223) (median $215)

Polsinelli Shalton Flanigan Suelthaus (316) (Kansas City, Mo.)
Partners $250-$600
Associates $175-$250

Quarles & Brady (472) (Milwaukee)
Partners $260-$575 (average $377) (median $375)
Associates $185-$335 (average $233) (median $235)
Firmwide (average $319) (median $325)

Reed Smith (1,447) (Pittsburgh)
Partners $350-$825 (average $558) (median $525)
Associates $200-$510 (average $374) (median $350)
Firmwide (average $395) (median $385)

Robinson & Cole (209) (Hartford, Conn.)
Partners $340-$575 (average $424) (median $420)
Associates $200-$325 (average $295) (median $280)
Firmwide (average $328) (median $330)

Roetzel & Andress (221) (Akron, Ohio)
Partners $210-$460 (average $302) (median $300)
Associates $110-$275 (average $198) (median $200)
Firmwide (average $264) (median $260)

Rutan & Tucker (149) (Costa Mesa, Calif.)
Partners $335-$600
Associates $210-$350

STU

Saul Ewing (247) (Philadelphia)
Partners $315-$750 (average $426) (median $415)
Associates $180-$485 (average $273) (median $255)
Firmwide (average $357) (median $365)

Schnader Harrison Segal & Lewis (184) (Philadelphia)
Partners $240-$750
Associates $175-$385

Schulte Roth & Zabel (461) (New York)
Partners $650-$850 (average $724) (median $745)
Associates $235-$585 (average $435) (median $440)

Sheppard, Mullin, Richter & Hampton (428) (Los Angeles)
Partners $425-$795
Associates $260-$550

Shughart Thomson & Kilroy (172) (Kansas City, Mo.)
Partners $235-$475
Associates $160-$225

Shumaker, Loop & Kendrick (171) (Toledo, Ohio)
Partners $200-$465 (average $311) (median $305)
Associates $180-$360 (average $221) (median $220)
Firmwide (average $289) (median $300)

Sills Cummis Epstein & Gross (178) (Newark, N.J.)
Partners $350-$650
Associates $195-$375

Smith, Gambrell & Russell (185) (Atlanta)
Partners $250-$575
Associates $175-$345

Snell & Wilmer (438) (Phoenix)
Partners $275-$675 (average $390)
Associates $170-$390 (average $248)

Steptoe & Johnson PLLC (180) (Clarksburg, W.Va.)
Partners $200-$325
Associates $170-$250

Stinson Morrison Hecker (352) (Kansas City, Mo.)
Partners $230-$600 (average $333) (median $365)
Associates $175-$250 (average $207) (median $225)
Firmwide (average $295) (median $285)

Stoel Rives (342) (Portland, Ore.)
Partners $275-$500 (average $379) (median $375)
Associates $160-$350 (average $231) (median $230)
Firmwide (average $324) (median $330)

Strasburger & Price (178) (Dallas)
Partners $225-$560 (average $367) (median $363)
Associates $200-$395 (average $234) (median $223)
Firmwide (average $326) (median $322)

Sullivan & Worcester (170) (Boston)
Partners $415-$700 (average $550) (median $540)
Associates $245-$420 (average $309) (median $290)
Firmwide (average $438) (median $440)

Sutherland Asbill & Brennan (511) (Atlanta)
Partners $375-$715 (average $511) (median $500)
Associates $215-$415 (average $292) (median $280)
Firmwide (average $335) (median $305)

Thacher Proffitt & Wood (310) New York)
Partners $525-$785 (average $674) (median $700)
Associates $275-$495 (average $353) (median $365)
Firmwide (average $428) median $395)

Thompson Coburn (320) (St. Louis)
Partners $265-$580
Associates $170-$370

Thompson & Knight (414) (Dallas)
Partners $370-$730 (average $496) (median $485)
Associates $205-$370 (average $295) median $310)
Firmwide (average $415) (median $400)

Ulmer & Berne (174) (Cleveland)
Partners $240-$470 (average $343)
Associates $165-$290 (average $212)
Firmwide (average $280)

VW

Vedder, Price, Kaufman & Kammholz (255) (Chicago)
Partners $335-$650 (average $430) (median $425)
Associates $205-$410 (average $281) (median $370)
Firmwide (average $372) (median $365)

Wiggin and Dana (146) (New Haven, Conn.)
Partners $295-$590
Associates $195-$350

Williams Mullen (314) (Richmond, Va.)
Partners $300-$600
Associates $205-$425

Wilmer Cutler Pickering Hale and Dorr (1,051) (Washington)
Partners $475-$1,000
Associates $215-$495

Winstead (306) (Dallas)
Partners $345-$620
Associates $180-$360

Winston & Strawn (912) (Chicago)
Partners $400-$845 (average $608 capital partner/$515 income partner)
(median $640 capital partner/$585 income partner)
Associates $200-$590 (average $365) (median $395)
Firmwide (average $455) (median $523)

Womble Carlyle Sandridge & Rice (510) (Winston-Salem, N.C.)
Partners $290-$575 (average $426) (median $425)
Associates $195-$370 (average $268) (median $265)
Firmwide (average $355) (median $360)


12/10/2007 NLJ B2, (Col. 1)

END OF DOCUMENT

                        Copyright   2008 The New York Law Pub. Co.