## CERTIFICATE OF SERVICE

I, James A. Francis, hereby certify that, on this date, I caused a true and correct copy of the foregoing Motion for Award for Attorney's Fees and Costs and Award to Representative Plaintiffs to be served by way of ECF Notification upon the following Counsel:

>Lewis P. Perling, Esquire
>Barry Goheen, Esquire
>KING & SPALDING LLP
>1180 Peachtree Street
>Atlanta GA 30309-3521

**FRANCIS & MAILMAN, P.C.**

BY: */s/ JAMES A. FRANCIS*
JAMES A. FRANCIS
Attorney for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

DATE: March 18, 2011