# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD CHAKEJIAN,<br><br>       **Plaintiff,**<br><br>    **v.**<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>       **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No. 07-2211**

**CLASS ACTION**

## SUPPLEMENTAL CERTIFICATION/DECLARATION OF CLASS COUNSEL REGARDING OPT-OUTS

I, James A. Francis, as Lead Class Counsel in the above matter, hereby certify and declare that Exhibit A to the Certification/Declaration of Class Counsel Regarding Opt-Outs I filed on March 18, 2011 (Doc. # 128) should be supplemented to include the following individual: George D. Dergham, 1030 E. Tilghman Street, Allentown, PA 18109.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

*/s/ James A. Francis*
JAMES A. FRANCIS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

**DONOVAN SEARLES, LLC**
DAVID A. SEARLES
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

**ROBERT S. SOLA, P.C.**
ROBERT S. SOLA
8835 SW Canyon Lane, Ste. 130
Portland, OR 97225
(503) 295-6880

**CONSUMER LITIGATION ASSOCIATES, P.C.**
LEONARD A. BENNETT
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606
Dated: March 28, 2011     (757) 930-3660

## CERTIFICATE OF SERVICE

I, James A. Francis, hereby certify that, on this date, I caused a true and correct copy of

the foregoing Supplemental Certification/Declaration of Class Counsel Regarding Opt-Outs to be

served by way of ECF Notification upon the following counsel:

Lewis P. Perling, Esquire
Barry Goheen, Esquire
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

**FRANCIS & MAILMAN, P.C.**

BY:     */s/ James A. Francis*
        James A. Francis
        Attorney for Plaintiff
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA 19110
        (215) 735-8600

Dated:  March 28, 2011