**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICHARD CHAKEJIAN,** **BRUCE A. SUMMERFIELD** and **TONY LEE WEBB,**  Plaintiffs,  v.  **EQUIFAX INFORMATION SERVICES, LLC,**  Defendant. | C. A. No. 07-2211  **CLASS ACTION** |

## PRAECIPE TO SUBSTITUTE LIST OF OPT-OUTS

TO THE CLERK OF COURT:

Kindly substitute the attached Exhibit A for the exhibit attached to the Certification/Declaration of Class Counsel Regarding Opt-Outs, filed March 18, 2011 (Doc. 131-1, page 10 of 11).

Respectfully submitted,

Dated: March 28, 2011    **FRANCIS & MAILMAN, P.C.**

*/s/ James A. Francis*
JAMES A. FRANCIS
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Attorneys for Plaintiffs and Class

# EXHIBIT A

|    | A                    | B                           |
|----|----------------------|-----------------------------|
| 1  | **Opt Outs**         | **Address**                 |
| 2  | Kerry Skarbakka      | 302 S. Fairmount Street, #5 |
| 3  |                      | Pittsburgh, PA 15232        |
| 4  | Ken C. Dobbs, Jr.    | 6303 Wimbledon Court        |
| 5  |                      | Elkridge, MD 21075          |
| 6  | Donald Hunt, Jr.     | 12009 Falling Creek Drive   |
| 7  |                      | Manassas, VA 20112          |
| 8  | David Hisel          | 34802 SE Kinsey Street      |
| 9  |                      | Snoqualmie, VA 98065        |
| 10 | Thomas J. Fieger, Jr.| 724 Hinchley Run            |
| 11 |                      | West Chester, PA 19382      |
| 12 | Joseph J. Ackerman   | 1840 W. 38th Street         |
| 13 |                      | Erie, PA 16508              |
| 14 |                      | P.O. Box 655                |
| 15 |                      | Dover, NJ 07802             |
| 16 | George D. Dergham    | 1030 E. Tilghman Street     |
| 17 |                      | Allentown, PA 18109         |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served by way of ECF Notification upon the following:

Barry Goheen, Esquire
Lewis P. Perling, Esquire
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA  30309-3521
bgoheen@kslaw.com
lperling@kslaw.com

March 28, 2011          **FRANCIS & MAILMAN, P.C.**


   /s James A. Francis
  JAMES A. FRANCIS