UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD CHAKEJIAN, BRUCE A. SUMMERFIELD and TONY LEE WEBB, <br><br> Plaintiffs, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | C. A. No. 07-2211, 10-3574, 10-3575 <br><br> CLASS ACTION |

### ORDER

AND NOW, this 14th day of June, 2011, upon consideration of Plaintiffs' Motion for Award for Attorney's Fees and Costs and Award to Representative Plaintiffs, it is HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Representative Plaintiff Richard Chakejian is awarded the sum of fifteen thousand dollars ($15,000.00) in consideration of the settlement of his individual claims and his service as representative of the Settlement Class.

2. Representative Plaintiff Bruce A. Summerfield is awarded the sum of fifteen thousand dollars ($15,000.00) in consideration of the settlement of his individual claims and his service as representative of the Settlement Class.

3. Representative Plaintiff Tony Webb is awarded the sum of fifteen thousand dollars ($15,000.00) in consideration of the settlement of his individual claims and his service as representative of the Settlement Class.

4. Class Counsel is awarded fees and costs in the total amount of one million seventy five thousand dollars ($1,075,000.00).

5. These awarded sums shall be paid by the Defendant or its designee in accordance

1

with the terms of the Settlement Agreement. The award of fees and costs shall be paid to Lead Class Counsel Francis & Mailman, P.C., to be allocated by that firm among Class Counsel.

BY THE COURT:

_____
ANITA B. BRODY, U.S.D.J.

Copies via ECF on ___  Copies via US Mail on ___